**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, AND ALESIA J. HAAS,<br><br>Defendants. | No.: 2:22-cv-04915-BRM-LDW<br><br>**NOTICE OF MOTION OF DARREN WRIGHT TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL OF COUNSEL**<br><br>CLASS ACTION<br><br>**Motion Date: November 7, 2022** |

[Additional caption on next page]

1

| | |
|---|---|
| DENNIS DEAN LAFFOON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | No.: 2:22-cv-05744-BRM-LDW<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Darren Wright ("Movant") hereby moves the Honorable Brian R. Martinotti, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an order consolidating the related actions, appointing Movant to serve as Lead Plaintiff in this action, and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen dated October 3, 2022 (with exhibits); (2) a Memorandum of Law in support of Motion dated October 3, 2022; and (3) a [Proposed] Order.

Dated: October 3, 2022                    Respectfully submitted,

2

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and
the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen

4