**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, AND ALESIA J. HAAS,<br><br>Defendants. | No.: 2:22-cv-04915-BRM-LDW<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF DARREN WRIGHT TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>**Motion Date: November 7, 2022** |

[Additional caption on next page]

1

|  |  |
|---|---|
| DENNIS DEAN LAFFOON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | No.: 2:22-cv-05744-BRM-LDW<br><br>CLASS ACTION |

I, Laurence M. Rosen, hereby declare under penalty of perjury:

1.     I am the Managing Partner of The Rosen Law Firm, P.A., proposed Lead Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New Jersey and before this Court. I make this Declaration in support of the Motion of Darren Wright ("Movant") to be appointed as Lead Plaintiff and to approve of The Rosen Law Firm, P.A. to serve as Lead Counsel.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

2

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 3, 2022                    /s/ Laurence M. Rosen
                                             Laurence M. Rosen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen