# Exhibit 1



ESG NEWS   COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   SIGN IN   REGISTER   🔍

# Pomerantz Law Firm Announces the Filing of a Class Action Against Coinbase Global, Inc. and Certain Officers – COIN

August 04, 2022 17:53 ET | Source: Pomerantz LLP

NEW YORK, Aug. 04, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Coinbase Global, Inc. ("Coinbase" or the "Company") (NASDAQ: COIN) and certain of its officers.   The class action, filed in the United States District Court for the District of New Jersey, and docketed under 22-cv-04915, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Coinbase securities between April 14, 2021 and July 26, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Coinbase securities during the Class Period, you have until October 3, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Coinbase provides financial infrastructure and technology products and services for the cryptocurrency economy (or "cryptoeconomy") in the U.S. and internationally.  The Company purportedly offers the primary financial account in the cryptoeconomy for retailers, a marketplace with a pool of



The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Coinbase custodially held crypto assets on behalf of its customers, which assets Coinbase knew or recklessly disregarded could qualify as the property of a bankruptcy estate, making those assets potentially subject to bankruptcy proceedings in which Coinbase's customers would be treated as the Company's general unsecured creditors; (ii) Coinbase allowed Americans to trade digital assets that Coinbase knew or recklessly disregarded should have been registered as securities with the SEC; (iii) the foregoing conduct subjected the Company to a heightened risk of regulatory and governmental scrutiny and enforcement action; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On May 10, 2022, in its quarterly report for the first quarter of 2022, released after the markets closed, Coinbase disclosed that: "[B]ecause custodially held crypto assets may be considered to be the property of a bankruptcy estate, in the event of a bankruptcy, the crypto assets we hold in custody on behalf of our customers could be subject to bankruptcy proceedings and such customers could be treated as our general unsecured creditors."

Following this disclosure, the price of Coinbase's Class A common stock fell $19.27 per share, or 26.4%, to close at $53.72 per share on May 11, 2022.

In a subsequent tweet commenting on the disclosure, Coinbase's Chief Executive Officer, Defendant Brian Armstrong, stated: "We should have updated our retail terms sooner, and we didn't communicate proactively when this risk disclosure was added. My deepest apologies, and a good learning moment for us as we make future changes."

On May 12, 2022, Professor Adam J. Levitin, a professor of law, at Georgetown University Law Center, published a draft of an article entitled "Not Your Keys, Not Your Coins: Unpriced Credit Risk in Cryptocurrency," set to appear in the *Texas Law Review*, which argues that in the event a cryptocurrency exchange files for bankruptcy, bankruptcy courts are likely to deem custodial holdings of cryptocurrencies to be property of the bankrupt exchange, rather than the property of its customers.



On this news, the price of Coinbase's Class A common stock fell $14.14 per share, or 21.08%, to close at $52.93 per share on July 26, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

**Tags**

Class Action

# Recommended Reading

August 12, 2022 20:19 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of LifeStance Health Group, Inc. - LFST**

NEW YORK, Aug. 12, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of LifeStance Health Group, Inc. ("LifeStance" or the "Company") (NASDAQ: LFST).  Such...

August 11, 2022 00:21 ET

Source:  Pomerantz LLP

**股東提醒：Pomerantz 律師事務所代表 17 Education & Technology Group Inc. 的投資者調查索償事宜 - YQ**

紐約, Aug. 11, 2022 (GLOBE NEWSWIRE) -- 正在代表 17 Education & Technology Group Inc. (「17 E&T」或「公司」) (NASDAQ: YQ) 的投資者調查索償事宜。 建議此類投資者聯絡 Robert S. Willoughby，電郵：newaction@pomlaw.com...



ESG NEWS   COVID-19 NEWS   SERVICES ⌄   CONTACT US   FRANÇAIS   **SIGN IN**

REGISTER







## Ricky Sitomer, CEO of Star Jets International, Inc...

August 15, 2022 14:00 ET

## Production of Canada's Sixth and Final Arctic and ...

August 15, 2022 13:52 ET

## Global Leaders Honor Rev. Dr. Sun Myung Moon on th...

August 15, 2022 13:01 ET

PairSo B2B Solutio

August 1



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home                · RSS Feeds

· Newsroom          · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.