# Exhibit 3

**Coinbase Global, Inc. Loss Chart**

**Class Period:April 14, 2021 and July 26, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 76.00811 |
| Darren Wright | 4/14/2022 | 715 | ($400.60) | ($286,429.00) | | | | | | | | |
| | 4/14/2022 | 32 | ($398.80) | ($12,761.60) | | | | | | | | |
| | 4/14/2022 | 1,500 | ($398.80) | ($598,200.00) | | | | | | | | |
| | | 2,247 | | ($897,390.60) | | | | | 2,247 | $170,790.22 | ($726,600.38) | |