DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
Vincent M. Giblin, Esq. - #021011995
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel.: (201) 928-1100
*Counsel for Movant Charles Bethune III,*
*and Proposed Liaison Counsel for the Class*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:22-cv-04915-BRM-LDW<br><br>**NOTICE OF MOTION AND MOTION OF CHARLES BETHUNE III TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>**<br><br>JURY TRIAL DEMANDED<br><br>**MOTION DATE: November 7, 2022** |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:22-cv-05744-BRM-LDW |

PLEASE TAKE NOTICE that, on November 7, 2022, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Brian R. Martinotti, situated at 50 Walnut Street, Newark, New Jersey 07102, proposed lead plaintiff Charles Bethune III ("Movant"), by his counsel, will hereby move this Court for an Order (attached hereto): (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B) in the above-captioned action ("Action"); (iii) approving Movant's selection of Kahn Swick & Foti, LLC as Lead Counsel and DeCotiis, FitzPatrick, Cole & Giblin, LLP as Liaison Counsel; and (iv) for any such further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law in Support of the Motion and the Declaration of Vincent M. Giblin, Esq. in Support of Charles Bethune III's Motion to Consolidate Actions, Appoint Lead Plaintiff and Approve Selection of Counsel dated October 3, 2022.

This Motion is made on the grounds that Movant believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes he has the "largest financial interest" in the relief sought by the class and "satisf[ies] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because his

1

claims are typical of those of other class members and he will fairly and adequately represent the interests of the class. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(cc).

**PLEASE TAKE FURTHER NOTICE** that Movant requests oral argument.

Dated: October 3, 2022

Respectfully submitted,

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

By: ___*s/ Vincent M. Giblin*___
Vincent M. Giblin, Esq.
(#021011995)
DECOTIIS, FITZPATRICK, COLE
& GIBLIN, LLP
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Telephone: (201) 928-1100

*Counsel for Movant Charles Bethune III, and Proposed Liaison Counsel for the Class*

-and-

Ramzi Abadou
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns

2

(to be admitted *pro hac vice*)
Morgan M. Embleton
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Counsel for Movant Charles Bethune III, and Proposed Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Vincent M. Giblin*
VINCENT M. GIBLIN, ESQ.

4