## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 2:22-cv-04915-BRM-LDW |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING CHARLES BETHUNE III'S MOTION TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL** |
| v. | ) ) | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, | ) ) ) ) | **CLASS ACTION**<br><br>**MOTION DATE: November 7, 2022** |
| Defendants. | ) ) | |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 2:22-cv-05744-BRM-LDW |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court is Charles Bethune III's motion for: (i) consolidation of the above-captioned securities actions; (ii) appointment as Lead Plaintiff; and (iii) approval of his selection of Kahn Swick & Foti, LLC as Lead Counsel and DeCotiis, FitzPatrick, Cole & Giblin, LLP as Liaison Counsel for the putative Class. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

(a)     The above-captioned *Patel* and *Laffoon* Actions are hereby consolidated under Case No. 2:22-cv-04915;

(b)     Charles Bethune III is appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

(c)     Kahn Swick & Foti, LLC is approved as Lead Counsel and DeCotiis, FitzPatrick, Cole & Giblin, LLP as Liaison Counsel for the putative Class pursuant to the PSLRA.

This _____ day of _____, 2022.

 

_____
THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEW JERSEY

1