DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
Vincent M. Giblin, Esq. - #021011995
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel.: (201) 928-1100
*Counsel for Movant Charles Bethune III,*
*and Proposed Liaison Counsel for the Class*

[*Additional counsel on signature page*]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | Case No. 2:22-cv-04915-BRM-LDW<br><br>**DECLARATION OF VINCENT M. GIBLIN, ESQ. IN SUPPORT OF CHARLES BETHUNE III'S MOTION TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL** |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | Case No. 2:22-cv-05744-BRM-LDW |

I, Vincent M. Giblin, Esq., hereby declare as follows:

1.    I am a member in good standing of the bar of the State of New Jersey and am admitted to practice in this District.

2.    I submit this Declaration, together with the attached exhibits, in support of Charles Bethune III's Motion to Consolidate Actions, Appoint Lead Plaintiff and Approve Selection of Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of Charles Bethune III's sworn certification reflecting all his transactions in Coinbase Global, Inc. ("Coinbase") securities during the Class Period.

4.    Attached hereto as **Exhibit B** is a table reflecting the calculated losses incurred by Charles Bethune III from his purchases of Coinbase securities during the Class Period.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Charles Bethune III in Support of His Motion to Consolidate Actions, Appoint Lead Plaintiff and Approve Selection of Counsel, dated September 30, 2022.

6.    Attached hereto as **Exhibit D** are true and correct copies of press releases published: (i) on *Globe Newswire*, a well-known national business-oriented publication, dated August 4, 2022; and (ii) on *BusinessWire*, also a well-known

1

national business-oriented publication, dated September 27, 2022, each announcing the pendency of the above-captioned actions lawsuit against Defendants.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, October 3, 2022, in Paramus, New Jersey.

_s/ Vincent M. Giblin_
Vincent M. Giblin, Esq.

2