# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

_____Charles Bethune_____ ("Plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed and adopts the allegations of the complaint(s) filed in this action alleging violations of the securities laws, and retains the firm of Kahn Swick and Foti, LLC to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase securities of __Coinbase Global, Inc._____ at the direction of Plaintiff's counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Plaintiff has executed transactions in the securities of __Coinbase Global, Inc._____. The transactions in the attached Schedule set forth all of the transactions of Plaintiff in __Coinbase Global, Inc._____ securities during the Class Period specified in the complaint(s).

5. In the last three years, Plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

_In re Coinbase Global, Inc. Securities Litigation_, No. 3:21-cv-5634 (N.D. Cal.)

6. Plaintiff will not accept payment for serving as a representative beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____9/30/2022_____

DocuSigned by:

_Charles Bethune_

1770D5488F26487...

_____
Signature

Charles Bethune
_____
Printed Name

Charles Bethune
_____
Plaintiff

| SCHEDULE A | | | | |
|---|---|---|---|---|
| **Transactions In Coinbase Common Stock** | | | | |
| DATE | TRANSACTION | QUANTITY | PRICE | |
| 4/14/2021 | BOUGHT | 100 | $ | 426.00 |
| 4/14/2021 | BOUGHT | 308 | $ | 426.00 |
| 4/14/2021 | BOUGHT | 200 | $ | 426.11 |
| 4/14/2021 | BOUGHT | 200 | $ | 426.15 |
| 4/14/2021 | BOUGHT | 300 | $ | 426.17 |
| 4/14/2021 | BOUGHT | 192 | $ | 426.31 |
| 4/28/2021 | BOUGHT | 108 | $ | 298.80 |
| 4/28/2021 | BOUGHT | 6 | $ | 298.80 |
| 4/28/2021 | BOUGHT | 398 | $ | 298.80 |
| 4/28/2021 | BOUGHT | 6 | $ | 298.80 |
| 4/28/2021 | BOUGHT | 6 | $ | 298.80 |
| 4/28/2021 | BOUGHT | 90 | $ | 298.80 |
| 4/30/2021 | SOLD | (614) | $ | 300.00 |