# EXHIBIT B

**COINBASE SECURITIES LITIGATION (2022)**

**LOSS CHART**

| | | |
|---|---|---|
| **CLASS PERIOD BEGINS:** | 4/14/2021 | |
| **CLASS PERIOD ENDS:** | 9/21/2022 | |
| **90-DAY LOOKBACK ENDS:** | 12/20/2022 **NOT EXPIRED** | |
| **Mean Trading Price:** | $ 63.41 | |

| | |
|---|---|
| **Total Shares Purchased:** | 1,914 |
| **Total Shares Retained:** | 1,300 |
| **Total Cost:** $ | (737,425.72) |
| **Total Losses:** $ | (470,789.01) |

| DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL COST: | DATE: | TRANSACTION: | QUANTITY: | PRICE: | TOTAL PROCEEDS: | TOTAL GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/2021 | BOUGHT | 100 | $ 426.00 | $ (42,600.00) | | **HELD*** | (100) | $ 63.41 | $ 6,341.29 | $ (36,258.71) |
| 4/14/2021 | BOUGHT | 308 | $ 426.00 | $ (131,208.00) | | **HELD*** | (308) | $ 63.41 | $ 19,531.16 | $ (111,676.84) |
| 4/14/2021 | BOUGHT | 200 | $ 426.11 | $ (85,222.00) | | **HELD*** | (200) | $ 63.41 | $ 12,682.57 | $ (72,539.43) |
| 4/14/2021 | BOUGHT | 200 | $ 426.15 | $ (85,230.00) | | **HELD*** | (200) | $ 63.41 | $ 12,682.57 | $ (72,547.43) |
| 4/14/2021 | BOUGHT | 300 | $ 426.17 | $ (127,851.00) | | **HELD*** | (300) | $ 63.41 | $ 19,023.86 | $ (108,827.14) |
| 4/14/2021 | BOUGHT | 192 | $ 426.31 | $ (81,851.52) | | **HELD*** | (192) | $ 63.41 | $ 12,175.27 | $ (69,676.25) |
| 4/28/2021 | BOUGHT | 108 | $ 298.80 | $ (32,270.40) | | | | | | |
| 4/28/2021 | BOUGHT | 6 | $ 298.80 | $ (1,792.80) | | | | | | |
| 4/28/2021 | BOUGHT | 398 | $ 298.80 | $ (118,922.40) | | | | | | |
| 4/28/2021 | BOUGHT | 6 | $ 298.80 | $ (1,792.80) | | | | | | |
| 4/28/2021 | BOUGHT | 6 | $ 298.80 | $ (1,792.80) | | | | | | |
| 4/28/2021 | BOUGHT | 90 | $ 298.80 | $ (26,892.00) | | | | | | |
| | | | | | 4/30/2021 | SOLD | (614) | $ 300.00 | $ 184,200.00 | $ 736.80 |
| | **Total Purchased:** | 1,914 | **Total Cost:** $ | (737,425.72) | | **Total Sold:** | (614) | | **LOSSES:** $ | (470,789.01) |

**HELD*** = For securities purchased during the Class Period and retained throughout the 90-day period immediately thereafter, losses have been determined using the "mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C.§78u-4(e).