# EXHIBIT C

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, <br><br> Defendants. | Case No. 2:22-cv-04915-BRM-LDW <br><br> **DECLARATION OF CHARLES BETHUNE, III IN SUPPORT OF HIS MOTION TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL** |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI, <br><br> Defendants. | Case No. 2:22-cv-05744 |

DocuSign Envelope ID: AF451F20-6C13-4608-8512-E00379FA0324

I, Charles Bethune, III, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I respectfully submit this Declaration to support my Motion (i) to Consolidate Related Actions; (ii) for Appointment as Lead Plaintiff; and (iii) for Approval of Lead Counsel in the instant Class action on behalf of investors in Coinbase Global, Inc. ("Coinbase" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.     I am a resident of Rockledge, Florida.

3.     I enlisted in the U.S. Air Force after high school, training and working on aircraft electronics systems. I spent two years stationed in the United Kingdom, and the remainder of my six-year enlistment stateside. After leaving the Air Force, I was employed at Piper Aircraft, working in Aircraft Avionics production for two years. Following my time at Piper and for the past thirty-one years, I have worked for Kennedy Space Center. My responsibilities at Kennedy have included, among other things, manned spaceflight, space shuttle launch and landing support. Presently, my job responsibilities involve commercial spaceflight communications support.

4.     I have over thirty years of experience investing in the capital markets, including through my 401(k) program. I believe the securities class action against

1

Coinbase is meritorious and should be led by an investor like me that is committed to maximizing the recovery on behalf of the Class.

5.      I suffered a substantial loss on my investments in Coinbase securities. For this reason, I decided to seek appointment as Lead Plaintiff in this action. I understand the responsibilities and duties of service as a Lead Plaintiff, including my fiduciary duties to the Class.

6.      I know that a Lead Plaintiff's obligation under the PSLRA is to act as a fiduciary for the class, and that an important decision in this role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on KSF's experience in achieving substantial recoveries in securities class actions, I believe KSF is well-qualified to represent the Class.

7.      As part of my due diligence process, and prior to my selection of KSF, I assessed the firm's qualifications.  Since then, I have been able to observe KSF's abilities firsthand in connection with my prior lead plaintiff motion involving Coinbase and believe KSF is eminently qualified to serve as lead counsel in this matter.

8.      I will direct Lead Counsel to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will

DocuSign Envelope ID: AF451F20-6C13-4608-8512-E00379FA0324

supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

9.      I understand that a Lead Plaintiff's share of any recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

10.      I declare under penalty of perjury that the foregoing is true and correct. Executed in Rockledge, Florida.

Dated: 9/30/2022

DocuSigned by:

Charles Bethune

1770D5488F26487...

CHARLES BETHUNE, III

3