# EXHIBIT D

*Source: Pomerantz LLP*

*August 04, 2022 17:53 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action Against Coinbase Global, Inc. and Certain Officers – COIN

NEW YORK, Aug. 04, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Coinbase Global, Inc. ("Coinbase" or the "Company") (NASDAQ: COIN) and certain of its officers.   The class action, filed in the United States District Court for the District of New Jersey, and docketed under 22-cv-04915, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Coinbase securities between April 14, 2021 and July 26, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Coinbase securities during the Class Period, you have until October 3, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.   A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Coinbase provides financial infrastructure and technology products and services for the cryptocurrency economy (or "cryptoeconomy") in the U.S. and internationally.  The Company purportedly offers the primary financial account in the cryptoeconomy for retailers, a marketplace with a pool of liquidity for transacting in crypto assets for institutions, and technology and services that enable ecosystem partners to build crypto-based applications and securely accept crypto assets as payment.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies.   Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Coinbase custodially held crypto assets on behalf of its customers, which assets Coinbase knew or recklessly disregarded could qualify as the property of a bankruptcy estate, making those assets potentially subject to bankruptcy proceedings in which Coinbase's customers would be treated as the Company's general unsecured creditors; (ii) Coinbase allowed Americans to trade digital assets that Coinbase knew or recklessly disregarded should have been registered as securities with the SEC; (iii) the foregoing conduct subjected the Company to a heightened risk of regulatory and governmental scrutiny and enforcement action; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On May 10, 2022, in its quarterly report for the first quarter of 2022, released after the markets closed, Coinbase disclosed that: "[B]ecause custodially held crypto assets may be considered to be the property of a bankruptcy estate, in the event of a bankruptcy, the crypto assets we hold in custody on behalf of our customers could be subject to bankruptcy proceedings and such customers could be treated as our general unsecured creditors."

Case 2:22-cv-04915-BRM-LDW   Document 15-4   Filed 10/03/22   Page 3 of 6 PageID: 225

Following this disclosure, the price of Coinbase's Class A common stock fell $19.27 per share, or 26.4%, to close at $53.72 per share on May 11, 2022.

In a subsequent tweet commenting on the disclosure, Coinbase's Chief Executive Officer, Defendant Brian Armstrong, stated: "We should have updated our retail terms sooner, and we didn't communicate proactively when this risk disclosure was added. My deepest apologies, and a good learning moment for us as we make future changes."

On May 12, 2022, Professor Adam J. Levitin, a professor of law, at Georgetown University Law Center, published a draft of an article entitled "Not Your Keys, Not Your Coins: Unpriced Credit Risk in Cryptocurrency," set to appear in the *Texas Law Review*, which argues that in the event a cryptocurrency exchange files for bankruptcy, bankruptcy courts are likely to deem custodial holdings of cryptocurrencies to be property of the bankrupt exchange, rather than the property of its customers.

Then, on July 25, 2022, after the markets closed, *Bloomberg* reported that Coinbase is facing an SEC probe into whether it improperly let Americans trade digital assets that should have been registered as securities.

On this news, the price of Coinbase's Class A common stock fell $14.14 per share, or 21.08%, to close at $52.93 per share on July 26, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980





# Kessler Topaz Meltzer & Check, LLP Files a Securities Fraud Class Action Lawsuit Against Coinbase Global, Inc. With Expanded Class Period

September 27, 2022 07:04 PM Eastern Daylight Time

RADNOR, Pa.--(BUSINESS WIRE)--The law firm of Kessler Topaz Meltzer & Check, LLP informs investors that the firm has filed a securities fraud class action lawsuit against Coinbase Global, Inc. ("Coinbase" or the "Company") on behalf of investors who purchased or acquired Coinbase (NASDAQ: COIN) securities between **April 14, 2021, and September 21, 2022**, inclusive (the "Class Period"). This action, captioned *Laffoon v. Coinbase Global, Inc., et al.*, Case No. 2:22-cv-05744 (the "*Laffoon* Action"), was filed in the United States District Court for the District of New Jersey.

There is another related class action case pending against Coinbase in the United States District Court for the District of New Jersey. That first-filed action issued a notice of its filing pursuant to the federal securities laws which triggered the deadline of October 3, 2022 for any investors who purchased Coinbase securities to seek to be appointed as a lead plaintiff representative of the class. **The filing of the *Laffoon* Action *does not change* the October 3, 2022 lead plaintiff deadline.**

**CLICK HERE TO SUBMIT YOUR COINBASE LOSSES**

**LEAD PLAINTIFF DEADLINE: OCTOBER 3, 2022**

**CONTACT AN ATTORNEY TO DISCUSS YOUR RIGHTS**:
**Jonathan Naji, Esq. (484) 270-1453 or Toll Free (844) 887-9500 or Email at info@ktmc.com**

**COINBASE'S MISCONDUCT**

Coinbase, a Delaware corporation, is one of the world's largest crypto asset exchanges. Coinbase's common stock trades in the United States on the NASDAQ under the ticker symbol "COIN."

