**Law Offices of Jan Meyer & Associates, P.C.**
Jan Meyer, Esq.
Richard L. Elem, Esq.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: jmeyer@janmeyerlaw.com
        relem@janmeyerlaw.com
Proposed Liaison Counsel for the Proposed Class

(*Additional Counsel on signature page*)

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | Case 2:22-cv-04915<br><br>CLASS ACTION |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | Case 2:22-cv-05744<br><br>CLASS ACTION |

### MOTION OF HENRY GOTLOB FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42 and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, class member Henry Gotlob ("Movant") hereby moves this Court, the Honorable Brian Martinotti, United States District Judge for the United States District Court for the District of New Jersey, Martin Luther King Building & Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order:

(a)     consolidating the above-captioned related cases;

(b)     appointing Movant as Lead Plaintiff; and

(c)     approving Movant's selection of Bernstein Liebhard LLP as Lead Counsel and the Law Offices of Jan Meyer & Associates, P.C. as Liaison Counsel for the proposed class.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Richard L. Elem and attached exhibits, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: October 3, 2022                    Respectfully submitted,

                                          /s/Richard L. Elem
                                          **Law Offices of Jan Meyer & Associates, P.C.**
                                          Jan Meyer, Esq.
                                          Richard L. Elem, Esq
                                          1029 Teaneck Road
                                          Second Floor
                                          Teaneck, New Jersey 07666
                                          Telephone: 201-862-9500
                                          Email: jmeyer@janmeyerlaw.com
                                                  relem@janmeyerlaw.com

                                          *Liaison Counsel for Movant and Proposed*
                                          *Liaison Counsel for the Proposed Class*

                                          **BERNSTEIN LIEBHARD LLP**
                                          Laurence J. Hasson
                                          Joseph R. Seidman, Jr.
                                          10 East 40th Street
                                          New York, NY 10016
                                          Telephone: (212) 779-1414
                                          Facsimile: (212) 779-3218
                                          Email:  bernstein@bernlieb.com
                                                  lhasson@bernlieb.com

                                          *Counsel for Movant and Proposed Lead Counsel*
                                          *for the Proposed Class*

## CERTIFICATE OF SERVICE

I, Richard L. Elem, hereby certify that on October 3, 2022, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 3, 2022                            /s/Richard L. Elem
                                                  Richard L. Elem