**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | Case 2:22-cv-04915<br><br>CLASS ACTION |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | Case 2:22-cv-05744<br><br>CLASS ACTION |

**[PROPOSED] ORDER CONSOLIDATING RELATED CASES, APPOINTING HENRY GOTLOB AS LEAD PLAINTIFF, AND APPROVING COUNSEL**

00712015;V1

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.       The above-captioned related cases are consolidated.

II.     Henry Gotlob ("Movant") is hereby appointed as Lead Plaintiff for the proposed class.

III.    Bernstein Liebhard LLP is hereby appointed as Lead Counsel, and Law Offices of Jan Meyer & Associates, P.C. as Local Counsel, for the proposed class.

SO ORDERED, this ___ day of _____, 2022

_____
The Honorable Brian R. Martinotti
United States District Judge

00712015;V1