DocuSign Envelope ID: 19C4EC47-B70F-46F1-B334-26537B56672D

# CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

HENRY GOTLOB ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.      Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.      Plaintiff's transactions in Coinbase Global, Inc. securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   09/03/2022

DocuSigned by:

*HENRY GOTLOB*

BBBA011CCD604D9...

HENRY GOTLOB

00708230;V1

## SCHEDULE A

| Date | Transaction Type | Security | Quantity | Price Per Share |
|---|---|---|---|---|
| 4/22/21 | BUY | COMMON STOCK | 100 | $305.05 |
| 4/22/21 | BUY | COMMON STOCK | 100 | $304.50 |
| 4/26/21 | SELL | COIN_043021 PUT $297.50 | 1 | $8.45 |
| 4/29/21 | SELL | COIN_043021 PUT $297.50 | 2 | $5.60 |
| 4/30/21 | BUY | COIN_043021 PUT $297.50 | 3 | $1.50 |
| 5/5/21 | SELL | COIN_061821 PUT $250 | 1 | $11.30 |
| 5/6/21 | SELL | COIN_052121 PUT $250 | 1 | $12.25 |
| 5/7/21 | BUY | COIN_052121 PUT $250 | 1 | $10.70 |
| 5/10/21 | SELL | COIN_061821 CALL $310 | 1 | $15.88 |
| 5/10/21 | SELL | COIN_061821 CALL $310 | 1 | $18.90 |
| 5/10/21 | SELL | COIN_061821 PUT $250 | 1 | $14.30 |
| 5/13/21 | SELL | COIN_061821 PUT $250 | 1 | $20.50 |
| 5/14/21 | BUY | COIN_061821 CALL $310 | 2 | $7.00 |
| 5/19/21 | SELL | COIN_052121 CALL $255 | 1 | $2.25 |
| 5/26/21 | SELL | COIN_052821 PUT $230 | 1 | $1.50 |
| 5/27/21 | SELL | COIN_052821 CALL $255 | 1 | $1.15 |
| 5/27/21 | SELL | COIN_052821 CALL $255 | 1 | $1.10 |
| 6/4/21 | SELL | COIN_061821 PUT $225 | 1 | $7.10 |
| 6/7/21 | SELL | COIN_061821 PUT $225 | 1 | $7.16 |
| 6/14/21 | SELL | COIN_061821 PUT $220 | 1 | $1.65 |
| 6/14/21 | BUY | COIN_061821 PUT $250 | 3 | $16.00 |
| 6/15/21 | SELL | COIN_061821 PUT $220 | 1 | $1.10 |
| 6/21/21 | SELL | COIN_072221 PUT $210 | 1 | $3.00 |
| 6/21/21 | SELL | COIN_070221 PUT $210 | 1 | $4.70 |
| 6/22/21 | BUY | COIN_070221 PUT $210 | 2 | $3.50 |
| 6/24/21 | TRADE CORRECTION | COIN_070221 CALL $240 | 1 | $2.30 |
| 6/24/21 | TRADE CORRECTION | COIN_070221 CALL $240 | 1 | $2.30 |
| 6/25/21 | SELL | COIN_070221 PUT $200 | 1 | $0.65 |

