**Coinbase Global Inc. (COIN)**

FIFO/LIFO Losses
Class Period: 04/14/2021 - 09/21/2022

Hold Price:    $63.4129

HENRY GOTLOB

| SECURITY | PURCHASE TRANSACTIONS DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | SALES TRANSACTIONS DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMON STOCK | 04/22/21 | 100 | 305.0500 | 30,505.00 | | | | 0.00 | 100 | 6,341.29 | (24,163.71) |
| | 04/22/21 | 100 | 304.5000 | 30,450.00 | | | | 0.00 | 100 | 6,341.29 | (24,108.71) |
| | 01/24/22 - Assignment | 100 | 215.0000 | 21,500.00 | | | | 0.00 | 100 | 6,341.29 | (15,158.71) |
| | 09/27/21 - Assignment | 100 | 235.0000 | 23,500.00 | | | | 0.00 | 100 | 6,341.29 | (17,158.71) |
| | 11/29/21 - Assignment | 200 | 325.0000 | 65,000.00 | | | | 0.00 | 200 | 12,682.57 | (52,317.43) |
| | 12/06/21 - Assignment | 100 | 295.0000 | 29,500.00 | | | | 0.00 | 100 | 6,341.29 | (23,158.71) |
| | 12/06/21 - Assignment | 100 | 300.0000 | 30,000.00 | | | | 0.00 | 100 | 6,341.29 | (23,658.71) |
| **COMMON STOCK Totals** | | **800** | | **$230,455.00** | | **-** | | **$0.00** | **800** | **$50,730.28** | **($179,724.72)** |
| COIN_020422 CALL $210 | 02/07/22 - Expiration | 1 | 0.0000 | 0.00 | 02/01/22 | 1 | 1.7500 | 175.00 | 0 | 0.00 | 175.00 |
| **COIN_020422 CALL $210 Totals** | | **1** | | **$0.00** | | **1** | | **$175.00** | **-** | **$0.00** | **$175.00** |
| COIN_021122 CALL $215 | 02/08/22 | 1 | 1.4500 | 145.00 | 02/04/22 | 1 | 2.1500 | 215.00 | 0 | 0.00 | 70.00 |
| **COIN_021122 CALL $215 Totals** | | **1** | | **$145.00** | | **1** | | **$215.00** | **-** | **$0.00** | **$70.00** |
| COIN_021122 CALL $220 | 02/14/22 - Expiration | 2 | 0.0000 | 0.00 | 02/07/22 | 1 | 2.2500 | 225.00 | 1 | 63.41 | 288.41 |
| | | | | | 02/07/22 | 1 | 4.2000 | 420.00 | (1) | (63.41) | 356.59 |
| **COIN_021122 CALL $220 Totals** | | **2** | | **$0.00** | | **2** | | **$645.00** | **-** | **$0.00** | **$645.00** |
| COIN_022522 CALL $240 | 02/25/22 | 1 | 0.0500 | 5.00 | 02/16/22 | 1 | 3.2500 | 325.00 | 0 | 0.00 | 320.00 |
| **COIN_022522 CALL $240 Totals** | | **1** | | **$5.00** | | **1** | | **$325.00** | **-** | **$0.00** | **$320.00** |
| COIN_030422 CALL $220 | 03/07/22 - Expiration | 2 | $0.00 | 0.00 | 03/01/22 | 1 | 1.2500 | 125.00 | 1 | 63.41 | 188.41 |
| | | | | | 03/01/22 | 1 | 1.7500 | 175.00 | (1) | (63.41) | 111.59 |
| **COIN_030422 CALL $220 Totals** | | **2** | | **$0.00** | | **2** | | **$300.00** | **-** | **$0.00** | **$300.00** |
| COIN_031122 CALL $215 | 03/14/22 - Expiration | 1 | 0.0000 | 0.00 | 03/01/22 | 1 | 4.2100 | 421.00 | 0 | 0.00 | 421.00 |
| **COIN_031122 CALL $215 Totals** | | **1** | | **$0.00** | | **1** | | **$421.00** | **-** | **$0.00** | **$421.00** |
| COIN_032522 CALL $190 | 03/21/22 | 3 | 1.5000 | 450.00 | 03/16/22 | 1 | 1.5000 | 150.00 | 2 | 126.83 | (173.17) |
| | | | | | 03/16/22 | 1 | 1.8000 | 180.00 | (1) | (63.41) | 116.59 |
| | | | | | 03/18/22 | 1 | 2.8500 | 285.00 | (1) | (63.41) | 221.59 |
| **COIN_032522 CALL $190 Totals** | | **3** | | **$450.00** | | **3** | | **$615.00** | **-** | **$0.00** | **$165.00** |
| COIN_040122 CALL $205 | 03/30/22 | 2 | 2.2000 | 440.00 | 03/22/22 | 1 | 2.5000 | 250.00 | 1 | 63.41 | (126.59) |
| | | | | | 03/24/22 | 1 | 2.8500 | 285.00 | (1) | (63.41) | 221.59 |
| **COIN_040122 CALL $205 Totals** | | **2** | | **$440.00** | | **2** | | **$535.00** | **-** | **$0.00** | **$95.00** |

