**Law Offices of Jan Meyer and Associates. P.C.**

has been providing clients with quality legal services for twenty-five years. Founder and senior counsel Jan Meyer opened a solo legal practice with offices located in both New York and New Jersey. Beginning as a general civil litigation and Subrogation practice, Jan Meyer built his experience upon providing clients with dedicated service and quality results. The firm expanded into new practice areas including commercial and residential real estate transactions, insurance subrogation, complex litigation, corporate law and defense litigation services.

The firm now includes a full team of twelve attorneys, along with paralegals, law clerks and support staff. The Main office of Jan Meyer and Associates, P.C. operates in the bustling community of Teaneck, NJ, convenient to the entire NY/NJ region, along with a branch in Midtown Manhattan. All attorneys are admitted in New York and/or New Jersey.

Our practice has grown due to our high quality legal services, delivered in a timely and efficient manner. We value our client relationships and do our utmost to provide consistent and excellent service. Clients at Jan Meyer and Associates, P.C. understand that our relationship is paramount and they can expect quality service in every legal area.

**Jan Meyer**

Our Founder and Senior Counsel, Jan Meyer, Esq., has extensive experience in subrogation law, civil and complex commercial litigation as well as real estate law. In addition to representing his clients and managing the day-to-day operation of the firm, he is a frequent speaker on the subject of Insurance issues, subrogation and international business law, particularly as it relates to the introduction of foreign companies into the US and US companies into foreign markets.

Mr. Meyer has tried many cases before many courts, both Jury and bench trials.

Prior to beginning his legal career in 1994, Mr. Meyer ran his own commercial enterprise-an experience that has made him particularly effective representing commercial clients.

Mr. Meyer was a former member of the Board of Directors and the general counsel for TDC Carrier Services USA, a subsidiary of a Danish-based telecommunications corporation, a former member of the Board of Trustees for Barnert Hospital in Paterson, NJ, a board member for a private international real estate company, a vice-chair of the Teaneck Zoning Board of Adjustment and an active member of the Bergen County Bar Association. Mr. Meyer is also involved as a volunteer in providing local ambulance services on a weekly basis and is a New Jersey licensed EMR.

A native of Denmark, Mr. Meyer speaks seven languages and has an advanced degree in business from a renowned European business school as well as his Juris Doctor. Mr. Meyer is a member of the Bar admitted to practice before courts New York, New Jersey, District of Columbia, U.S. Supreme Court, U.S. Court of Federal Claims, U.S. Court of Appeals for the Armed Forces, and the U.S. Court of Appeals for the Federal Circuit.

### Richard A. Hazzard

Mr. Hazzard practices real estate law for Jan Meyer and Associates. Mr. Hazzard represents clients in all aspects of commercial and residential real estate transactions.

Mr. Hazzard is also a certified High School teacher and taught for many years in the Newark School system. Prior to that, Mr. Hazzard served our country as a Staff Sergeant for the United States Air Force and Air National Guard. A multi-faceted personality, Mr Hazzard is also a very talented musician.

Mr. Hazzard is a graduate of Seton Hall University School of Law, Newark NJ.

### Noah Gradofsky

Mr. Gradofsky is a senior attorney at Jan Meyer and Associates, with a specialized focus on subrogation issues.

Mr. Gradofsky authors the *Guide to Recovery of PIP in New York* and *Guide to Recovery of PIP in New Jersey* for the firm's website and has participated in training subrogation adjusters to recognize files where PIP may be recoverable. Mr. Gradofsky is a member of the National Association of Subrogation Providers (NASP) and a contributor to NASP's "Subrogator" magazine.

Mr. Gradofsky successfully argued before the Appellate Division in the reported case of Drive N.J. Ins. Co. v. Gisis, 420 N.J. Super. 295 (App. Div) certif. denied, 208 N.J. 599 (2011), which established that vehicles that voluntarily carry PIP coverage are subject to PIP recovery in New Jersey.

