**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700

*Proposed Liaison Counsel for the Class*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-04915-BRM-LDW |
| Plaintiff, | Hon. Brian R. Martinotti<br>District Judge |
| v. | Hon. Leda D. Wettre<br>Magistrate Judge |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, | **MOTION DAY:** November 7, 2022 |
| | ORAL ARGUMENT REQUESTED |
| Defendants. | |

[Additional caption on following page.]

**NOTICE OF THE MOTION OF SJUNDE AP-FONDEN FOR**
**CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | Case No. 2:22-cv-05744-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>District Judge<br><br>Hon. Leda D. Wettre<br>Magistrate Judge |

TO:   ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, November 7, 2022, or as soon thereafter as counsel may be heard, the undersigned counsel for Sjunde AP-Fonden ("AP7") will move before the Honorable Brian R. Martinotti at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B): (1) consolidating the above-captioned actions; (2) appointing AP7 as Lead Plaintiff; (3) approving AP7's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that AP7 is the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, AP7 submits herewith the Memorandum of Law in Support of the Motion of Sjunde AP-Fonden for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, and the Declaration of James E. Cecchi in support thereof.

Dated:  October 3, 2022            Respectfully submitted,

                                   s/ James E. Cecchi
                                   James E. Cecchi
                                   Donald A. Ecklund
                                   **CARELLA, BYRNE, CECCHI,**
                                   **BRODY & AGNELLO, P.C.**
                                   5 Becker Farm Road

1

Roseland, NJ 07068-
Telephone:  (973) 994-1700
Facsimile:  (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
Barbara A. Schwartz
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
bschwartz@ktmc.com
ksauder@ktmc.com

*Counsel for Sjunde AP-Fonden and
Proposed Lead Counsel for the Class*

2

## CERTIFICATION PURSUANT TO L. Civ. R. 11.2

I, James E. Cecchi, hereby certify pursuant to Local Civil Rule 11.2 that the matter in controversy in the above-captioned actions is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 3, 2022

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700
Facsimile:  (973) 994-1744
jcecchi@carellabyrne.com

*Proposed Liaison Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I, James E. Cecchi, hereby certify that on October 3, 2022, I caused a true and correct copy of the foregoing motion and its supporting documents to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 3, 2022

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Proposed Liaison Counsel for the Class*

4