**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700

*Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-04915-BRM-LDW |
| Plaintiff, | Hon. Brian R. Martinotti District Judge |
| v. | Hon. Leda D. Wettre Magistrate Judge |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, | **MOTION DAY:** November 7, 2022 |
| Defendants. | ORAL ARGUMENT REQUESTED |

[Additional caption on following page.]

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF THE**
**MOTION OF SJUNDE AP-FONDEN FOR CONSOLIDATION OF**
**RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF COUNSEL**

|  |  |
|---|---|
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI, <br><br> Defendants. | Case No. 2:22-cv-05744-BRM-LDW <br><br> Hon. Brian R. Martinotti <br> District Judge <br><br> Hon. Leda D. Wettre <br> Magistrate Judge |

I, James E. Cecchi, declare as follows:

I am a member in good standing of the bar of the State of New Jersey, and I am admitted to practice before this Court.  I am a partner of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C.  I submit this Declaration in support of the Motion of Sjunde AP-Fonden for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Sworn certification of Sjunde AP-Fonden pursuant to the requirements of the Private Securities Litigation Reform Act of 1995;

Exhibit B:   Chart of Sjunde AP-Fonden's Class Period transactions and losses in Coinbase Global, Inc. securities;

Exhibit C:   Notice of pendency of *Patel v. Coinbase Global, Inc., et al.*, No. 2:22-cv-04915-BRM-LDW (D.N.J.), published on August 4, 2022, in *Globe Newswire*;

Exhibit D:   Firm résumé of Kessler Topaz Meltzer & Check, LLP; and

Exhibit E:   Firm résumé of Carella, Byrne, Cecchi, Brody & Agnello, P.C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of October 2022.

s/ *James E. Cecchi*
James E. Cecchi

1