# <u>EXHIBIT A</u>

## CERTIFICATION

Sjunde AP-Fonden ("AP7" or "Plaintiff")[1] declares as to the claims asserted under the federal securities laws that:

1.     Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.     Plaintiff's Class Period purchase and sale transactions in Coinbase Global, Inc. securities that are the subject of this action are attached in Schedule A.

4.     AP7 has full power and authority to bring suit to recover for its investment losses.

5.     Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.     I, Richard Gröttheim, Chief Executive Officer of AP7, am authorized to make legal decisions on behalf of AP7.

7.     Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.     Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.     AP7 is currently serving or has served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification

---

[1]     AP7 is acting on behalf of the AP7 Equity Fund in this litigation. All references to "Sjunde AP-Fonden" or "AP7" in this litigation are to AP7 acting on behalf of the AP7 Equity Fund.

in *Mangino v. Lucid Group, Inc.*, No. 22-cv-02094 (N.D. Cal.), *Crews v. Rivian Automotive, Inc.*, No. 22-cv-1524 (C.D. Cal.), and *In re Luckin Coffee Inc. Securities Litigation*, No. 20-cv-1293 (S.D.N.Y.).

10.    AP7 has sought to serve and was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *Barua v. Zillow Group, Inc.*, No. 21-cv-1551 (W.D. Wash.), and *City of Hialeah Employees' Retirement System v. Peloton Interactive, Inc.*, No. 21-cv-9582 (S.D.N.Y.).

11.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __2nd__ day of October 2022.

**Sjunde AP-Fonden**

By: _____

Richard Gröttheim
Chief Executive Officer

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 11/30/2021 | 10,805 | $315.00 |
| Common Stock | Buy | 11/30/2021 | 22,891 | $315.00 |
| Common Stock | Buy | 5/31/2022 | 23,766 | $78.10 |
| Common Stock | Buy | 5/31/2022 | 36,700 | $78.10 |
| Common Stock | Buy | 5/31/2022 | 47,322 | $78.10 |