# EXHIBIT B

**Sjunde AP-Fonden**
**LIFO Losses in Coinbase Global, Inc.**
Class Period: 4/14/2021 - 9/21/2022
Retained Shares valued at:                    $63.73

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/30/2021 | 10,805 | $315.00 | $3,403,546.91 | Retained Shares | | 141,484 | $63.73 | $9,016,775.14 |
| Purchase | 11/30/2021 | 22,891 | $315.00 | $7,210,665.00 | | | | | |
| Purchase | 5/31/2022 | 23,766 | $78.10 | $1,856,081.82 | | | | | |
| Purchase | 5/31/2022 | 36,700 | $78.10 | $2,866,270.00 | | | | | |
| Purchase | 5/31/2022 | 47,322 | $78.10 | $3,695,848.20 | | | | | |
| | | 141,484 | | $19,032,411.93 | | | 141,484 | | $9,016,775.14 |

*LIFO Losses in Coinbase Global, Inc.* ($10,015,636.79)