POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Maria Scagliotti
and Proposed Lead Counsel for the
Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | Case No. 2:22-cv-04915-BRM-LDW<br><br>NOTICE OF MOTION OF MARIA SCAGLIOTTI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>Motion Date: November 7, 2022 |

| | |
|---|---|
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>          Defendants. | Case No. 2:22-cv-05744-BRM-LDW |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Maria Scagliotti ("Scagliotti"), by and through her counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Scagliotti as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants who purchased or otherwise acquired Coinbase Global, Inc. securities between April 14, 2021 and September 21, 2022, both dates inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  October 3, 2022                    Respectfully submitted,

                                          POMERANTZ LLP

                                          */s/ Thomas H. Przybylowski*
                                          Thomas H. Przybylowski
                                          Jeremy A. Lieberman
                                          (*pro hac vice*)
                                          J. Alexander Hood II
                                          (*pro hac vice*)
                                          600 Third Avenue, 20th Floor
                                          New York, New York 10016
                                          Telephone: (212) 661-1100
                                          Facsimile: (917) 463-1044
                                          tprzybylowski@pomlaw.com
                                          jalieberman@pomlaw.com

1

ahood@pomlaw.com

*Counsel for Movant Maria Scagliotti and Proposed Lead Counsel for the Class*

WOHL & FRUCHTER LLP
Joshua E. Fruchter
(*pro hac vice* application forthcoming)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: (845) 290-6818
jfruchter@wohlfruchter.com

*Additional Counsel for Movant Maria Scagliotti*

2