SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>        vs.<br><br>COINBASE GLOBAL, INC., et al.,<br><br>                         Defendants.<br><br>[Caption continued on following page.] | No. 2:22-cv-04915-BRM-LDW<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>MOTION DATE:  November 7, 2022 |

4862-6070-2005.v1

DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

COINBASE GLOBAL, INC., et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-05744-BRM-LDW

<u>CLASS ACTION</u>

4862-6070-2005.v1

PLEASE TAKE NOTICE that on November 7, 2022, or such other date as the Court designates, and at a time designated by the Court, the undersigned counsel for proposed lead plaintiff Rahul Saraf, D.M.D., will respectfully move before the Honorable Brian R. Martinotti at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an Order: (1) consolidating the Related Actions[1]; (2) appointing Dr. Saraf as Lead Plaintiff; and (3) approving Dr. Saraf's selection of Berger Montague PC and Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.   The undersigned intends to rely upon the annexed Brief and Declaration of Christopher A. Seeger.   A proposed Order accompanies this motion.

DATED:  October 3, 2022

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS

s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

---

[1]    The Related Actions are: (1) *Patel v. Coinbase Global, Inc.*, No. 2:22-cv-04915 (filed Aug. 4, 2022); and *Laffoon v. Coinbase Global, Inc.*, No. 2:22-cv-05744 (filed Sept. 27, 2022).

- 1 -

- 2 -

BERGER MONTAGUE PC
SHERRIE R. SAVETT
MICHAEL DELL'ANGELO
ANDREW D. ABRAMOWITZ
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 2 -

4862-6070-2005.v1