SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>COINBASE GLOBAL, INC., et al., )<br><br>Defendants. )<br><br>_____<br>[Caption continued on following page.] | No. 2:22-cv-04915-BRM-LDW<br><br>CLASS ACTION<br><br>DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>MOTION DATE:  November 7, 2022 |

DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

COINBASE GLOBAL, INC., et al.,

        Defendants.

Case No. 2:22-cv-05744-BRM-LDW

<u>CLASS ACTION</u>

4882-2239-1093.v1

I, Christopher A. Seeger, declare as follows:

1.      I am a member in good standing of the bar of the State of New Jersey and of this Court. I am a member of the law firm of Seeger Weiss LLP, liaison counsel for proposed lead plaintiff Rahul Saraf, D.M.D. in the above-captioned related securities class actions.  I make this declaration in support of Dr. Saraf's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

1.      Attached hereto as Exhibit A is a true and accurate copy of the notice published by the plaintiff in the action on *Globe Newswire*, a national, business-oriented newswire service, on August 4, 2022.

2.      Attached hereto as Exhibit B is a true and accurate copy of Dr. Saraf's Certification.

3.      Attached hereto as Exhibit C is a true and accurate copy of a loss chart, prepared by counsel, presenting the estimated losses of Dr. Saraf of over $7 million in connection with his transactions in Coinbase Global, Inc. stock during the Class Period.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 3rd day of October, 2022.

s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER

- 1 -

4882-2239-1093.v1