# EXHIBIT B

**COINBASE GLOBAL, INC. (NASDAQ: COIN)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Rahul Saraf, declare that:

1.      I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2.      I did not purchase and/or acquire the security that is the subject of this action at the direction of my counsel nor in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class or to be a member of a group representing the class, including providing testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      My transactions in Coinbase Global, Inc. securities during the proposed Class Period of April 14, 2021, through and including September 21, 2022, are attached hereto in Schedule A.  I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

5.      (a)      I have sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed in the following actions:

*Saraf v. Ebix, Inc., et al.*, Case No. 1:21-cv-01589-JMF (S.D. N.Y.)

*Ohio Public Employees Retirement System v. Meta Platforms, Inc., et al.*,
Case No. 4:21-cv-08812-JST (N.D. Cal.)

(b)      I have been appointed to serve as a representative party for a class in the following action filed under the federal securities laws within the three (3) year period prior to the date of this certification:

*Saraf v. Ebix, Inc., et al.*, Case No. 1:21-cv-01589-JMF (S.D. N.Y.)

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSign Envelope ID: 6462E449-485D-4B31-84A4-1340486DA9B4

Date: 10/3/2022 _____
Atlanta, GA

DocuSigned by:

4BC8DA3A51C64BE...

Rahul Saraf

2

# EXHIBIT A

| Rahul Saraf's Transactions in Coinbase Global, Inc. (COIN) During the Class Period (4/14/21 - 9/21/22) | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| | | | | |
| **Purchases** | | | | |
| 09/10/21 | Buy | COIN | 300 | $258.63 |
| 10/19/21 | Buy | COIN | 300 | $300.00 |
| 10/19/21 | Buy | COIN | 300 | $301.56 |
| 10/19/21 | Buy | COIN | 300 | $304.38 |
| 10/20/21 | Buy | COIN | 25 | $315.92 |
| 10/20/21 | Buy | COIN | 50 | $314.40 |
| 10/20/21 | Buy | COIN | 65 | $314.26 |
| 10/20/21 | Buy | COIN | 100 | $314.25 |
| 10/20/21 | Buy | COIN | 100 | $314.25 |
| 10/20/21 | Buy | COIN | 250 | $314.32 |
| 10/20/21 | Buy | COIN | 300 | $307.38 |
| 10/20/21 | Buy | COIN | 300 | $312.99 |
| 10/20/21 | Buy | COIN | 500 | $313.94 |
| 10/20/21 | Buy | COIN | 835 | $314.28 |
| 10/20/21 | Buy | COIN | 1,000 | $314.40 |
| 10/21/21 | Buy | COIN | 4,000 | $311.96 |
| 10/26/21 | Buy | COIN | 225 | $328.33 |
| 10/28/21 | Buy | COIN | 1,000 | $325.85 |
| 10/28/21 | Buy | COIN | 1,500 | $324.87 |
| 10/28/21 | Buy | COIN | 1,500 | $315.09 |
| 10/28/21 | Buy | COIN | 2,000 | $325.62 |
| 10/28/21 | Buy | COIN | 2,500 | $319.81 |
| 10/29/21 | Buy | COIN | 50 | $324.90 |
| 10/29/21 | Buy | COIN | 50 | $325.22 |
| 11/01/21 | Buy | COIN | 500 | $330.10 |
| 11/01/21 | Buy | COIN | 1,000 | $324.60 |
| 11/01/21 | Buy | COIN | 1,000 | $337.56 |
| 11/01/21 | Buy | COIN | 1,000 | $329.85 |
| 11/03/21 | Buy | COIN | 287 | $334.98 |
| 11/03/21 | Buy | COIN | 1,025 | $335.03 |
| 11/03/21 | Buy | COIN | 1,188 | $334.98 |
| 11/05/21 | Buy | COIN | 300 | $337.19 |
| 11/08/21 | Buy | COIN | 50 | $349.35 |