The Class Period begins on April 14, 2021, to coincide with the Company's initial listing of common stock on the NASDAQ (the "Direct Listing"). The Registration Statement and Prospectus filed in connection with the Direct Listing (collectively, the "Listing Documents") included a letter from Defendant Brian Armstrong—the Company's co-founder, Chief Executive Officer, and Chairman —in which Armstrong touted Coinbase's commitment to maintaining customer trust. Defendant Armstrong also emphasized the Company's commitment to compliance, stating that "[f]rom the early days, [the company] decided to focus on compliance, reaching out to regulators proactively to be an educational resource, and pursuing licenses even before they were needed." Highlighting customers' ability to rely on Coinbase as a crypto asset custodian in the Listing Documents, Defendants also noted Coinbase's ability to "support over 90 crypto assets for trading or custody." Additionally, while Defendants described certain risk factors relating to the safeguarding of customers' assets, they gave no indication that assets held in custody may be treated as the Company's property—rather than customers'—in the event Coinbase entered bankruptcy. Finally, the Listing Documents described

the limited circumstances in which Coinbase sold its own crypto assets, with Defendants explaining that revenue from such sales was limited to "periodic[]" instances in which, "as an accommodation to customers, [Coinbase] may fulfill customer transactions using [the Company's] own crypto assets."

Throughout the Class Period, Defendants continued to tout Coinbase's strength as a crypto custodian and commitment to regulatory compliance, in addition to denying that Coinbase engaged in any proprietary trading. For example, during a Goldman Sachs financial services conference on December 7, 2021, Defendant Emilie Choi—the Company's President and Chief Operating Officer—emphasized the Company's firm policy against proprietary trading, explaining: "I mean I think it's kind of obvious in a way. It's just people don't want to feel like you're trading -- institutions don't want to feel like you're going to be trading against them. And so we've always had a clear line about not doing that."

However, the truth began to emerge on May 10, 2022, when Coinbase filed its first quarter 2022 financial report with the SEC. In that report, Coinbase disclosed for the first time that, "because custodially held crypto assets may be considered to be the property of a bankruptcy estate, in the event of a bankruptcy, the crypto assets [the Company] holds in custody on behalf of our customers could be subject to bankruptcy proceedings and such customers could be treated as our general unsecured creditors." Later that day, Defendant Armstrong admitted on Twitter that Coinbase had failed to appropriately communicate this risk to investors, stating that Coinbase "should have updated [its] retail terms sooner" and acknowledging that the Company "didn't communicate proactively." Following this news, the price of Coinbase common stock declined $19.27 per share, or more than 26%, from a close of $72.99 per share on May 10, 2022, to close at $53.72 per share on May 11, 2022.

Investors continued to learn the truth when, on July 25, 2022, *Bloomberg* published an article revealing that the SEC was investigating whether Coinbase "let Americans trade digital assets that should have been registered as securities" and explaining that "[i]f those products were deemed securities, the firm could need to register as an exchange with the SEC." Following this news, the price of Coinbase common stock declined $14.14 per share, or approximately 21%, from a close of $67.07 per share on July 25, 2022, to close at $52.93 per share on July 26, 2022.

Then, on September 22, 2022, *The Wall Street Journal* reported that Coinbase had created a business group—the Coinbase Risk Solutions unit—in July 2021 "to generate profit, in part, by using the [C]ompany's cash to trade and 'stake,' or lock up cryptocurrencies," a practice that sources at the Company characterized as "'proprietary' trading." According to *The Wall Street Journal*, the group completed a $100 million investment in 2022 to "profit in cryptocurrency markets," and the transaction generated an "eagerness to make additional such transactions" within the Company. Following this news, the price of Coinbase common stock declined $4.70 per share, or nearly 7%, from a close of $67.64 per share on September 21, 2022, to close at $62.94 per share on September 22, 2022.

The *Laffoon* Action alleges that, throughout the Class Period, the Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts, about the Company's business and operations. Specifically, Defendants misrepresented and/or failed to disclose that: (1) crypto assets Coinbase held as a custodian on behalf of its customers could qualify as property of a bankruptcy estate—and not the Company's customers—in the event Coinbase filed for bankruptcy; (2) Coinbase allowed Americans to trade crypto assets that the Company knew or recklessly disregarded should have been registered as securities with the SEC; (3) Coinbase had plans to, and did in fact, engage in proprietary trading of crypto assets; and (4) as a result, Defendants' statements about the Company's business, operations, and prospects lacked a reasonable basis and misled investors regarding material risks attendant to Coinbase's operations.

**WHAT CAN I DO?**

Coinbase investors may, **_no later than October 3, 2022_** seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. Kessler Topaz Meltzer & Check, LLP encourages Coinbase investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE TO SIGN UP FOR THE CASE**

**WHO CAN BE A LEAD PLAINTIFF?**

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

**ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP**

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. At the end of the day, we have succeeded if the bad guys pay up, and if you recover your assets. For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.

## Contacts

Kessler Topaz Meltzer & Check, LLP

Jonathan Naji, Esq.

280 King of Prussia Road

Radnor, PA 19087

(844) 887-9500 (toll free)

info@ktmc.com

## #Hashtags

#shareholders    #lawsuit    #fraud    #investors    #classaction    #securitiesfraud    #securities