00708230;V1

| 6/28/21 | SELL | COIN_070221 CALL $240 | 2 | $3.50 |
|---|---|---|---|---|
| 7/1/21 | BUY | COIN_070221 CALL $240 | 2 | $11.00 |
| 7/6/21 | SELL | COIN_071621 PUT $225 | 1 | $3.90 |
| 7/14/21 | SELL | COIN_071621 PUT $225 | 1 | $1.00 |
| 7/19/21 | SELL | COIN_072321 PUT $200 | 1 | $2.10 |
| 7/20/21 | BUY | COIN_072321 PUT $200 | 1 | $1.46 |
| 7/22/21 | SELL | COIN_072321 PUT $220 | 1 | $1.35 |
| 7/27/21 | SELL | COIN_073021 PUT $225 | 1 | $1.85 |
| 7/27/21 | SELL | COIN_073021 PUT $225 | 1 | $2.10 |
| 7/27/21 | SELL | COIN_073021 PUT $225 | 1 | $2.40 |
| 8/3/21 | SELL | COIN_081321 PUT $220 | 1 | $6.40 |
| 8/3/21 | TRADE CORRECTION | COIN_081321 PUT $220 | 1 | $6.55 |
| 8/3/21 | SELL | COIN_081321 PUT $220 | 1 | $6.75 |
| 8/3/21 | TRADE CORRECTION | COIN_081321 PUT $220 | 1 | $6.55 |
| 8/3/21 | SELL | COIN_081321 PUT $220 | 1 | $7.65 |
| 8/5/21 | SELL | COIN_081321 CALL $260 | 1 | $8.30 |
| 8/5/21 | SELL | COIN_081321 CALL $265 | 1 | $8.30 |
| 8/12/21 | BUY | COIN_081321 CALL $260 | 1 | $7.40 |
| 8/12/21 | BUY | COIN_081321 CALL $265 | 1 | $3.50 |
| 8/27/21 | SELL | COIN_091721 CALL $285 | 1 | $3.00 |
| 8/27/21 | SELL | COIN_091721 CALL $285 | 1 | $3.08 |
| 9/8/21 | BUY | COIN_091721 CALL $285 | 2 | $2.05 |
| 9/13/21 | SELL | COIN_092421 PUT $235 | 1 | $4.98 |
| 9/20/21 | SELL | COIN_092421 PUT $230 | 1 | $4.30 |
| 9/23/21 | TRADE CORRECTION | COIN_092421 PUT $232.50 | 1 | $0.79 |
| 9/23/21 | TRADE CORRECTION | COIN_092421 PUT $232.50 | 1 | $0.78 |
| 9/23/21 | TRADE CORRECTION | COIN_092421 PUT $232.50 | 1 | $0.79 |
| 9/23/21 | TRADE CORRECTION | COIN_092421 PUT $232.50 | 1 | $0.78 |
| 9/27/21 | ASSIGN BUY | COIN_092421 PUT $235 | 100 | $235.00 |

00708230;V1

| 10/1/21 | SELL | COIN_101521 CALL $255 | 1 | $1.88 |
|---|---|---|---|---|
| 10/5/21 | SELL | COIN_101521 CALL $255 | 2 | $1.95 |
| 10/13/21 | BUY | COIN_101521 CALL $255 | 3 | $1.18 |
| 10/14/21 | SELL | COIN_102221 CALL $285 | 1 | $1.88 |
| 10/15/21 | SELL | COIN_102221 CALL $285 | 1 | $2.88 |
| 10/15/21 | SELL | COIN_102221 CALL $290 | 1 | $1.88 |
| 10/21/21 | BUY | COIN_102221 CALL $285 | 2 | $18.00 |
| 10/21/21 | BUY | COIN_102221 CALL $290 | 1 | $18.00 |
| 10/21/21 | SELL | COIN_102921 PUT $285 | 1 | $3.20 |
| 10/22/21 | BUY | COIN_102921 PUT $285 | 1 | $2.88 |
| 11/3/21 | SELL | COIN_110521 PUT $320 | 1 | $3.28 |
| 11/9/21 | TRADE CORRECTION | COIN_111221 PUT $330 | 1 | $7.56 |
| 11/9/21 | TRADE CORRECTION | COIN_111221 PUT $330 | 1 | $7.56 |
| 11/16/21 | SELL | COIN_112621 PUT $325 | 1 | $8.50 |
| 11/18/21 | SELL | COIN_112621 PUT $325 | 1 | $9.00 |
| 11/26/21 | SELL | COIN_112621 PUT $300 | 1 | $3.00 |
| 11/29/21 | ASSIGN BUY | COIN_112621 PUT $325 | 200 | $325.00 |
| 11/30/21 | SELL | COIN_120321 PUT $300 | 1 | $2.50 |
| 12/1/21 | SELL | COIN_120321 PUT $295 | 1 | $4.00 |
| 12/6/21 | ASSIGN BUY | COIN_120321 PUT $295 | 100 | $295.00 |
| 12/6/21 | ASSIGN BUY | COIN_120321 PUT $300 | 100 | $300.00 |
| 12/22/21 | SELL | COIN_123121 CALL $260 | 1 | $5.88 |
| 12/23/21 | SELL | COIN_123121 CALL $270 | 1 | $3.50 |
| 12/28/21 | BUY | COIN_123121 CALL $270 | 1 | $3.25 |
| 12/29/21 | BUY | COIN_123121 CALL $260 | 1 | $4.00 |
| 1/21/22 | SELL | COIN_012122 PUT $215 | 1 | $6.40 |
| 1/24/22 | ASSIGN BUY | COIN_012122 PUT $215 | 100 | $215.00 |
| 2/1/22 | SELL | COIN_020422 CALL $210 | 1 | $1.75 |
| 2/4/22 | SELL | COIN_021122 CALL $215 | 1 | $2.15 |