**Coinbase Global, Inc. (COIN)**

FIFO/LIFO Losses
Class Period: 04/14/2021 - 09/21/2022                                                                                                    Hold Price:      $63.4129
HENRY GOTLOB

| SECURITY | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | |
| COIN_040122 CALL $210 | 04/04/22 - Expiration | 1 | 0.0000 | 0.00 | 03/25/22 | 1 | 2.5500 | 255.00 | 0 | 0.00 | 255.00 |
| **COIN_040122 CALL $210 Totals** | | **1** | | **$0.00** | | **1** | | **$255.00** | **-** | **$0.00** | **$255.00** |
| COIN_040122 CALL $220 | 04/04/22 - Expiration | 1 | 0.0000 | 0.00 | 03/28/22 | 1 | 1.2800 | 128.00 | 0 | 0.00 | 128.00 |
| **COIN_040122 CALL $220 Totals** | | **1** | | **$0.00** | | **1** | | **$128.00** | **-** | **$0.00** | **$128.00** |
| COIN_042922 CALL $170 | 04/29/22 | 1 | 0.0100 | 1.00 | 04/20/22 | 1 | 2.0000 | 200.00 | 0 | 0.00 | 199.00 |
| **COIN_042922 CALL $170 Totals** | | **1** | | **$1.00** | | **1** | | **$200.00** | **-** | **$0.00** | **$199.00** |
| COIN_052022 CALL $90 | 05/23/22 - Expiration | 2 | 0.0000 | 0.00 | 05/13/22 | 1 | 2.2500 | 225.00 | 1 | 63.41 | 288.41 |
| | | | | | 05/13/22 | 1 | 2.3000 | 230.00 | (1) | (63.41) | 166.59 |
| **COIN_052022 CALL $90 Totals** | | **2** | | **$0.00** | | **2** | | **$455.00** | **-** | **$0.00** | **$455.00** |
| COIN_052121 CALL $255 | 05/24/21 - Expiration | 2 | 0.0000 | 0.00 | 05/19/21 | 2 | 2.2500 | 450.00 | 0 | 0.00 | 450.00 |
| **COIN_052121 CALL $255 Totals** | | **2** | | **$0.00** | | **2** | | **$450.00** | **-** | **$0.00** | **$450.00** |
| COIN_052821 CALL $255 | 06/01/21 - Expiration | 2 | 0.0000 | 0.00 | 05/27/21 | 1 | 1.1500 | 115.00 | 1 | 63.41 | 178.41 |
| | | | | | 05/27/21 | 1 | 1.1000 | 110.00 | (1) | (63.41) | 46.59 |
| **COIN_052821 CALL $255 Totals** | | **2** | | **$0.00** | | **2** | | **$225.00** | **-** | **$0.00** | **$225.00** |
| COIN_061821 CALL $310 | 05/14/21 | 2 | 7.0000 | 1,400.00 | 05/10/21 | 1 | 15.8800 | 1,588.00 | 1 | 63.41 | 251.41 |
| | | | | | 05/10/21 | 1 | 18.9000 | 1,890.00 | (1) | (63.41) | 1,826.59 |
| **COIN_061821 CALL $310 Totals** | | **2** | | **$1,400.00** | | **2** | | **$3,478.00** | **-** | **$0.00** | **$2,078.00** |
| COIN_070221 CALL $240 | 07/01/21 | 2 | 11.0000 | 2,200.00 | 06/28/21 | 2 | 3.5000 | 700.00 | 0 | 0.00 | (1,500.00) |
| **COIN_070221 CALL $240 Totals** | | **2** | | **$2,200.00** | | **2** | | **$700.00** | **-** | **$0.00** | **($1,500.00)** |
| COIN_072922 CALL $90 | 08/01/22 - Expiration | 1 | 0.0000 | 0.00 | 07/20/22 | 1 | 2.5000 | 250.00 | 0 | 0.00 | 250.00 |
| **COIN_072922 CALL $90 Totals** | | **1** | | **$0.00** | | **1** | | **$250.00** | **-** | **$0.00** | **$250.00** |
| COIN_080522 CALL $90 | 08/05/22 | 1 | 1.5000 | 150.00 | 08/03/22 | 1 | 0.5500 | 55.00 | 0 | 0.00 | (95.00) |
| **COIN_080522 CALL $90 Totals** | | **1** | | **$150.00** | | **1** | | **$55.00** | **-** | **$0.00** | **($95.00)** |
| COIN_081222 CALL $112 | 08/09/22 | 1 | 2.8500 | 285.00 | 08/08/22 | 1 | 7.0000 | 700.00 | 0 | 0.00 | 415.00 |
| **COIN_081222 CALL $112 Totals** | | **1** | | **$285.00** | | **1** | | **$700.00** | **-** | **$0.00** | **$415.00** |
| COIN_081321 CALL $260 | 08/12/21 | 1 | 7.4000 | 740.00 | 08/05/21 | 1 | 8.3000 | 830.00 | 0 | 0.00 | 90.00 |
| **COIN_081321 CALL $260 Totals** | | **1** | | **$740.00** | | **1** | | **$830.00** | **-** | **$0.00** | **$90.00** |
| COIN_081321 CALL $265 | 08/12/21 | 1 | 3.5000 | 350.00 | 08/05/21 | 1 | 8.3000 | 830.00 | 0 | 0.00 | 480.00 |
| **COIN_081321 CALL $265 Totals** | | **1** | | **$350.00** | | **1** | | **$830.00** | **-** | **$0.00** | **$480.00** |
| COIN_091721 CALL $285 | 09/08/21 | 2 | 2.0500 | 410.00 | 08/27/21 | 1 | 3.0000 | 300.00 | 1 | 63.41 | (46.59) |
| | | | | | 08/27/21 | 1 | 3.0800 | 308.00 | (1) | (63.41) | 244.59 |