Mr. Gradofsky earned a joint Bachelors' degree in Political Science- Economics and Talmud from Columbia University and the Jewish Theological Seminary. He earned his Juris Doctor from Rutgers University School of Law - Newark. Mr. Gradofsky is admitted to the Bar in New York and New Jersey.

### Stacy P. Maza

Ms. Maza heads the Subrogation Group at the Law Offices of Jan Meyer and Associates.  She appears regularly in New Jersey Superior Court, and Arbitration Forums. Prior to joining the Law Offices of Jan Meyer and Associates, Ms. Maza practiced in New York City in the area of Corporate Insurance Law, specializing in licensing.  Prior to her admission to the Bar, Ms. Maza worked on Wall Street in brokerage operations management.

Ms. Maza received her Bachelor's degree from Emory University and her Juris Doctor from St. John's University School of Law. She is admitted to the bar in New York and New Jersey.

### Richard L. Elem

Mr. Elem joined The Law Offices of Jan Meyer & Associates, P.C. in April, 2007. His diverse practice in civil litigation includes subrogation, title insurance law, real estate litigation, estate litigation and product liability. Mr. Elem is a skilled oral advocate and regularly appears in the New Jersey Superior Court, New York City Civil and State Supreme Court.

Moreover, Mr. Elem's superior writing skills have contributed to various successful memoranda of law. Before his admissions to the New York and New Jersey Bars, Mr. Elem held several positions including at a New York City personal injury firm, the Queens District Attorney's Office, Appeals Bureau, and the Chambers of the Hon. Patricia P. Satterfield, J.S.C. (now retired).

Mr. Elem graduated magna cum laude from Rutgers College and received his Juris Doctor from St. John's University School of Law.

Mr. Elem is a member of the bar in New York and New Jersey, and admitted to practice before the District Court of New Jersey.

### Elissa Breanne Wolf

Elissa Breanne Wolf is a Senior Associate at The Law Offices of Jan Meyer & Associates, P.C. Her practice in civil litigation includes insurance subrogation and real estate in New York and New Jersey. As an integral part of the subrogation team, Ms. Wolf specializes in PIP/no fault issues and regularly advises large insurance companies regarding threshold issues of recovery and liability.

Ms. Wolf is a skilled negotiator and has a proved track record of successful resolution of cases involving complex liability and treatment issues. She regularly appears in the New Jersey Superior Court and Arbitration Forums.

Ms. Wolf's prior experience includes positions in a New York City general practice firm; the Chambers of the Hon. Donald W. Merkelbach, J.S.C. (now retired) and at a small accounting firm.

Ms. Wolf graduated summa cum laude from Queens College, and receive her Juris Doctor from Fordham University School of Law. Ms. Wolf is fluent in Hebrew. She is admitted to the bar in New York and New Jersey.

**Jonathan L. Leitman**

Mr. Leitman is a senior associate attorney in the litigation and subrogation departments at the Law Offices of Jan Meyer & Associates, P.C. His practice focuses on, complex commercial litigation, subrogation, general insurance and personal injury litigation.

Prior to joining the Law Offices of Jan Meyer & Associates, Mr. Leitman had been an associate attorney in a New Jersey personal injury firm and at a Westchester County general litigation practice. He has extensive experience in zealously representing clients in all facets of litigation.

Mr. Leitman was conferred a B.A. in Business Administration, Cum Laude, from Yeshiva University's Sy Syms School of Business in 2006. He was conferred his J.D. by the Benjamin N. Cardozo School of Law in 2009. Mr. Leitman is admitted to the Bar in the states of New York and New Jersey, as well as to the Federal Courts.

**Elizabeth Kimmel**

Elizabeth Kimmel, Esq. is an associate attorney with the Law Offices of Jan Meyer & Associates, P.C. Her legal practice is focused on civil and complex commercial litigation as well as subrogation litigation.

Previously, Elizabeth was a Commercial Division Law Clerk at the Supreme Court of the State of New York, in New York County. Before clerking for the Court, Elizabeth was an associate in a midsize intellectual property litigation firm, where she litigated patent disputes involving complex computing technologies.

Elizabeth received her law degree (Juris Doctor) from New York University School of Law.