# EXHIBIT A

| 11/08/21 | Buy | COIN | 100 | $360.09 |
|---|---|---|---|---|
| 11/09/21 | Buy | COIN | 1 | $352.22 |
| 11/09/21 | Buy | COIN | 10 | $352.35 |
| 11/09/21 | Buy | COIN | 60 | $352.23 |
| 11/09/21 | Buy | COIN | 127 | $352.24 |
| 11/09/21 | Buy | COIN | 1,000 | $367.39 |
| 11/09/21 | Buy | COIN | 1,202 | $352.38 |
| 11/09/21 | Buy | COIN | 1,600 | $352.29 |
| 11/09/21 | Buy | COIN | 3,000 | $352.20 |
| 11/10/21 | Buy | COIN | 34 | $327.69 |
| 11/10/21 | Buy | COIN | 966 | $327.82 |
| 11/10/21 | Buy | COIN | 1,000 | $331.28 |
| 11/10/21 | Buy | COIN | 1,000 | $334.77 |
| 11/10/21 | Buy | COIN | 1,000 | $341.28 |
| 11/11/21 | Buy | COIN | 100 | $337.35 |
| 11/12/21 | Buy | COIN | 100 | $338.65 |
| 11/12/21 | Buy | COIN | 250 | $336.82 |
| 11/15/21 | Buy | COIN | 1 | $346.54 |
| 11/15/21 | Buy | COIN | 5 | $346.41 |
| 11/15/21 | Buy | COIN | 19 | $346.51 |
| 11/15/21 | Buy | COIN | 37 | $346.60 |
| 11/15/21 | Buy | COIN | 78 | $346.47 |
| 11/15/21 | Buy | COIN | 92 | $346.41 |
| 11/15/21 | Buy | COIN | 96 | $346.57 |
| 11/15/21 | Buy | COIN | 97 | $346.58 |
| 11/15/21 | Buy | COIN | 100 | $346.45 |
| 11/15/21 | Buy | COIN | 100 | $346.49 |
| 11/15/21 | Buy | COIN | 101 | $346.44 |
| 11/15/21 | Buy | COIN | 102 | $346.46 |
| 11/15/21 | Buy | COIN | 114 | $346.48 |
| 11/15/21 | Buy | COIN | 128 | $346.53 |
| 11/15/21 | Buy | COIN | 130 | $346.42 |
| 11/15/21 | Buy | COIN | 211 | $346.52 |
| 11/15/21 | Buy | COIN | 214 | $346.59 |
| 11/15/21 | Buy | COIN | 375 | $346.50 |
| 11/15/21 | Buy | COIN | 1,000 | $341.97 |
| 11/15/21 | Buy | COIN | 1,500 | $345.10 |
| 11/15/21 | Buy | COIN | 1,500 | $347.00 |
| 11/15/21 | Buy | COIN | 1,500 | $342.86 |
| 11/18/21 | Buy | COIN | 500 | $326.29 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 11/18/21 | Buy | COIN | 600 | $327.50 |
| 11/18/21 | Buy | COIN | 1,000 | $325.92 |
| 11/19/21 | Buy | COIN | 1 | $329.65 |
| 11/19/21 | Buy | COIN | 15 | $326.18 |
| 11/19/21 | Buy | COIN | 101 | $329.51 |
| 11/19/21 | Buy | COIN | 150 | $329.67 |
| 11/19/21 | Buy | COIN | 398 | $329.58 |
| 11/19/21 | Buy | COIN | 500 | $331.94 |
| 11/19/21 | Buy | COIN | 500 | $335.84 |
| 11/19/21 | Buy | COIN | 1,396 | $326.22 |
| 11/19/21 | Buy | COIN | 1,589 | $326.83 |
| 11/22/21 | Buy | COIN | 1,000 | $320.49 |
| 11/22/21 | Buy | COIN | 1,000 | $316.88 |
| 11/22/21 | Buy | COIN | 1,700 | $333.52 |
| 11/30/21 | Buy | COIN | 2 | $327.43 |
| 11/30/21 | Buy | COIN | 25 | $327.30 |
| 11/30/21 | Buy | COIN | 25 | $327.38 |
| 11/30/21 | Buy | COIN | 50 | $327.40 |
| 11/30/21 | Buy | COIN | 75 | $327.51 |
| 11/30/21 | Buy | COIN | 100 | $327.53 |