00708230;V1

| 2/7/22 | SELL | COIN_021122 CALL $220 | 1 | $2.25 |
|---|---|---|---|---|
| 2/7/22 | SELL | COIN_021122 CALL $220 | 1 | $4.20 |
| 2/8/22 | BUY | COIN_021122 CALL $215 | 1 | $1.45 |
| 2/16/22 | SELL | COIN_022522 CALL $240 | 1 | $3.25 |
| 2/25/22 | BUY | COIN_022522 CALL $240 | 1 | $0.05 |
| 3/1/22 | SELL | COIN_030422 CALL $220 | 1 | $1.25 |
| 3/1/22 | SELL | COIN_030422 CALL $220 | 1 | $1.75 |
| 3/3/22 | SELL | COIN_031122 PUT $155 | 1 | $1.50 |
| 3/9/22 | BUY | COIN_031122 PUT $155 | 1 | $0.80 |
| 3/14/22 | SELL | COIN_031822 PUT $155 | 1 | $6.50 |
| 3/15/22 | BUY | COIN_031822 PUT $155 | 1 | $5.50 |
| 3/16/22 | SELL | COIN_032522 CALL $190 | 1 | $1.50 |
| 3/16/22 | SELL | COIN_032522 CALL $190 | 1 | $1.80 |
| 3/18/22 | SELL | COIN_032522 CALL $190 | 1 | $2.85 |
| 3/21/22 | BUY | COIN_032522 CALL $190 | 3 | $1.50 |
| 3/22/22 | SELL | COIN_040122 CALL $205 | 1 | $2.50 |
| 3/24/22 | SELL | COIN_040122 CALL $205 | 1 | $2.85 |
| 3/25/22 | SELL | COIN_040122 CALL $210 | 1 | $2.55 |
| 3/28/22 | SELL | COIN_040122 CALL $220 | 1 | $1.28 |
| 3/30/22 | BUY | COIN_040122 CALL $205 | 2 | $2.20 |
| 4/6/22 | SELL | COIN_041422 PUT $150 | 1 | $2.15 |
| 4/7/22 | BUY | COIN_041422 PUT $150 | 1 | $1.50 |
| 4/11/22 | SELL | COIN_041422 PUT $145 | 1 | $1.85 |
| 4/12/22 | BUY | COIN_041422 PUT $145 | 1 | $1.00 |
| 4/18/22 | SELL | COIN_042222 PUT $138 | 1 | $3.50 |
| 4/19/22 | BUY | COIN_042222 PUT $138 | 1 | $1.50 |
| 4/20/22 | SELL | COIN_042922 CALL $170 | 1 | $2.00 |
| 4/29/22 | BUY | COIN_042922 CALL $170 | 1 | $0.01 |
| 5/13/22 | SELL | COIN_052022 CALL $90 | 1 | $2.25 |

00708230;V1

| 5/13/22 | SELL | COIN_052022 CALL $90 | 1 | $2.30 |
|---|---|---|---|---|
| 7/20/22 | SELL | COIN_072922 CALL $90 | 1 | $2.50 |
| 8/3/22 | SELL | COIN_080522 CALL $90 | 1 | $0.55 |
| 8/5/22 | BUY | COIN_080522 CALL $90 | 1 | $1.50 |
| 8/8/22 | SELL | COIN_081222 CALL $112 | 1 | $7.00 |
| 8/9/22 | BUY | COIN_081222 CALL $112 | 1 | $2.85 |
| 8/9/22 | SELL | COIN_081222 PUT $74 | 1 | $2.88 |

00708230;V1