**Coinbase Global, Inc. (COIN)**

FIFO/LIFO Losses
Class Period: 04/14/2021 - 09/21/2022
HENRY GOTLOB

Hold Price: $63.4129

| SECURITY | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COIN_091721 CALL $285 Totals | | **2** | | **$410.00** | | **2** | | **$608.00** | **-** | **$0.00** | **$198.00** |
| COIN_101521 CALL $255 | 10/13/21 | 3 | 1.1800 | 354.00 | 10/01/21 | 1 | 1.8800 | 188.00 | 2 | 126.83 | (39.17) |
| | | | | | 10/05/21 | 2 | 1.9500 | 390.00 | (2) | (126.83) | 263.17 |
| **COIN_101521 CALL $255 Totals** | | **3** | | **$354.00** | | **3** | | **$578.00** | **-** | **$0.00** | **$224.00** |
| COIN_102221 CALL $285 | 10/21/21 | 2 | 18.0000 | 3,600.00 | 10/14/21 | 1 | 1.8800 | 188.00 | 1 | 63.41 | (3,348.59) |
| | | | | | 10/15/21 | 1 | 2.8800 | 288.00 | (1) | (63.41) | 224.59 |
| **COIN_102221 CALL $285 Totals** | | **2** | | **$3,600.00** | | **2** | | **$476.00** | **-** | **$0.00** | **($3,124.00)** |
| COIN_102221 CALL $290 | 10/21/21 | 1 | 18.0000 | 1,800.00 | 10/15/21 | 1 | 1.8800 | 188.00 | 0 | 0.00 | (1,612.00) |
| **COIN_102221 CALL $290 Totals** | | **1** | | **$1,800.00** | | **1** | | **$188.00** | **-** | **$0.00** | **($1,612.00)** |
| COIN_123121 CALL $260 | 12/29/21 | 1 | 4.0000 | 400.00 | 12/22/21 | 1 | 5.8800 | 588.00 | 0 | 0.00 | 188.00 |
| **COIN_123121 CALL $260 Totals** | | **1** | | **$400.00** | | **1** | | **$588.00** | **-** | **$0.00** | **$188.00** |
| COIN_123121 CALL $270 | 12/28/21 | 1 | 3.2500 | 325.00 | 12/23/21 | 1 | 3.5000 | 350.00 | 0 | 0.00 | 25.00 |
| **COIN_123121 CALL $270 Totals** | | **1** | | **$325.00** | | **1** | | **$350.00** | **-** | **$0.00** | **$25.00** |
| COIN_012122 PUT $215 | 01/24/22 - Assignment | 1 | 0.0000 | 0.00 | 01/21/22 | 1 | 6.4000 | 640.00 | 0 | 0.00 | 640.00 |
| **COIN_012122 PUT $215 Totals** | | **1** | | **$0.00** | | **1** | | **$640.00** | **-** | **$0.00** | **$640.00** |