She earned a dual undergraduate degrees in Computer Science and Biology, summa cum laude, from the University of Pennsylvania. Elizabeth is admitted to the State bars in New York and New Jersey, the Federal U.S. District Court for the Eastern District of New York, the Federal U.S. District Court for the Southern District of New York, and the U.S. Patent and Trademark Office.

**Amy Sue Goldenberg**

Amy S. Goldenberg, Esq., joined the Law Offices of Jan Meyer & Associates, P.C. as an associate attorney in the litigation and subrogation department in New York and New Jersey.

Upon graduation from Law School, Ms. Goldenberg clerked for the Honorable Dennis F. Carey III, P.J.cv., presiding Judge at the Essex Vicinage, in Newark New Jersey. In addition, Ms.

Goldenberg interned for the late Honorable Leonard D. Wexler, at the Eastern District of New York.

Ms. Goldenberg's experience includes positions in all areas of civil and criminal litigation. In addition, Ms. Goldenberg has sat as a committee member for the past five years on the criminal courts committee at the New York City Bar Association. Prior to admission to the Bar, Ms. Goldenberg worked in the Media and Pharmaceutical Industry as an Account Manager and is an experienced negotiator.

Amy S. Goldenberg graduated from Boston University with a Bachelor of Science in Communications with a degree in Broadcasting and Film. Ms. Goldenberg received her Juris Doctorate in the Honors Program at the Jacob D. Fuchsberg Law Center with a concentration in civil and criminal litigation.

### Keron E. Hoetzel

Keron E. Hoetzel, Esq. joined the Law Offices of Jan Meyer & Associates, P.C. as an associate attorney in the litigation and subrogation department in New Jersey.

Ms. Hoetzel's previous experience includes legal internships in the New York State Department of Education Office of Professional Discipline and in the PIP department of a major insurance carrier in New Jersey. Additionally, she has worked in campaigns, P&C auto insurance, and in a trust and estates law firm.

Ms. Hoetzel graduated from the University of Colorado-Boulder with degrees in international affairs and Chinese Literature and History. She received her Juris Doctorate from Rutgers Law-Newark. Ms. Hoetzel is admitted to the bar in New Jersey.

### Steven G. Kraus

Steve joins Jan Meyer and Associates as Senior Of Counsel. He has devoted his practice to insurance subrogation and related coverage issues for over 35 years. He founded one of the first subrogation focused law firms. He has extensive experience with PIP reimbursement claims, workers compensation liens, concurrent coverage issues, auto, property and products liability subrogation.

Steve represented insurance carriers in two reported cases that continue to govern New Jersey subrogation law; IFA Insurance Company v. Waitt, 270 N.J. Super. 621 (App. Div. 1994), cert. den. 136 N.J. 295 (1994) which established the rule that PIP reimbursement claims are paid from a tortfeasor's liability policy limits and not, as under New York law, a separate No-Fault limit. Continental Insurance Company v. McClelland, 288 N.J. Super. 185 (App. Div. 1996) which established the principal that a workers compensation carrier could only recover a workers compensation lien when the injured worker's injuries met the threshold of that worker's personal

auto policy. He obtained the National Association of Subrogation Professional's CSRP designation with the first class of subrogation professionals.

Steve received his B.A. from Brandeis University in Waltham, Massachusetts, his J.D. from Rutgers Law School, Camden, New Jersey, an M.A. from the Rutgers Graduate School - Newark, New Jersey and an LL.M. in Insurance Law from the University of Connecticut Law School. He was a judicial law clerk for the Hon. Charles A. Rizzi, Sr., A.J.S.C., Superior Court of New Jersey, Camden and Gloucester Counties. He has mentored and encouraged a number of his legal assistants in advancing their careers. He often fields subrogation questions from attorneys and adjusters against and with whom he has handled cases.

Steve has lectured on New Jersey subrogation for carrier in-house subrogation training, continuing legal education seminars, NASP educational sessions, and webinars. He is admitted to practice is New Jersey, New York and Pennsylvania.