| 11/30/21 | Buy | COIN | 175 | $327.58 |
| 11/30/21 | Buy | COIN | 250 | $327.55 |
| 11/30/21 | Buy | COIN | 298 | $327.59 |
| 11/30/21 | Buy | COIN | 500 | $329.26 |
| 12/23/21 | Buy | COIN | 25 | $266.67 |
| 12/23/21 | Buy | COIN | 35 | $266.66 |
| 12/23/21 | Buy | COIN | 100 | $260.50 |
| 12/23/21 | Buy | COIN | 100 | $260.49 |
| 12/23/21 | Buy | COIN | 100 | $266.68 |
| 12/23/21 | Buy | COIN | 145 | $266.70 |
| 12/23/21 | Buy | COIN | 195 | $266.69 |
| 12/23/21 | Buy | COIN | 500 | $260.91 |
| 12/23/21 | Buy | COIN | 2,300 | $260.51 |
| 12/27/21 | Buy | COIN | 10 | $281.15 |
| 12/27/21 | Buy | COIN | 15 | $281.19 |
| 12/27/21 | Buy | COIN | 25 | $280.22 |
| 12/27/21 | Buy | COIN | 32 | $279.69 |
| 12/27/21 | Buy | COIN | 50 | $281.21 |
| 12/27/21 | Buy | COIN | 80 | $270.22 |
| 12/27/21 | Buy | COIN | 100 | $279.34 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 12/27/21 | Buy | COIN | 125 | $277.82 |
| 12/27/21 | Buy | COIN | 200 | $273.54 |
| 01/03/22 | Buy | COIN | 200 | $254.71 |
| 01/03/22 | Buy | COIN | 3 | $254.71 |
| 01/03/22 | Buy | COIN | 121 | $254.82 |
| 01/03/22 | Buy | COIN | 150 | $254.69 |
| 01/03/22 | Buy | COIN | 1,641 | $254.96 |
| 01/03/22 | Buy | COIN | 50 | $254.73 |
| 01/03/22 | Buy | COIN | 350 | $254.73 |
| 01/03/22 | Buy | COIN | 5 | $254.81 |
| 01/03/22 | Buy | COIN | 6 | $254.80 |
| 01/03/22 | Buy | COIN | 10 | $254.83 |
| 01/03/22 | Buy | COIN | 100 | $254.72 |
| 01/03/22 | Buy | COIN | 50 | $254.68 |
| 01/03/22 | Buy | COIN | 25 | $254.72 |
| 01/03/22 | Buy | COIN | 101 | $254.79 |
| 01/03/22 | Buy | COIN | 183 | $254.74 |
| 01/03/22 | Buy | COIN | 5 | $254.64 |
| 01/04/22 | Buy | COIN | 1,500 | $257.68 |
| 01/04/22 | Buy | COIN | 1,500 | $253.41 |
| 01/31/22 | Buy | COIN | 1,500 | $190.12 |
| 01/31/22 | Buy | COIN | 1,500 | $191.24 |
| 02/01/22 | Buy | COIN | 350 | $198.64 |
| 02/01/22 | Buy | COIN | 100 | $198.63 |
| 02/01/22 | Buy | COIN | 50 | $198.57 |
| 02/01/22 | Buy | COIN | 450 | $195.27 |
| 02/01/22 | Buy | COIN | 872 | $193.92 |
| 02/01/22 | Buy | COIN | 7 | $193.79 |
| 02/01/22 | Buy | COIN | 121 | $193.80 |
| 02/01/22 | Buy | COIN | 200 | $199.31 |
| 02/01/22 | Buy | COIN | 430 | $197.50 |
| 02/28/22 | Buy | COIN | 1,000 | $190.03 |
| 03/01/22 | Buy | COIN | 1,000 | $198.05 |
| 03/01/22 | Buy | COIN | 500 | $201.26 |
| 03/01/22 | Buy | COIN | 750 | $196.28 |
| 03/16/22 | Buy | COIN | 500 | $163.33 |
| 03/18/22 | Buy | COIN | 275 | $181.74 |
| 03/21/22 | Buy | COIN | 1,000 | $181.51 |
| 03/21/22 | Buy | COIN | 182 | $174.57 |