| COIN_031122 PUT $155 | 03/09/22 | 1 | 0.8000 | 80.00 | 03/03/22 | 1 | 1.5000 | 150.00 | 0 | 0.00 | 70.00 |
| **COIN_031122 PUT $155 Totals** | | **1** | | **$80.00** | | **1** | | **$150.00** | **-** | **$0.00** | **$70.00** |
| COIN_031822 PUT $155 | 03/15/22 | 1 | 5.5000 | 550.00 | 03/14/22 | 1 | 6.5000 | 650.00 | 0 | 0.00 | 100.00 |
| **COIN_031822 PUT $155 Totals** | | **1** | | **$550.00** | | **1** | | **$650.00** | **-** | **$0.00** | **$100.00** |
| COIN_041422 PUT $145 | 04/12/22 | 1 | 1.0000 | 100.00 | 04/11/22 | 1 | 1.8500 | 185.00 | 0 | 0.00 | 85.00 |
| **COIN_041422 PUT $145 Totals** | | **1** | | **$100.00** | | **1** | | **$185.00** | **-** | **$0.00** | **$85.00** |
| COIN_041422 PUT $150 | 04/07/22 | 1 | 1.5000 | 150.00 | 04/06/22 | 1 | 2.1500 | 215.00 | 0 | 0.00 | 65.00 |
| **COIN_041422 PUT $150 Totals** | | **1** | | **$150.00** | | **1** | | **$215.00** | **-** | **$0.00** | **$65.00** |
| COIN_042222 PUT $138 | 04/19/22 | 1 | 1.5000 | 150.00 | 04/18/22 | 1 | 3.5000 | 350.00 | 0 | 0.00 | 200.00 |
| **COIN_042222 PUT $138 Totals** | | **1** | | **$150.00** | | **1** | | **$350.00** | **-** | **$0.00** | **$200.00** |
| COIN_043021 PUT $297.50 | 04/30/21 | 3 | 1.5000 | 450.00 | 04/26/21 | 1 | 8.4500 | 845.00 | 2 | 126.83 | 521.83 |
| | | | | | 04/29/21 | 2 | 5.6000 | 1,120.00 | (2) | (126.83) | 993.17 |
| **COIN_043021 PUT $297.50 Totals** | | **3** | | **$450.00** | | **3** | | **$1,965.00** | **-** | **$0.00** | **$1,515.00** |
| COIN_052121 PUT $250 | 05/07/21 | 1 | 10.7000 | 1,070.00 | 05/06/21 | 1 | 12.2500 | 1,225.00 | 0 | 0.00 | 155.00 |
| **COIN_052121 PUT $250 Totals** | | **1** | | **$1,070.00** | | **1** | | **$1,225.00** | **-** | **$0.00** | **$155.00** |
| COIN_052821 PUT $230 | 06/01/21 - Expiration | 1 | 0.0000 | 0.00 | 05/26/21 | 1 | 1.5000 | 150.00 | 0 | 0.00 | 150.00 |
| **COIN_052821 PUT $230 Totals** | | **1** | | **$0.00** | | **1** | | **$150.00** | **-** | **$0.00** | **$150.00** |