| 03/21/22 | Buy | COIN | 500 | $174.58 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 03/21/22 | Buy | COIN | 1,000 | $174.07 |
| 03/22/22 | Buy | COIN | 1,000 | $185.70 |
| 03/22/22 | Buy | COIN | 250 | $188.64 |
| 03/23/22 | Buy | COIN | 750 | $184.75 |
| 03/24/22 | Buy | COIN | 1,000 | $185.26 |
| 03/24/22 | Buy | COIN | 1,000 | $190.96 |
| 03/25/22 | Buy | COIN | 2,000 | $192.00 |
| 03/28/22 | Buy | COIN | 500 | $199.71 |
| 03/28/22 | Buy | COIN | 100 | $202.86 |
| 03/28/22 | Buy | COIN | 1,775 | $193.31 |
| 03/28/22 | Buy | COIN | 2,040 | $196.97 |
| 03/28/22 | Buy | COIN | 1,845 | $198.25 |
| 03/29/22 | Buy | COIN | 205 | $203.66 |
| 03/29/22 | Buy | COIN | 2,000 | $202.48 |
| 03/30/22 | Buy | COIN | 125 | $204.59 |
| 03/30/22 | Buy | COIN | 125 | $204.75 |
| 03/30/22 | Buy | COIN | 125 | $204.55 |
| 03/30/22 | Buy | COIN | 250 | $204.69 |
| 03/30/22 | Buy | COIN | 1,000 | $203.12 |
| 03/30/22 | Buy | COIN | 1,000 | $205.21 |
| 03/30/22 | Buy | COIN | 100 | $204.60 |
| 03/31/22 | Buy | COIN | 3,500 | $196.00 |
| 05/03/22 | Buy | COIN | 1,500 | $125.26 |
| 05/13/22 | Buy | COIN | 1,500 | $68.75 |
| 05/13/22 | Buy | COIN | 2,000 | $72.62 |
| 05/13/22 | Buy | COIN | 1,500 | $68.70 |
| 05/13/22 | Buy | COIN | 2,000 | $68.79 |
| 05/17/22 | Buy | COIN | 1,043 | $69.93 |
| 05/17/22 | Buy | COIN | 1,500 | $66.65 |
| 05/27/22 | Buy | COIN | 1,000 | $74.67 |
| 05/31/22 | Buy | COIN | 3,750 | $80.00 |
| 06/02/22 | Buy | COIN | 1,000 | $70.02 |
| 06/03/22 | Buy | COIN | 5,000 | $68.00 |
| 07/08/22 | Buy | COIN | 500 | $60.07 |
| 07/08/22 | Buy | COIN | 2,000 | $60.11 |
| 07/19/22 | Buy | COIN | 250 | $64.43 |
| 07/19/22 | Buy | COIN | 370 | $58.26 |
| 07/19/22 | Buy | COIN | 130 | $58.27 |
| 07/19/22 | Buy | COIN | 500 | $58.10 |
| 07/19/22 | Buy | COIN | 500 | $64.58 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 07/19/22 | Buy | COIN | 1,000 | $63.64 |
| 07/19/22 | Buy | COIN | 1,000 | $65.56 |
| 07/19/22 | Buy | COIN | 1,000 | $60.90 |
| 07/20/22 | Buy | COIN | 52 | $76.68 |
| 07/20/22 | Buy | COIN | 1,500 | $74.65 |
| 07/20/22 | Buy | COIN | 1,000 | $69.41 |
| 07/20/22 | Buy | COIN | 1,500 | $73.70 |
| 07/20/22 | Buy | COIN | 100 | $75.70 |
| 07/20/22 | Buy | COIN | 900 | $75.69 |
| 07/21/22 | Buy | COIN | 900 | $75.66 |
| 07/21/22 | Buy | COIN | 100 | $75.63 |
| 07/21/22 | Buy | COIN | 1,000 | $74.72 |
| 07/21/22 | Buy | COIN | 457 | $75.06 |
| 07/21/22 | Buy | COIN | 43 | $75.12 |
| 07/22/22 | Buy | COIN | 1,500 | $70.76 |
| 07/22/22 | Buy | COIN | 500 | $76.11 |
| 07/29/22 | Buy | COIN | 500 | $62.68 |
| 07/29/22 | Buy | COIN | 500 | $61.90 |
| 07/29/22 | Buy | COIN | 1,500 | $62.14 |