**Coinbase Global Inc. (COIN)**

FIFO/LIFO Losses
Class Period: 04/14/2021 - 09/21/2022
HENRY GOTLOB

Hold Price: $63.4129

| SECURITY | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COIN_061821 PUT $220 | 06/21/21 - Expiration | 2 | 0.0000 | 0.00 | 06/14/21 | 1 | 1.6500 | 165.00 | 1 | 63.41 | 228.41 |
| | | | | | 06/15/21 | 1 | 1.1000 | 110.00 | (1) | (63.41) | 46.59 |
| **COIN_061821 PUT $220 Totals** | | **2** | | **$0.00** | | **2** | | **$275.00** | **-** | **$0.00** | **$275.00** |
| COIN_061821 PUT $225 | 06/21/21 - Expiration | 2 | 0.0000 | 0.00 | 06/04/21 | 1 | 7.1000 | 710.00 | 1 | 63.41 | 773.41 |
| | | | | | 06/07/21 | 1 | 7.1600 | 716.00 | (1) | (63.41) | 652.59 |
| **COIN_061821 PUT $225 Totals** | | **2** | | **$0.00** | | **2** | | **$1,426.00** | **-** | **$0.00** | **$1,426.00** |
| COIN_061821 PUT $250 | 06/14/21 | 3 | 16.0000 | 4,800.00 | 05/05/21 | 1 | 11.3000 | 1,130.00 | 2 | 126.83 | (3,543.17) |
| | | | | | 05/10/21 | 1 | 14.3000 | 1,430.00 | (1) | (63.41) | 1,366.59 |
| | | | | | 05/13/21 | 1 | 20.5000 | 2,050.00 | (1) | (63.41) | 1,986.59 |
| **COIN_061821 PUT $250 Totals** | | **3** | | **$4,800.00** | | **3** | | **$4,610.00** | **-** | **$0.00** | **($190.00)** |
| COIN_070221 PUT $200 | 07/06/21 - Expiration | 1 | $0.00 | 0.00 | 06/25/21 | 1 | 0.6500 | 65.00 | 0 | 0.00 | 65.00 |
| **COIN_070221 PUT $200 Totals** | | **1** | | **$0.00** | | **1** | | **$65.00** | **-** | **$0.00** | **$65.00** |
| COIN_070221 PUT $210 | 06/22/21 | 2 | 3.5000 | 700.00 | 06/21/21 | 1 | 4.7000 | 470.00 | 1 | 63.41 | (166.59) |
| | | | | | 06/21/21 | 1 | 3.0000 | 300.00 | (1) | (63.41) | 236.59 |
| **COIN_070221 PUT $210 Totals** | | **2** | | **$700.00** | | **2** | | **$770.00** | **-** | **$0.00** | **$70.00** |
| COIN_071621 PUT $225 | 07/19/22 - Expiration | 2 | 0.0000 | 0.00 | 07/06/21 | 1 | 3.9000 | 390.00 | 1 | 63.41 | 453.41 |
| | | | | | 07/14/21 | 1 | 1.0000 | 100.00 | (1) | (63.41) | 36.59 |
| **COIN_071621 PUT $225 Totals** | | **2** | | **$0.00** | | **2** | | **$490.00** | **-** | **$0.00** | **$490.00** |
| COIN_072321 PUT $200 | 07/20/21 | 1 | 1.4600 | 146.00 | 07/19/21 | 1 | 2.1000 | 210.00 | 0 | 0.00 | 64.00 |
| **COIN_072321 PUT $200 Totals** | | **1** | | **$146.00** | | **1** | | **$210.00** | **-** | **$0.00** | **$64.00** |
| COIN_072321 PUT $220 | 07/26/21 - Expiration | 1 | 0.0000 | 0.00 | 07/22/21 | 1 | 1.3500 | 135.00 | 0 | 0.00 | 135.00 |
| **COIN_072321 PUT $220 Totals** | | **1** | | **$0.00** | | **1** | | **$135.00** | **-** | **$0.00** | **$135.00** |
| COIN_073021 PUT $225 | 07/26/21 - Expiration | 3 | 0.0000 | 0.00 | 07/27/21 | 1 | 1.8500 | 185.00 | 2 | 126.83 | 311.83 |
| | | | | | 07/27/21 | 1 | 2.1000 | 210.00 | (1) | (63.41) | 146.59 |
| | | | | | 07/27/21 | 1 | 2.4000 | 240.00 | (1) | (63.41) | 176.59 |
| **COIN_073021 PUT $225 Totals** | | **3** | | **$0.00** | | **3** | | **$635.00** | **-** | **$0.00** | **$635.00** |
| COIN_081222 PUT $74 | 08/15/21 - Expiration | 1 | 0.0000 | 0.00 | 08/09/22 | 1 | 2.8800 | 288.00 | 0 | 0.00 | 288.00 |
| **COIN_081222 PUT $74 Totals** | | **1** | | **$0.00** | | **1** | | **$288.00** | **-** | **$0.00** | **$288.00** |
| COIN_081321 PUT $220 | 08/16/21 - Expiration | 3 | 0.0000 | 0.00 | 08/03/21 | 1 | 6.4000 | 640.00 | 2 | 126.83 | 766.83 |
| | | | | 0.00 | 08/03/21 | 1 | 6.7500 | 675.00 | (1) | (63.41) | 611.59 |
| | | | | 0.00 | 08/03/21 | 1 | 7.6500 | 765.00 | (1) | (63.41) | 701.59 |
| **COIN_081321 PUT $220 Totals** | | **3** | | **$0.00** | | **3** | | **$2,080.00** | **-** | **$0.00** | **$2,080.00** |