| 07/29/22 | Buy | COIN | 250 | $61.14 |
| 07/29/22 | Buy | COIN | 2,500 | $61.55 |
| 07/29/22 | Buy | COIN | 300 | $62.93 |
| 08/01/22 | Buy | COIN | 500 | $63.10 |
| 08/01/22 | Buy | COIN | 2,500 | $63.15 |
| 08/01/22 | Buy | COIN | 300 | $63.17 |
| 08/02/22 | Buy | COIN | 200 | $68.98 |
| 08/02/22 | Buy | COIN | 300 | $68.82 |
| 08/02/22 | Buy | COIN | 500 | $69.37 |
| 08/02/22 | Buy | COIN | 300 | $68.93 |
| 08/02/22 | Buy | COIN | 500 | $68.09 |
| 08/02/22 | Buy | COIN | 1,500 | $68.09 |
| 08/02/22 | Buy | COIN | 100 | $67.79 |
| 08/02/22 | Buy | COIN | 300 | $67.65 |
| 08/02/22 | Buy | COIN | 2,500 | $67.54 |
| 08/03/22 | Buy | COIN | 1,000 | $77.13 |
| 08/03/22 | Buy | COIN | 1,500 | $79.65 |
| 08/03/22 | Buy | COIN | 43 | $74.94 |
| 08/03/22 | Buy | COIN | 1,000 | $74.92 |
| 08/03/22 | Buy | COIN | 40 | $74.90 |
| 08/03/22 | Buy | COIN | 116 | $74.89 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 08/03/22 | Buy | COIN | 1,801 | $74.91 |
| 08/03/22 | Buy | COIN | 5,000 | $69.05 |
| 08/03/22 | Buy | COIN | 1,000 | $78.33 |
| 08/03/22 | Buy | COIN | 1,500 | $75.16 |
| 08/03/22 | Buy | COIN | 96 | $80.90 |
| 08/04/22 | Buy | COIN | 65 | $116.00 |
| 08/04/22 | Buy | COIN | 1,100 | $115.96 |
| 08/04/22 | Buy | COIN | 1,000 | $116.30 |
| 08/04/22 | Buy | COIN | 1,502 | $116.16 |
| 08/04/22 | Buy | COIN | 725 | $116.14 |
| 08/04/22 | Buy | COIN | 8 | $116.05 |
| 08/04/22 | Buy | COIN | 100 | $116.04 |
| 08/04/22 | Buy | COIN | 31 | $113.05 |
| 08/04/22 | Buy | COIN | 100 | $112.99 |
| 08/04/22 | Buy | COIN | 247 | $112.99 |
| 08/04/22 | Buy | COIN | 103 | $112.97 |
| 08/04/22 | Buy | COIN | 10 | $113.00 |
| 08/04/22 | Buy | COIN | 150 | $113.00 |
| 08/04/22 | Buy | COIN | 50 | $112.90 |
| 08/04/22 | Buy | COIN | 250 | $112.88 |
| 08/04/22 | Buy | COIN | 50 | $112.87 |
| 08/04/22 | Buy | COIN | 261 | $113.15 |
| 08/04/22 | Buy | COIN | 100 | $112.93 |
| 08/04/22 | Buy | COIN | 50 | $112.86 |
| 08/04/22 | Buy | COIN | 50 | $112.84 |
| 08/04/22 | Buy | COIN | 50 | $112.90 |
| 08/04/22 | Buy | COIN | 4 | $112.98 |
| 08/04/22 | Buy | COIN | 200 | $112.96 |
| 08/04/22 | Buy | COIN | 50 | $112.94 |
| 08/04/22 | Buy | COIN | 98 | $112.98 |
| 08/04/22 | Buy | COIN | 300 | $112.90 |
| 08/04/22 | Buy | COIN | 50 | $112.89 |
| 08/04/22 | Buy | COIN | 296 | $112.89 |
| 08/04/22 | Buy | COIN | 300 | $94.64 |
| 08/04/22 | Buy | COIN | 1,000 | $96.27 |
| 08/04/22 | Buy | COIN | 2,300 | $105.99 |
| 08/04/22 | Buy | COIN | 4,800 | $95.85 |
| 08/08/22 | Buy | COIN | 625 | $100.93 |
| 08/10/22 | Buy | COIN | 300 | $88.03 |
| 08/17/22 | Buy | COIN | 5,000 | $85.41 |