**Coinbase Global, Inc. (COIN)**

FIFO/LIFO Losses
Class Period: 04/14/2021 - 09/21/2022
HENRY GOTLOB

Hold Price:    $63.4129

| SECURITY | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COIN_092421 PUT $230 | 09/27/21 - Expiration | 1 | 0.0000 | 0.00 | 09/20/21 | 1 | 4.3000 | 430.00 | 0 | 0.00 | 430.00 |
| **COIN_092421 PUT $230 Totals** | | **1** | | **$0.00** | | **1** | | **$430.00** | **-** | **$0.00** | **$430.00** |
| COIN_092421 PUT $235 | 09/27/21 - Assignment | 1 | 0.0000 | 0.00 | 09/13/21 | 1 | 4.9800 | 498.00 | 0 | 0.00 | 498.00 |
| **COIN_092421 PUT $235 Totals** | | **1** | | **$0.00** | | **1** | | **$498.00** | **-** | **$0.00** | **$498.00** |
| COIN_102921 PUT $285 | 10/22/21 | 1 | 2.8800 | 288.00 | 10/21/21 | 1 | 3.2000 | 320.00 | 0 | 0.00 | 32.00 |
| **COIN_102921 PUT $285 Totals** | | **1** | | **$288.00** | | **1** | | **$320.00** | **-** | **$0.00** | **$32.00** |
| COIN_110521 PUT $320 | 11/08/21 - Expiration | 1 | $0.00 | 0.00 | 11/03/21 | 1 | 3.2800 | 328.00 | 0 | 0.00 | 328.00 |
| **COIN_110521 PUT $320 Totals** | | **1** | | **$0.00** | | **1** | | **$328.00** | **-** | **$0.00** | **$328.00** |
| COIN_112621 PUT $300 | 11/29/21 - Expiration | 1 | 0.0000 | 0.00 | 11/26/21 | 1 | 3.0000 | 300.00 | 0 | 0.00 | 300.00 |
| **COIN_112621 PUT $300 Totals** | | **1** | | **$0.00** | | **1** | | **$300.00** | **-** | **$0.00** | **$300.00** |
| COIN_112621 PUT $325 | 11/29/21 - Assignment | 2 | 0.0000 | 0.00 | 11/16/21 | 1 | 8.5000 | 850.00 | 1 | 63.41 | 913.41 |
| | | | | | 11/18/21 | 1 | 9.0000 | 900.00 | (1) | (63.41) | 836.59 |
| **COIN_112621 PUT $325 Totals** | | **2** | | **$0.00** | | **2** | | **$1,750.00** | **-** | **$0.00** | **$1,750.00** |
| COIN_120321 PUT $295 | 12/06/21 - Assignment | 1 | 0.0000 | 0.00 | 12/01/21 | 1 | 4.0000 | 400.00 | 0 | 0.00 | 400.00 |
| **COIN_120321 PUT $295 Totals** | | **1** | | **$0.00** | | **1** | | **$400.00** | **-** | **$0.00** | **$400.00** |
| COIN_120321 PUT $300 | 12/06/21 - Assignment | 1 | 0.0000 | 0.00 | 11/30/21 | 1 | 2.5000 | 250.00 | 0 | 0.00 | 250.00 |
| **COIN_120321 PUT $300 Totals** | | **1** | | **$0.00** | | **1** | | **$250.00** | **-** | **$0.00** | **$250.00** |
| **OPTIONS TOTALS** | | | | | | | | | | | **$13,826.00** |
| **COMMON STOCK + OPTIONS LOSSES** | | | | | | | | | | | **($165,898.72)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $63.4129 per share.