# EXHIBIT A

| 08/17/22 | Buy | COIN | 10,000 | $85.40 |
|---|---|---|---|---|
| 08/17/22 | Buy | COIN | 5,000 | $86.18 |
| 08/17/22 | Buy | COIN | 1,000 | $87.09 |
| 08/17/22 | Buy | COIN | 1,000 | $87.73 |
| 08/18/22 | Buy | COIN | 4,000 | $86.33 |
| 08/24/22 | Buy | COIN | 1,000 | $73.18 |
| 08/25/22 | Buy | COIN | 6,850 | $70.69 |
| 08/29/22 | Buy | COIN | 2,040 | $71.33 |
| 09/09/22 | Buy | COIN | 1,000 | $78.16 |
| 09/09/22 | Buy | COIN | 1,000 | $77.34 |
| 09/09/22 | Buy | COIN | 1,000 | $76.55 |
| 09/09/22 | Buy | COIN | 500 | $77.36 |
| 09/14/22 | Buy | COIN | 2,500 | $77.61 |
| 09/14/22 | Buy | COIN | 500 | $78.22 |
|  |  |  |  |  |
| **Sales** |  |  |  |  |
| 10/19/21 | Sell | COIN | 200 | $306.45 |
| 10/19/21 | Sell | COIN | 300 | $298.61 |
| 10/26/21 | Sell | COIN | 250 | $321.48 |
| 10/26/21 | Sell | COIN | 300 | $321.24 |
| 10/26/21 | Sell | COIN | 300 | $316.22 |
| 10/26/21 | Sell | COIN | 500 | $324.07 |
| 10/26/21 | Sell | COIN | 835 | $316.96 |
| 10/26/21 | Sell | COIN | 1,000 | $325.13 |
| 10/28/21 | Sell | COIN | 2 | $318.85 |
| 10/28/21 | Sell | COIN | 2 | $318.70 |
| 10/28/21 | Sell | COIN | 2 | $318.60 |
| 10/28/21 | Sell | COIN | 2 | $318.57 |
| 10/28/21 | Sell | COIN | 3 | $318.80 |
| 10/28/21 | Sell | COIN | 5 | $318.53 |
| 10/28/21 | Sell | COIN | 5 | $318.59 |
| 10/28/21 | Sell | COIN | 30 | $318.66 |
| 10/28/21 | Sell | COIN | 50 | $318.89 |
| 10/28/21 | Sell | COIN | 60 | $318.68 |
| 10/28/21 | Sell | COIN | 100 | $318.86 |
| 10/28/21 | Sell | COIN | 100 | $318.52 |
| 10/28/21 | Sell | COIN | 100 | $318.64 |
| 10/28/21 | Sell | COIN | 100 | $318.74 |
| 10/28/21 | Sell | COIN | 100 | $315.33 |
| 10/28/21 | Sell | COIN | 120 | $318.71 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 10/28/21 | Sell | COIN | 161 | $318.51 |
| 10/28/21 | Sell | COIN | 189 | $318.54 |
| 10/28/21 | Sell | COIN | 200 | $318.55 |
| 10/28/21 | Sell | COIN | 200 | $315.33 |
| 10/28/21 | Sell | COIN | 248 | $318.56 |
| 10/28/21 | Sell | COIN | 500 | $315.29 |
| 10/28/21 | Sell | COIN | 750 | $314.51 |
| 10/28/21 | Sell | COIN | 935 | $318.52 |
| 10/28/21 | Sell | COIN | 1,586 | $318.50 |
| 11/01/21 | Sell | COIN | 100 | $329.13 |
| 11/01/21 | Sell | COIN | 225 | $329.06 |
| 11/01/21 | Sell | COIN | 500 | $331.24 |
| 11/01/21 | Sell | COIN | 500 | $329.81 |
| 11/01/21 | Sell | COIN | 1,000 | $328.55 |
| 11/02/21 | Sell | COIN | 500 | $338.28 |
| 11/02/21 | Sell | COIN | 1,000 | $336.63 |
| 11/03/21 | Sell | COIN | 4 | $336.00 |
| 11/03/21 | Sell | COIN | 287 | $335.00 |
| 11/09/21 | Sell | COIN | 10 | $354.50 |
| 11/09/21 | Sell | COIN | 50 | $349.44 |
| 11/09/21 | Sell | COIN | 100 | $354.69 |
| 11/09/21 | Sell | COIN | 300 | $348.01 |
| 11/09/21 | Sell | COIN | 400 | $354.69 |
| 11/09/21 | Sell | COIN | 490 | $354.55 |
| 11/09/21 | Sell | COIN | 838 | $354.17 |
| 11/09/21 | Sell | COIN | 1,000 | $350.18 |
| 11/09/21 | Sell | COIN | 1,021 | $349.07 |
| 11/09/21 | Sell | COIN | 1,188 | $349.15 |
| 11/09/21 | Sell | COIN | 2,000 | $347.44 |
| 11/10/21 | Sell | COIN | 700 | $330.57 |
| 11/10/21 | Sell | COIN | 766 | $332.00 |
| 11/10/21 | Sell | COIN | 966 | $329.00 |
| 11/10/21 | Sell | COIN | 1,000 | $339.74 |
| 11/15/21 | Sell | COIN | 5 | $344.80 |
| 11/15/21 | Sell | COIN | 23 | $351.19 |
| 11/15/21 | Sell | COIN | 26 | $343.14 |
| 11/15/21 | Sell | COIN | 34 | $343.08 |
| 11/15/21 | Sell | COIN | 37 | $343.05 |
| 11/15/21 | Sell | COIN | 45 | $344.92 |
| 11/15/21 | Sell | COIN | 50 | $339.76 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 11/15/21 | Sell | COIN | 65 | $345.08 |
| 11/15/21 | Sell | COIN | 100 | $339.71 |
| 11/15/21 | Sell | COIN | 100 | $339.61 |
| 11/15/21 | Sell | COIN | 234 | $340.57 |
| 11/15/21 | Sell | COIN | 250 | $339.51 |
| 11/15/21 | Sell | COIN | 403 | $343.23 |
| 11/15/21 | Sell | COIN | 477 | $351.08 |
| 11/15/21 | Sell | COIN | 1,000 | $347.39 |
| 11/15/21 | Sell | COIN | 1,000 | $343.00 |
| 11/18/21 | Sell | COIN | 10 | $339.42 |
| 11/18/21 | Sell | COIN | 23 | $339.40 |
| 11/18/21 | Sell | COIN | 25 | $325.24 |
| 11/18/21 | Sell | COIN | 54 | $324.65 |
| 11/18/21 | Sell | COIN | 100 | $339.41 |
| 11/18/21 | Sell | COIN | 100 | $325.37 |
| 11/18/21 | Sell | COIN | 200 | $324.82 |
| 11/18/21 | Sell | COIN | 246 | $324.80 |
| 11/18/21 | Sell | COIN | 500 | $335.87 |
| 11/18/21 | Sell | COIN | 867 | $339.50 |
| 11/18/21 | Sell | COIN | 2,000 | $324.72 |
| 11/19/21 | Sell | COIN | 1,000 | $331.79 |
| 11/19/21 | Sell | COIN | 1,185 | $327.12 |
| 11/22/21 | Sell | COIN | 305 | $318.12 |
| 11/22/21 | Sell | COIN | 500 | $327.95 |
| 11/22/21 | Sell | COIN | 600 | $329.09 |
| 11/22/21 | Sell | COIN | 695 | $317.50 |
| 11/29/21 | Sell | COIN | 500 | $320.58 |
| 11/30/21 | Sell | COIN | 298 | $328.00 |
| 11/30/21 | Sell | COIN | 500 | $325.72 |
| 12/03/21 | Sell | COIN | 1,000 | $265.66 |
| 12/23/21 | Sell | COIN | 300 | $261.05 |
| 12/27/21 | Sell | COIN | 25 | $277.91 |
| 12/27/21 | Sell | COIN | 145 | $277.60 |
| 12/28/21 | Sell | COIN | 100 | $260.88 |
| 12/28/21 | Sell | COIN | 100 | $260.63 |
| 12/28/21 | Sell | COIN | 200 | $260.22 |
| 01/04/22 | Sell | COIN | 600 | $254.54 |
| 01/04/22 | Sell | COIN | 53 | $255.60 |
| 01/04/22 | Sell | COIN | 847 | $255.71 |
| 01/24/22 | Sell | COIN | 600 | $169.72 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 01/24/22 | Sell | COIN | 1,000 | $164.34 |
| 01/24/22 | Sell | COIN | 1,000 | $166.35 |
| 01/24/22 | Sell | COIN | 1,000 | $167.71 |
| 01/28/22 | Sell | COIN | 3,048 | $173.53 |
| 01/28/22 | Sell | COIN | 335 | $173.64 |
| 01/28/22 | Sell | COIN | 20 | $173.65 |
| 01/31/22 | Sell | COIN | 100 | $190.24 |
| 01/31/22 | Sell | COIN | 500 | $190.65 |
| 03/01/22 | Sell | COIN | 1,000 | $192.36 |
| 03/01/22 | Sell | COIN | 534 | $192.17 |
| 03/02/22 | Sell | COIN | 350 | $191.24 |
| 03/02/22 | Sell | COIN | 455 | $191.34 |
| 03/21/22 | Sell | COIN | 500 | $175.00 |
| 03/21/22 | Sell | COIN | 500 | $175.24 |
| 03/22/22 | Sell | COIN | 553 | $186.72 |
| 03/22/22 | Sell | COIN | 447 | $186.63 |
| 03/23/22 | Sell | COIN | 1,000 | $184.20 |
| 03/24/22 | Sell | COIN | 250 | $189.90 |
| 03/24/22 | Sell | COIN | 1,000 | $189.38 |
| 03/25/22 | Sell | COIN | 78 | $186.08 |
| 03/25/22 | Sell | COIN | 29 | $186.10 |
| 03/25/22 | Sell | COIN | 75 | $186.17 |
| 03/25/22 | Sell | COIN | 750 | $186.25 |
| 03/25/22 | Sell | COIN | 818 | $183.93 |
| 03/29/22 | Sell | COIN | 50 | $199.35 |
| 03/29/22 | Sell | COIN | 100 | $199.71 |
| 03/29/22 | Sell | COIN | 430 | $198.95 |
| 03/29/22 | Sell | COIN | 2,000 | $195.38 |
| 03/30/22 | Sell | COIN | 500 | $203.01 |
| 03/30/22 | Sell | COIN | 500 | $201.42 |
| 03/30/22 | Sell | COIN | 250 | $205.07 |
| 03/30/22 | Sell | COIN | 200 | $196.91 |
| 03/30/22 | Sell | COIN | 33 | $196.95 |
| 03/30/22 | Sell | COIN | 217 | $196.90 |
| 03/30/22 | Sell | COIN | 1,775 | $197.50 |
| 03/30/22 | Sell | COIN | 1,000 | $198.43 |
| 03/30/22 | Sell | COIN | 500 | $201.29 |
| 03/30/22 | Sell | COIN | 1,000 | $203.50 |
| 03/30/22 | Sell | COIN | 125 | $205.00 |
| 03/31/22 | Sell | COIN | 366 | $192.05 |

# EXHIBIT A

| 03/31/22 | Sell | COIN | 182 | $192.56 |
|---|---|---|---|---|
| 04/04/22 | Sell | COIN | 125 | $191.70 |
| 04/04/22 | Sell | COIN | 275 | $191.86 |
| 04/05/22 | Sell | COIN | 1,000 | $179.22 |
| 04/11/22 | Sell | COIN | 1,000 | $155.00 |
| 04/21/22 | Sell | COIN | 1,995 | $136.97 |
| 04/27/22 | Sell | COIN | 1,000 | $125.00 |
| 05/10/22 | Sell | COIN | 1,000 | $75.00 |
| 05/10/22 | Sell | COIN | 1,000 | $76.07 |
| 05/10/22 | Sell | COIN | 1,000 | $75.00 |
| 05/23/22 | Sell | COIN | 1,000 | $67.10 |
| 05/31/22 | Sell | COIN | 1,000 | $76.33 |
| 06/02/22 | Sell | COIN | 394 | $72.68 |
| 06/02/22 | Sell | COIN | 300 | $72.69 |
| 06/02/22 | Sell | COIN | 200 | $72.70 |
| 06/02/22 | Sell | COIN | 106 | $72.66 |
| 06/06/22 | Sell | COIN | 4,820 | $69.21 |
| 06/06/22 | Sell | COIN | 104 | $69.24 |
| 06/06/22 | Sell | COIN | 46 | $69.25 |
| 06/06/22 | Sell | COIN | 30 | $69.26 |
| 07/20/22 | Sell | COIN | 1,500 | $73.80 |
| 07/20/22 | Sell | COIN | 1,500 | $74.97 |
| 07/22/22 | Sell | COIN | 329 | $70.36 |
| 07/22/22 | Sell | COIN | 430 | $70.31 |
| 07/22/22 | Sell | COIN | 500 | $71.00 |
| 07/22/22 | Sell | COIN | 334 | $70.84 |
| 07/22/22 | Sell | COIN | 1,043 | $70.98 |
| 07/22/22 | Sell | COIN | 500 | $71.04 |
| 07/22/22 | Sell | COIN | 1,500 | $71.14 |
| 07/22/22 | Sell | COIN | 500 | $71.18 |
| 07/22/22 | Sell | COIN | 1,000 | $69.67 |
| 07/22/22 | Sell | COIN | 2,000 | $69.89 |
| 07/22/22 | Sell | COIN | 500 | $70.23 |
| 07/25/22 | Sell | COIN | 90 | $66.45 |
| 07/25/22 | Sell | COIN | 410 | $66.44 |
| 07/25/22 | Sell | COIN | 907 | $66.51 |
| 07/25/22 | Sell | COIN | 1,000 | $66.56 |
| 07/29/22 | Sell | COIN | 2,500 | $62.03 |
| 08/01/22 | Sell | COIN | 430 | $62.21 |
| 08/02/22 | Sell | COIN | 300 | $67.38 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| 08/02/22 | Sell | COIN | 2,132 | $67.50 |
| 08/02/22 | Sell | COIN | 368 | $67.51 |
| 08/02/22 | Sell | COIN | 2,500 | $67.91 |
| 08/02/22 | Sell | COIN | 1,500 | $67.70 |
| 08/02/22 | Sell | COIN | 500 | $67.63 |
| 08/03/22 | Sell | COIN | 500 | $80.99 |
| 08/03/22 | Sell | COIN | 877 | $78.69 |
| 08/03/22 | Sell | COIN | 123 | $78.70 |
| 08/03/22 | Sell | COIN | 1,000 | $73.77 |
| 08/03/22 | Sell | COIN | 1,000 | $73.97 |
| 08/04/22 | Sell | COIN | 1,000 | $88.37 |
| 08/04/22 | Sell | COIN | 5,000 | $96.61 |
| 08/04/22 | Sell | COIN | 1,000 | $94.10 |
| 08/04/22 | Sell | COIN | 100 | $93.69 |
| 08/04/22 | Sell | COIN | 400 | $93.68 |
| 08/04/22 | Sell | COIN | 345 | $93.66 |
| 08/04/22 | Sell | COIN | 155 | $93.67 |
| 08/04/22 | Sell | COIN | 1,000 | $94.10 |
| 08/04/22 | Sell | COIN | 1,000 | $88.46 |
| 08/05/22 | Sell | COIN | 500 | $91.12 |
| 08/05/22 | Sell | COIN | 1,801 | $90.72 |
| 08/05/22 | Sell | COIN | 1,000 | $91.87 |
| 08/05/22 | Sell | COIN | 300 | $90.46 |
| 08/05/22 | Sell | COIN | 300 | $90.65 |
| 08/05/22 | Sell | COIN | 500 | $87.97 |
| 08/05/22 | Sell | COIN | 1,500 | $87.85 |
| 08/05/22 | Sell | COIN | 2,750 | $89.91 |
| 08/05/22 | Sell | COIN | 1,500 | $86.68 |
| 08/05/22 | Sell | COIN | 300 | $91.37 |
| 08/05/22 | Sell | COIN | 500 | $91.16 |
| 08/05/22 | Sell | COIN | 500 | $91.12 |
| 08/05/22 | Sell | COIN | 500 | $90.94 |
| 08/05/22 | Sell | COIN | 457 | $90.91 |
| 08/08/22 | Sell | COIN | 5,749 | $97.13 |
| 08/09/22 | Sell | COIN | 580 | $87.68 |
| 08/09/22 | Sell | COIN | 900 | $88.01 |
| 08/10/22 | Sell | COIN | 300 | $93.50 |
| 08/17/22 | Sell | COIN | 2,500 | $86.62 |
| 08/17/22 | Sell | COIN | 1,000 | $86.29 |
| 08/17/22 | Sell | COIN | 1,000 | $86.65 |

# EXHIBIT A

| 08/17/22 | Sell | COIN | 1,000 | $86.95 |
|---|---|---|---|---|
| 08/17/22 | Sell | COIN | 1,000 | $86.09 |
| 08/17/22 | Sell | COIN | 2,500 | $85.46 |
| 09/09/22 | Sell | COIN | 1,000 | $75.77 |
| 09/09/22 | Sell | COIN | 500 | $76.76 |
| 09/09/22 | Sell | COIN | 200 | $77.55 |
| 09/13/22 | Sell | COIN | 1,000 | $75.19 |
| 09/14/22 | Sell | COIN | 1,000 | $77.79 |
| 09/14/22 | Sell | COIN | 500 | $77.85 |
| 09/14/22 | Sell | COIN | 1,000 | $77.85 |
| 09/15/22 | Sell | COIN | 500 | $79.00 |
|  |  |  |  |  |