# EXHIBIT C

Movants' Purchases and Losses — Class Period: 04/14/2021 - 09/21/2022 LIFO — Coinbase Global

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|-----------|------|-----------------|-------|----------------|--------------------|
| **Rahul Saraf - 9893 (CL A)** | 08/10/2022 | 300 | $88.03 | $26,409.00 | 08/10/2022 | 300 | $93.50 | $28,049.85 | |
| | 08/04/2022 | 1,000 | $105.99 | $105,990.00 | 08/04/2022 | 1,000 | $88.37 | $88,370.00 | |
| | 08/04/2022 | 1,300 | $105.99 | $137,787.00 | 08/04/2022 | 1,300 | $96.61 | $125,599.37 | |
| | 08/04/2022 | 1,000 | $96.27 | $96,270.00 | 08/04/2022 | 1,000 | $96.61 | $96,614.90 | |
| | 08/04/2022 | 300 | $94.64 | $28,392.00 | 08/04/2022 | 300 | $96.61 | $28,984.47 | |
| | 08/04/2022 | 296 | $112.89 | $33,415.44 | 08/04/2022 | 296 | $96.61 | $28,598.01 | |
| | 08/04/2022 | 50 | $112.89 | $5,644.25 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 300 | $112.90 | $33,870.00 | 08/04/2022 | 300 | $96.61 | $28,984.47 | |
| | 08/04/2022 | 98 | $112.98 | $11,072.04 | 08/04/2022 | 98 | $96.61 | $9,468.26 | |
| | 08/04/2022 | 50 | $112.94 | $5,647.00 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 200 | $112.96 | $22,592.00 | 08/04/2022 | 200 | $96.61 | $19,322.98 | |
| | 08/04/2022 | 4 | $112.98 | $451.90 | 08/04/2022 | 4 | $96.61 | $386.46 | |
| | 08/04/2022 | 50 | $112.90 | $5,644.90 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 50 | $112.84 | $5,642.00 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 50 | $112.86 | $5,643.00 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 100 | $112.93 | $11,293.00 | 08/04/2022 | 100 | $96.61 | $9,661.49 | |
| | 08/04/2022 | 261 | $113.15 | $29,532.15 | 08/04/2022 | 261 | $96.61 | $25,216.49 | |
| | 08/04/2022 | 50 | $112.87 | $5,643.50 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 250 | $112.88 | $28,220.00 | 08/04/2022 | 250 | $96.61 | $24,153.73 | |
| | 08/04/2022 | 50 | $112.90 | $5,644.80 | 08/04/2022 | 50 | $96.61 | $4,830.75 | |
| | 08/04/2022 | 150 | $113.00 | $16,950.00 | 08/04/2022 | 150 | $96.61 | $14,492.24 | |
| | 08/04/2022 | 10 | $113.00 | $1,130.00 | 08/04/2022 | 10 | $96.61 | $966.15 | |
| | 08/04/2022 | 103 | $112.97 | $11,635.91 | 08/04/2022 | 103 | $96.61 | $9,951.33 | |
| | 08/04/2022 | 247 | $112.99 | $27,908.53 | 08/04/2022 | 247 | $96.61 | $23,863.88 | |
| | 08/04/2022 | 31 | $112.99 | $3,502.81 | 08/04/2022 | 31 | $96.61 | $2,995.06 | |
| | 08/04/2022 | 69 | $112.99 | $7,796.59 | 08/04/2022 | 69 | $94.10 | $6,492.90 | |
| | 08/04/2022 | 31 | $113.05 | $3,504.55 | 08/04/2022 | 31 | $94.10 | $2,917.10 | |
| | 08/04/2022 | 100 | $116.04 | $11,604.00 | 08/04/2022 | 100 | $94.10 | $9,410.00 | |
| | 08/04/2022 | 8 | $116.05 | $928.40 | 08/04/2022 | 8 | $94.10 | $752.80 | |
| | 08/04/2022 | 725 | $116.14 | $84,201.50 | 08/04/2022 | 725 | $94.10 | $68,222.50 | |
| | 08/04/2022 | 67 | $116.16 | $7,782.72 | 08/04/2022 | 67 | $94.10 | $6,304.70 | |
| | 08/04/2022 | 100 | $116.16 | $11,616.00 | 08/04/2022 | 100 | $93.69 | $9,369.00 | |
| | 08/04/2022 | 400 | $116.16 | $46,464.00 | 08/04/2022 | 400 | $93.68 | $37,472.00 | |
| | 08/04/2022 | 345 | $116.16 | $40,075.20 | 08/04/2022 | 345 | $93.66 | $32,312.70 | |
| | 08/04/2022 | 155 | $116.16 | $18,004.80 | 08/04/2022 | 155 | $93.67 | $14,518.85 | |
| | 08/04/2022 | 435 | $116.16 | $50,529.60 | 08/04/2022 | 435 | $94.10 | $40,933.67 | |
| | 08/04/2022 | 565 | $116.30 | $65,709.50 | 08/04/2022 | 565 | $94.10 | $53,166.73 | |
| | 08/04/2022 | 435 | $116.30 | $50,590.50 | 08/04/2022 | 435 | $88.46 | $38,480.10 | |
| | 08/04/2022 | 565 | $115.96 | $65,514.58 | 08/04/2022 | 565 | $88.46 | $49,979.90 | |
| | 08/04/2022 | 500 | $115.96 | $57,977.50 | 08/05/2022 | 500 | $91.12 | $45,560.00 | |
| | 08/04/2022 | 35 | $115.96 | $4,058.43 | 08/05/2022 | 35 | $90.72 | $3,175.20 | |
| | 08/04/2022 | 65 | $116.00 | $7,540.00 | 08/05/2022 | 65 | $90.72 | $5,896.80 | |
| | 08/03/2022 | 500 | $75.16 | $37,579.75 | 08/03/2022 | 500 | $80.99 | $40,495.00 | |
| | 08/03/2022 | 877 | $75.16 | $65,914.88 | 08/03/2022 | 877 | $78.69 | $69,011.13 | |
| | 08/03/2022 | 123 | $75.16 | $9,244.62 | 08/03/2022 | 123 | $78.70 | $9,680.10 | |
| | 08/03/2022 | 1,000 | $78.33 | $78,330.00 | 08/03/2022 | 1,000 | $73.77 | $73,765.00 | |
| | 08/03/2022 | 1,000 | $69.05 | $69,050.00 | 08/03/2022 | 1,000 | $73.97 | $73,968.00 | |
| | 08/03/2022 | 1,701 | $69.05 | $117,454.05 | 08/05/2022 | 1,701 | $90.72 | $154,314.72 | |
| | 08/03/2022 | 1,000 | $69.05 | $69,050.00 | 08/05/2022 | 1,000 | $91.87 | $91,873.20 | |

Movants' Purchases and Losses | Case 2:22-cv-04915-BRM-LDW | Document 22-4 | Filed 10/03/22 | Page 3 of 12 PageID: 596 | Coinbase Global

Class Period: 04/14/2021 - 09/21/2022 LIFO

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 08/03/2022 | 300 | $69.05 | $20,715.00 | 08/05/2022 | 300 | $90.46 | $27,138.33 |
| 08/03/2022 | 300 | $69.05 | $20,715.00 | 08/05/2022 | 300 | $90.65 | $27,194.91 |
| 08/03/2022 | 500 | $69.05 | $34,525.00 | 08/05/2022 | 500 | $87.97 | $43,982.50 |
| 08/03/2022 | 199 | $69.05 | $13,740.95 | 08/05/2022 | 199 | $87.85 | $17,482.15 |
| 08/03/2022 | 1,301 | $74.91 | $97,457.91 | 08/05/2022 | 1,301 | $87.85 | $114,292.85 |
| 08/03/2022 | 500 | $74.91 | $37,455.00 | 08/05/2022 | 500 | $89.91 | $44,953.90 |
| 08/03/2022 | 116 | $74.89 | $8,687.24 | 08/05/2022 | 116 | $89.91 | $10,429.30 |
| 08/03/2022 | 40 | $74.90 | $2,996.00 | 08/05/2022 | 40 | $89.91 | $3,596.31 |
| 08/03/2022 | 1,000 | $74.92 | $74,920.00 | 08/05/2022 | 1,000 | $89.91 | $89,907.80 |
| 08/03/2022 | 43 | $74.94 | $3,222.42 | 08/05/2022 | 43 | $89.91 | $3,866.04 |
| 08/03/2022 | 1,051 | $79.65 | $83,712.15 | 08/05/2022 | 1,051 | $89.91 | $94,493.10 |
| 08/03/2022 | 449 | $79.65 | $35,762.85 | 08/05/2022 | 449 | $86.68 | $38,919.32 |
| 08/03/2022 | 1,000 | $77.13 | $77,133.10 | 08/05/2022 | 1,000 | $86.68 | $86,680.00 |
| 08/02/2022 | 300 | $67.54 | $20,260.50 | 08/02/2022 | 300 | $67.38 | $20,214.00 |
| 08/02/2022 | 2,132 | $67.54 | $143,984.62 | 08/02/2022 | 2,132 | $67.50 | $143,910.00 |
| 08/02/2022 | 68 | $67.54 | $4,592.38 | 08/02/2022 | 68 | $67.51 | $4,590.68 |
| 08/02/2022 | 300 | $67.65 | $20,296.35 | 08/02/2022 | 300 | $67.51 | $20,253.00 |
| 08/02/2022 | 100 | $67.79 | $6,779.00 | 08/02/2022 | 100 | $67.91 | $6,791.01 |
| 08/02/2022 | 1,500 | $68.09 | $102,135.00 | 08/02/2022 | 1,500 | $67.91 | $101,865.15 |
| 08/02/2022 | 500 | $68.09 | $34,045.00 | 08/02/2022 | 500 | $67.91 | $33,955.05 |
| 08/02/2022 | 300 | $68.93 | $20,679.00 | 08/02/2022 | 300 | $67.91 | $20,373.03 |
| 08/02/2022 | 100 | $69.37 | $6,937.00 | 08/02/2022 | 100 | $67.91 | $6,791.01 |
| 08/02/2022 | 400 | $69.37 | $27,748.00 | 08/02/2022 | 400 | $67.70 | $27,080.04 |
| 08/02/2022 | 300 | $68.82 | $20,646.00 | 08/02/2022 | 300 | $67.70 | $20,310.03 |
| 08/02/2022 | 200 | $68.98 | $13,796.00 | 08/02/2022 | 200 | $67.70 | $13,540.02 |
| 08/01/2022 | 300 | $63.17 | $18,951.00 | 08/01/2022 | 300 | $62.21 | $18,663.00 |
| 08/01/2022 | 130 | $63.15 | $8,209.14 | 08/01/2022 | 130 | $62.21 | $8,087.30 |
| 08/01/2022 | 600 | $63.15 | $37,888.32 | 08/02/2022 | 600 | $67.70 | $40,620.06 |
| 08/01/2022 | 500 | $63.15 | $31,573.60 | 08/02/2022 | 500 | $67.63 | $33,812.50 |
| 08/01/2022 | 51 | $63.15 | $3,220.51 | 08/05/2022 | 51 | $86.68 | $4,420.68 |
| 08/01/2022 | 300 | $63.15 | $18,944.16 | 08/05/2022 | 300 | $91.37 | $27,410.34 |
| 08/01/2022 | 500 | $63.15 | $31,573.60 | 08/05/2022 | 500 | $91.16 | $45,580.00 |
| 08/01/2022 | 419 | $63.15 | $26,458.68 | 08/05/2022 | 419 | $91.12 | $38,177.19 |
| 08/01/2022 | 81 | $63.10 | $5,111.10 | 08/05/2022 | 81 | $91.12 | $7,380.32 |
| 08/01/2022 | 419 | $63.10 | $26,438.90 | 08/05/2022 | 419 | $90.94 | $38,105.75 |
| 07/29/2022 | 300 | $62.93 | $18,879.51 | 07/29/2022 | 300 | $62.03 | $18,609.36 |
| 07/29/2022 | 2,200 | $61.55 | $135,418.80 | 07/29/2022 | 2,200 | $62.03 | $136,468.64 |
| 07/29/2022 | 81 | $61.55 | $4,985.87 | 08/05/2022 | 81 | $90.94 | $7,366.50 |
| 07/29/2022 | 219 | $61.55 | $13,480.33 | 08/05/2022 | 219 | $90.91 | $19,908.20 |
| 07/29/2022 | 238 | $61.14 | $14,550.25 | 08/05/2022 | 238 | $90.91 | $21,635.39 |
| 07/29/2022 | 12 | $61.14 | $733.63 | 08/08/2022 | 12 | $97.13 | $1,165.56 |
| 07/29/2022 | 1,500 | $62.14 | $93,204.75 | 08/08/2022 | 1,500 | $97.13 | $145,695.15 |
| 07/29/2022 | 500 | $61.90 | $30,950.00 | 08/08/2022 | 500 | $97.13 | $48,565.05 |
| 07/29/2022 | 500 | $62.68 | $31,339.85 | 08/08/2022 | 500 | $97.13 | $48,565.05 |
| 07/22/2022 | 329 | $76.11 | $25,040.19 | 07/22/2022 | 329 | $70.36 | $23,149.56 |
| 07/22/2022 | 171 | $76.11 | $13,014.81 | 07/22/2022 | 171 | $70.31 | $12,023.15 |
| 07/22/2022 | 259 | $70.76 | $18,326.81 | 07/22/2022 | 259 | $70.31 | $18,210.50 |
| 07/22/2022 | 500 | $70.76 | $35,379.95 | 07/22/2022 | 500 | $71.00 | $35,500.00 |
| 07/22/2022 | 334 | $70.76 | $23,633.81 | 07/22/2022 | 334 | $70.84 | $23,660.56 |
| 07/22/2022 | 407 | $70.76 | $28,799.28 | 07/22/2022 | 407 | $70.98 | $28,887.64 |
| 07/21/2022 | 43 | $75.12 | $3,230.16 | 07/22/2022 | 43 | $70.98 | $3,052.01 |

Movants' Purchases and Losses | Case 2:22-cv-04915-BRM-LDW Document 22-4 Filed 10/03/22 Page 4 of 12 PageID: 597 | Coinbase Global

Class Period: 04/14/2021 - 09/21/2022 LIFO

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 07/21/2022 | 457 | $75.06 | $34,302.42 | 07/22/2022 | 457 | $70.98 | $32,436.49 |
| 07/21/2022 | 136 | $74.72 | $10,161.92 | 07/22/2022 | 136 | $70.98 | $9,652.87 |
| 07/21/2022 | 500 | $74.72 | $37,360.00 | 07/22/2022 | 500 | $71.04 | $35,520.65 |
| 07/21/2022 | 364 | $74.72 | $27,198.08 | 07/22/2022 | 364 | $71.14 | $25,895.00 |
| 07/21/2022 | 100 | $75.63 | $7,563.00 | 07/22/2022 | 100 | $71.14 | $7,114.01 |
| 07/21/2022 | 900 | $75.66 | $68,093.37 | 07/22/2022 | 900 | $71.14 | $64,026.09 |
| 07/20/2022 | 900 | $75.69 | $68,121.00 | 07/20/2022 | 900 | $73.80 | $66,420.00 |
| 07/20/2022 | 100 | $75.70 | $7,569.50 | 07/20/2022 | 100 | $73.80 | $7,380.00 |
| 07/20/2022 | 500 | $73.70 | $36,850.00 | 07/20/2022 | 500 | $73.80 | $36,900.00 |
| 07/20/2022 | 1,000 | $73.70 | $73,700.00 | 07/20/2022 | 1,000 | $74.97 | $74,973.00 |
| 07/20/2022 | 500 | $69.41 | $34,705.00 | 07/20/2022 | 500 | $74.97 | $37,486.50 |
| 07/20/2022 | 136 | $69.41 | $9,439.76 | 07/22/2022 | 136 | $71.14 | $9,675.05 |
| 07/20/2022 | 364 | $69.41 | $25,265.24 | 07/22/2022 | 364 | $71.18 | $25,907.70 |
| 07/20/2022 | 136 | $74.65 | $10,151.95 | 07/22/2022 | 136 | $71.18 | $9,679.80 |
| 07/20/2022 | 1,000 | $74.65 | $74,646.70 | 07/22/2022 | 1,000 | $69.67 | $69,668.70 |
| 07/20/2022 | 364 | $74.65 | $27,171.40 | 07/22/2022 | 364 | $69.89 | $25,439.96 |
| 07/19/2022 | 1,000 | $60.90 | $60,900.00 | 07/22/2022 | 1,000 | $69.89 | $69,890.00 |
| 07/19/2022 | 636 | $65.56 | $41,698.45 | 07/22/2022 | 636 | $69.89 | $44,450.04 |
| 07/19/2022 | 364 | $65.56 | $23,865.15 | 07/22/2022 | 364 | $70.23 | $25,565.25 |
| 07/19/2022 | 136 | $63.64 | $8,654.96 | 07/22/2022 | 136 | $70.23 | $9,551.85 |
| 07/19/2022 | 90 | $63.64 | $5,727.55 | 07/25/2022 | 90 | $66.45 | $5,980.50 |
| 07/19/2022 | 410 | $63.64 | $26,092.15 | 07/25/2022 | 410 | $66.44 | $27,240.40 |
| 07/19/2022 | 364 | $63.64 | $23,164.74 | 07/25/2022 | 364 | $66.51 | $24,209.75 |
| 07/19/2022 | 500 | $64.58 | $32,289.35 | 07/25/2022 | 500 | $66.51 | $33,255.15 |
| 07/19/2022 | 43 | $58.10 | $2,498.43 | 07/25/2022 | 43 | $66.51 | $2,859.94 |
| 07/19/2022 | 457 | $58.10 | $26,553.12 | 07/25/2022 | 457 | $66.56 | $30,417.92 |
| 07/19/2022 | 130 | $58.27 | $7,575.10 | 07/25/2022 | 130 | $66.56 | $8,652.80 |
| 07/19/2022 | 370 | $58.26 | $21,556.20 | 07/25/2022 | 370 | $66.56 | $24,627.20 |
| 07/19/2022 | 43 | $64.43 | $2,770.61 | 07/25/2022 | 43 | $66.56 | $2,862.08 |
| 07/19/2022 | 207 | $64.43 | $13,337.59 | 08/08/2022 | 207 | $97.13 | $20,105.93 |
| 07/08/2022 | 2,000 | $60.11 | $120,219.80 | 08/08/2022 | 2,000 | $97.13 | $194,260.20 |
| 07/08/2022 | 500 | $60.07 | $30,035.00 | 08/08/2022 | 500 | $97.13 | $48,565.05 |
| 05/31/2022 | 1,000 | $80.00 | $80,000.00 | 05/31/2022 | 1,000 | $76.33 | $76,325.30 |
| 05/31/2022 | 530 | $80.00 | $42,400.00 | 08/08/2022 | 530 | $97.13 | $51,478.95 |
| 05/31/2022 | 580 | $80.00 | $46,400.00 | 08/09/2022 | 580 | $87.68 | $50,855.50 |
| 05/31/2022 | 900 | $80.00 | $72,000.00 | 08/09/2022 | 900 | $88.01 | $79,209.54 |
| 05/31/2022 | 740 | $80.00 | $59,200.00 | 08/16/2022[B] | 740 | $90.39 | $66,888.60 |
| 05/27/2022 | 1,000 | $74.67 | $74,669.90 | 08/16/2022[B] | 1,000 | $90.39 | $90,390.00 |
| 05/17/2022 | 1,000 | $66.65 | $66,650.00 | 05/23/2022 | 1,000 | $67.10 | $67,103.20 |
| 05/17/2022 | 500 | $66.65 | $33,325.00 | 08/16/2022[B] | 500 | $90.39 | $45,195.00 |
| 05/17/2022 | 1,043 | $69.93 | $72,936.89 | 08/16/2022[B] | 1,043 | $90.39 | $94,276.77 |
| 05/13/2022 | 2,000 | $68.79 | $137,579.80 | 08/16/2022[B] | 2,000 | $90.39 | $180,780.00 |
| 05/13/2022 | 1,500 | $68.70 | $103,050.00 | 08/16/2022[B] | 1,500 | $90.39 | $135,585.00 |
| 05/13/2022 | 2,000 | $72.62 | $145,239.80 | 08/16/2022[B] | 2,000 | $90.39 | $180,780.00 |
| 05/13/2022 | 1,500 | $68.75 | $103,125.00 | 08/16/2022[B] | 1,500 | $90.39 | $135,585.00 |
| 03/31/2022 | 366 | $196.00 | $71,736.00 | 03/31/2022 | 366 | $192.05 | $70,290.30 |
| 03/31/2022 | 182 | $196.00 | $35,672.00 | 03/31/2022 | 182 | $192.56 | $35,045.92 |
| 03/31/2022 | 125 | $196.00 | $24,500.00 | 04/04/2022 | 125 | $191.70 | $23,962.74 |
| 03/31/2022 | 1,995 | $196.00 | $391,020.00 | 04/21/2022 | 1,995 | $136.97 | $273,255.15 |
| 03/31/2022 | 832 | $196.00 | $163,072.00 | 04/27/2022 | 832 | $125.00 | $104,000.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/2022 | 100 | $204.60 | $20,460.00 | 03/30/2022 | 100 | $203.01 | $20,300.96 |
| 03/30/2022 | 400 | $205.21 | $82,084.00 | 03/30/2022 | 400 | $203.01 | $81,203.84 |
| 03/30/2022 | 500 | $205.21 | $102,605.00 | 03/30/2022 | 500 | $201.42 | $100,710.00 |
| 03/30/2022 | 100 | $205.21 | $20,521.00 | 03/30/2022 | 100 | $205.07 | $20,506.82 |
| 03/30/2022 | 150 | $203.12 | $30,467.66 | 03/30/2022 | 150 | $205.07 | $30,760.23 |
| 03/30/2022 | 200 | $203.12 | $40,623.54 | 03/30/2022 | 200 | $196.91 | $39,382.00 |
| 03/30/2022 | 33 | $203.12 | $6,702.88 | 03/30/2022 | 33 | $196.95 | $6,499.35 |
| 03/30/2022 | 217 | $203.12 | $44,076.54 | 03/30/2022 | 217 | $196.90 | $42,727.30 |
| 03/30/2022 | 400 | $203.12 | $81,247.08 | 03/30/2022 | 400 | $197.50 | $79,000.00 |
| 03/30/2022 | 250 | $204.69 | $51,172.80 | 03/30/2022 | 250 | $197.50 | $49,375.00 |
| 03/30/2022 | 125 | $204.55 | $25,568.75 | 03/30/2022 | 125 | $197.50 | $24,687.50 |
| 03/30/2022 | 125 | $204.75 | $25,593.75 | 03/30/2022 | 125 | $197.50 | $24,687.50 |
| 03/30/2022 | 125 | $204.59 | $25,574.33 | 03/30/2022 | 125 | $197.50 | $24,687.50 |
| 03/29/2022 | 50 | $202.48 | $10,124.16 | 03/29/2022 | 50 | $199.35 | $9,967.33 |
| 03/29/2022 | 100 | $202.48 | $20,248.31 | 03/29/2022 | 100 | $199.71 | $19,971.00 |
| 03/29/2022 | 430 | $202.48 | $87,067.73 | 03/29/2022 | 430 | $198.95 | $85,548.50 |
| 03/29/2022 | 1,420 | $202.48 | $287,526.00 | 03/29/2022 | 1,420 | $195.38 | $277,432.50 |
| 03/29/2022 | 205 | $203.66 | $41,750.30 | 03/29/2022 | 205 | $195.38 | $40,051.88 |
| 03/28/2022 | 375 | $193.31 | $72,491.25 | 03/29/2022 | 375 | $195.38 | $73,265.63 |
| 03/28/2022 | 750 | $193.31 | $144,982.50 | 03/30/2022 | 750 | $197.50 | $148,125.00 |
| 03/28/2022 | 650 | $193.31 | $125,651.50 | 03/30/2022 | 650 | $198.43 | $128,977.03 |
| 03/28/2022 | 100 | $202.86 | $20,286.00 | 03/30/2022 | 100 | $198.43 | $19,842.62 |
| 03/28/2022 | 250 | $199.71 | $49,926.25 | 03/30/2022 | 250 | $198.43 | $49,606.55 |
| 03/28/2022 | 250 | $199.71 | $49,926.25 | 03/30/2022 | 250 | $201.29 | $50,322.50 |
| 03/25/2022 | 78 | $192.00 | $14,976.00 | 03/25/2022 | 78 | $186.08 | $14,514.24 |
| 03/25/2022 | 29 | $192.00 | $5,568.00 | 03/25/2022 | 29 | $186.10 | $5,396.90 |
| 03/25/2022 | 75 | $192.00 | $14,400.00 | 03/25/2022 | 75 | $186.17 | $13,962.75 |
| 03/25/2022 | 750 | $192.00 | $144,000.00 | 03/25/2022 | 750 | $186.25 | $139,688.33 |
| 03/25/2022 | 818 | $192.00 | $157,056.00 | 03/25/2022 | 818 | $183.93 | $150,450.65 |
| 03/25/2022 | 250 | $192.00 | $48,000.00 | 03/30/2022 | 250 | $201.29 | $50,322.50 |
| 03/24/2022 | 250 | $185.26 | $46,315.00 | 03/24/2022 | 250 | $189.90 | $47,473.75 |
| 03/24/2022 | 750 | $185.26 | $138,945.00 | 03/24/2022 | 750 | $189.38 | $142,035.00 |
| 03/23/2022 | 750 | $184.75 | $138,562.50 | 03/23/2022 | 750 | $184.20 | $138,150.00 |
| 03/22/2022 | 250 | $188.64 | $47,160.10 | 03/22/2022 | 250 | $186.72 | $46,680.35 |
| 03/22/2022 | 303 | $185.70 | $56,267.10 | 03/22/2022 | 303 | $186.72 | $56,576.58 |
| 03/22/2022 | 447 | $185.70 | $83,007.90 | 03/22/2022 | 447 | $186.63 | $83,423.61 |
| 03/22/2022 | 250 | $185.70 | $46,425.00 | 03/23/2022 | 250 | $184.20 | $46,050.00 |
| 03/21/2022 | 500 | $174.07 | $87,036.85 | 03/21/2022 | 500 | $175.00 | $87,500.00 |
| 03/21/2022 | 250 | $174.07 | $43,518.43 | 03/24/2022 | 250 | $189.38 | $47,345.00 |
| 03/21/2022 | 250 | $174.07 | $43,518.43 | 03/30/2022 | 250 | $203.50 | $50,875.00 |
| 03/21/2022 | 500 | $174.58 | $87,291.55 | 03/30/2022 | 500 | $203.50 | $101,750.00 |
| 03/21/2022 | 182 | $174.57 | $31,772.25 | 03/30/2022 | 182 | $203.50 | $37,037.00 |
| 03/21/2022 | 68 | $181.51 | $12,342.34 | 03/30/2022 | 68 | $203.50 | $13,838.00 |
| 03/21/2022 | 125 | $181.51 | $22,688.13 | 03/30/2022 | 125 | $205.00 | $25,625.00 |
| 03/21/2022 | 168 | $181.51 | $30,492.84 | 04/27/2022 | 168 | $125.00 | $21,000.00 |
| 03/21/2022 | 639 | $181.51 | $115,981.70 | 05/10/2022 | 639 | $75.00 | $47,925.00 |
| 03/01/2022 | 750 | $196.28 | $147,210.00 | 03/01/2022 | 750 | $192.36 | $144,270.00 |
| 03/01/2022 | 250 | $201.26 | $50,314.25 | 03/01/2022 | 250 | $192.36 | $48,090.00 |
| 03/01/2022 | 250 | $201.26 | $50,314.25 | 03/01/2022 | 250 | $192.17 | $48,043.10 |
| 03/01/2022 | 284 | $198.05 | $56,246.20 | 03/01/2022 | 284 | $192.17 | $54,576.96 |
| 03/01/2022 | 350 | $198.05 | $69,317.50 | 03/02/2022 | 350 | $191.24 | $66,934.00 |

Movants' Purchases and Losses    Case 2:22-cv-04915-BRM-LDW    Document 22-4    Filed 10/03/22    Page 6 of 12 PageID:    Coinbase Global

Class Period: 04/14/2021 - 09/21/2022 LIFO

599

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2022 | 366 | $198.05 | $72,486.30 | 03/02/2022 | 366 | $191.34 | $70,029.20 |
| 02/28/2022 | 89 | $190.03 | $16,912.67 | 03/02/2022 | 89 | $191.34 | $17,028.96 |
| 02/28/2022 | 361 | $190.03 | $68,600.83 | 05/10/2022 | 361 | $75.00 | $27,075.00 |
| 02/28/2022 | 550 | $190.03 | $104,516.50 | 05/10/2022 | 550 | $76.07 | $41,838.23 |
| 02/01/2022 | 430 | $197.50 | $84,925.00 | 05/10/2022 | 430 | $76.07 | $32,709.89 |
| 02/01/2022 | 20 | $199.31 | $3,986.11 | 05/10/2022 | 20 | $76.07 | $1,521.39 |
| 02/01/2022 | 180 | $199.31 | $35,875.01 | 05/10/2022 | 180 | $75.00 | $13,500.00 |
| 02/01/2022 | 121 | $193.80 | $23,449.80 | 05/10/2022 | 121 | $75.00 | $9,075.00 |
| 02/01/2022 | 7 | $193.79 | $1,356.53 | 05/10/2022 | 7 | $75.00 | $525.00 |
| 02/01/2022 | 692 | $193.92 | $134,192.64 | 05/10/2022 | 692 | $75.00 | $51,900.00 |
| 02/01/2022 | 180 | $193.92 | $34,905.60 | 08/16/2022[B] | 180 | $90.39 | $16,270.20 |
| 02/01/2022 | 450 | $195.27 | $87,873.35 | 08/16/2022[B] | 450 | $90.39 | $40,675.50 |
| 02/01/2022 | 50 | $198.57 | $9,928.50 | 08/16/2022[B] | 50 | $90.39 | $4,519.50 |
| 02/01/2022 | 100 | $198.63 | $19,862.60 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 |
| 02/01/2022 | 350 | $198.64 | $69,524.00 | 08/16/2022[B] | 350 | $90.39 | $31,636.50 |
| 01/31/2022 | 100 | $191.24 | $19,123.99 | 01/31/2022 | 100 | $190.24 | $19,023.94 |
| 01/31/2022 | 500 | $191.24 | $95,619.95 | 01/31/2022 | 500 | $190.65 | $95,322.50 |
| 01/31/2022 | 900 | $191.24 | $172,115.91 | 08/16/2022[B] | 900 | $90.39 | $81,351.00 |
| 01/31/2022 | 1,500 | $190.12 | $285,180.00 | 08/16/2022[B] | 1,500 | $90.39 | $135,585.00 |
| 01/04/2022 | 600 | $253.41 | $152,046.00 | 01/04/2022 | 600 | $254.54 | $152,724.24 |
| 01/04/2022 | 53 | $253.41 | $13,430.73 | 01/04/2022 | 53 | $255.60 | $13,546.80 |
| 01/04/2022 | 847 | $253.41 | $214,638.27 | 01/04/2022 | 847 | $255.71 | $216,586.37 |
| 01/04/2022 | 600 | $257.68 | $154,606.50 | 01/24/2022 | 600 | $169.72 | $101,829.00 |
| 01/04/2022 | 900 | $257.68 | $231,909.75 | 01/24/2022 | 900 | $164.34 | $147,904.38 |
| 01/03/2022 | 5 | $254.64 | $1,273.20 | 01/24/2022 | 5 | $164.34 | $821.69 |
| 01/03/2022 | 95 | $254.74 | $24,200.30 | 01/24/2022 | 95 | $164.34 | $15,612.13 |
| 01/03/2022 | 88 | $254.74 | $22,417.12 | 01/24/2022 | 88 | $166.35 | $14,638.80 |
| 01/03/2022 | 101 | $254.79 | $25,733.79 | 01/24/2022 | 101 | $166.35 | $16,801.35 |
| 01/03/2022 | 25 | $254.72 | $6,368.00 | 01/24/2022 | 25 | $166.35 | $4,158.75 |
| 01/03/2022 | 50 | $254.68 | $12,734.00 | 01/24/2022 | 50 | $166.35 | $8,317.50 |
| 01/03/2022 | 100 | $254.72 | $25,472.20 | 01/24/2022 | 100 | $166.35 | $16,635.00 |
| 01/03/2022 | 10 | $254.83 | $2,548.30 | 01/24/2022 | 10 | $166.35 | $1,663.50 |
| 01/03/2022 | 6 | $254.80 | $1,528.80 | 01/24/2022 | 6 | $166.35 | $998.10 |
| 01/03/2022 | 5 | $254.81 | $1,274.05 | 01/24/2022 | 5 | $166.35 | $831.75 |
| 01/03/2022 | 350 | $254.73 | $89,155.50 | 01/24/2022 | 350 | $166.35 | $58,222.50 |
| 01/03/2022 | 50 | $254.73 | $12,736.30 | 01/24/2022 | 50 | $166.35 | $8,317.50 |
| 01/03/2022 | 215 | $254.96 | $54,817.20 | 01/24/2022 | 215 | $166.35 | $35,765.25 |
| 01/03/2022 | 1,000 | $254.96 | $254,963.70 | 01/24/2022 | 1,000 | $167.71 | $167,710.80 |
| 01/03/2022 | 426 | $254.96 | $108,614.54 | 01/28/2022 | 426 | $173.53 | $73,924.21 |
| 01/03/2022 | 150 | $254.69 | $38,203.50 | 01/28/2022 | 150 | $173.53 | $26,029.65 |
| 01/03/2022 | 121 | $254.82 | $30,833.22 | 01/28/2022 | 121 | $173.53 | $20,997.25 |
| 01/03/2022 | 3 | $254.71 | $764.12 | 01/28/2022 | 3 | $173.53 | $520.59 |
| 01/03/2022 | 200 | $254.71 | $50,942.00 | 01/28/2022 | 200 | $173.53 | $34,706.20 |
| 12/27/2021 | 25 | $277.83 | $6,945.63 | 12/27/2021 | 25 | $277.91 | $6,947.75 |
| 12/27/2021 | 100 | $277.83 | $27,782.50 | 12/27/2021 | 100 | $277.60 | $27,760.00 |
| 12/27/2021 | 45 | $270.22 | $12,159.90 | 12/27/2021 | 45 | $277.60 | $12,492.00 |
| 12/27/2021 | 35 | $270.22 | $9,457.70 | 12/28/2021 | 35 | $260.63 | $9,122.17 |
| 12/27/2021 | 32 | $279.70 | $8,950.24 | 12/28/2021 | 32 | $260.63 | $8,340.27 |
| 12/27/2021 | 25 | $280.22 | $7,005.50 | 12/28/2021 | 25 | $260.63 | $6,515.84 |
| 12/27/2021 | 8 | $273.54 | $2,188.28 | 12/28/2021 | 8 | $260.63 | $2,085.07 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 12/27/2021 | 100 | $273.54 | $27,353.50 | 12/28/2021 | 100 | $260.89 | $26,088.50 |
| 12/27/2021 | 92 | $273.54 | $25,165.22 | 12/28/2021 | 92 | $260.22 | $23,940.10 |
| 12/27/2021 | 10 | $281.15 | $2,811.50 | 12/28/2021 | 10 | $260.22 | $2,602.19 |
| 12/27/2021 | 15 | $281.19 | $4,217.85 | 12/28/2021 | 15 | $260.22 | $3,903.28 |
| 12/27/2021 | 50 | $281.21 | $14,060.56 | 12/28/2021 | 50 | $260.22 | $13,010.93 |
| 12/27/2021 | 33 | $279.34 | $9,218.29 | 12/28/2021 | 33 | $260.22 | $8,587.21 |
| 12/27/2021 | 67 | $279.34 | $18,715.92 | 01/28/2022 | 67 | $173.53 | $11,626.58 |
| 12/23/2021 | 300 | $260.51 | $78,153.00 | 12/23/2021 | 300 | $261.05 | $78,316.47 |
| 12/23/2021 | 2,000 | $260.51 | $521,020.00 | 01/28/2022 | 2,000 | $173.53 | $347,062.00 |
| 12/23/2021 | 81 | $260.50 | $21,100.50 | 01/28/2022 | 81 | $173.53 | $14,056.01 |
| 12/23/2021 | 19 | $260.50 | $4,949.50 | 01/28/2022 | 19 | $173.64 | $3,299.16 |
| 12/23/2021 | 100 | $260.49 | $26,049.00 | 01/28/2022 | 100 | $173.64 | $17,364.00 |
| 12/23/2021 | 216 | $260.91 | $56,356.56 | 01/28/2022 | 216 | $173.64 | $37,506.24 |
| 12/23/2021 | 20 | $260.91 | $5,218.20 | 01/28/2022 | 20 | $173.65 | $3,473.00 |
| 12/23/2021 | 264 | $260.91 | $68,880.24 | 08/16/2022[B] | 264 | $90.39 | $23,862.96 |
| 12/23/2021 | 100 | $266.68 | $26,668.00 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 |
| 12/23/2021 | 25 | $266.67 | $6,666.75 | 08/16/2022[B] | 25 | $90.39 | $2,259.75 |
| 12/23/2021 | 35 | $266.66 | $9,333.10 | 08/16/2022[B] | 35 | $90.39 | $3,163.65 |
| 12/23/2021 | 195 | $266.69 | $52,004.55 | 08/16/2022[B] | 195 | $90.39 | $17,626.05 |
| 12/23/2021 | 145 | $266.70 | $38,671.50 | 08/16/2022[B] | 145 | $90.39 | $13,106.55 |
| 11/30/2021 | 298 | $329.26 | $98,118.08 | 11/30/2021 | 298 | $328.00 | $97,744.00 |
| 11/30/2021 | 202 | $329.26 | $66,509.57 | 11/30/2021 | 202 | $325.72 | $65,795.44 |
| 11/30/2021 | 2 | $327.43 | $654.86 | 11/30/2021 | 2 | $325.72 | $651.44 |
| 11/30/2021 | 75 | $327.51 | $24,563.25 | 11/30/2021 | 75 | $325.72 | $24,429.00 |
| 11/30/2021 | 50 | $327.40 | $16,370.00 | 11/30/2021 | 50 | $325.72 | $16,286.00 |
| 11/30/2021 | 25 | $327.30 | $8,182.50 | 11/30/2021 | 25 | $325.72 | $8,143.00 |
| 11/30/2021 | 146 | $327.58 | $47,826.68 | 11/30/2021 | 146 | $325.72 | $47,555.12 |
| 11/30/2021 | 29 | $327.58 | $9,499.82 | 12/03/2021 | 29 | $265.66 | $7,704.21 |
| 11/30/2021 | 25 | $327.38 | $8,184.50 | 12/03/2021 | 25 | $265.66 | $6,641.56 |
| 11/30/2021 | 100 | $327.53 | $32,753.00 | 12/03/2021 | 100 | $265.66 | $26,566.23 |
| 11/30/2021 | 250 | $327.55 | $81,887.50 | 12/03/2021 | 250 | $265.66 | $66,415.58 |
| 11/30/2021 | 298 | $327.59 | $97,621.82 | 12/03/2021 | 298 | $265.66 | $79,167.37 |
| 11/22/2021 | 695 | $320.49 | $222,737.70 | 11/22/2021 | 695 | $317.50 | $220,662.50 |
| 11/22/2021 | 305 | $320.49 | $97,748.20 | 11/22/2021 | 305 | $327.95 | $100,026.15 |
| 11/22/2021 | 195 | $333.52 | $65,036.40 | 11/22/2021 | 195 | $327.95 | $63,951.15 |
| 11/22/2021 | 600 | $333.52 | $200,112.00 | 11/22/2021 | 600 | $329.09 | $197,453.82 |
| 11/22/2021 | 305 | $333.52 | $101,723.60 | 11/22/2021 | 305 | $318.12 | $97,026.60 |
| 11/22/2021 | 500 | $333.52 | $166,760.00 | 11/29/2021 | 500 | $320.58 | $160,290.00 |
| 11/22/2021 | 100 | $333.52 | $33,352.00 | 12/03/2021 | 100 | $265.66 | $26,566.23 |
| 11/22/2021 | 198 | $316.88 | $62,742.64 | 12/03/2021 | 198 | $265.66 | $52,601.14 |
| 11/22/2021 | 802 | $316.88 | $254,139.36 | 08/16/2022[B] | 802 | $90.39 | $72,492.78 |
| 11/19/2021 | 500 | $331.94 | $165,969.95 | 11/19/2021 | 500 | $331.79 | $165,892.50 |
| 11/19/2021 | 500 | $326.83 | $163,414.70 | 11/19/2021 | 500 | $331.79 | $165,892.50 |
| 11/19/2021 | 1,089 | $326.83 | $355,917.22 | 11/19/2021 | 1,089 | $327.12 | $356,234.01 |
| 11/19/2021 | 96 | $326.22 | $31,317.12 | 11/19/2021 | 96 | $327.12 | $31,403.55 |
| 11/19/2021 | 1,300 | $326.22 | $424,086.00 | 08/16/2022[B] | 1,300 | $90.39 | $117,507.00 |
| 11/19/2021 | 15 | $326.18 | $4,892.70 | 08/16/2022[B] | 15 | $90.39 | $1,355.85 |
| 11/19/2021 | 101 | $329.51 | $33,280.40 | 08/16/2022[B] | 101 | $90.39 | $9,129.39 |
| 11/19/2021 | 398 | $329.58 | $131,173.87 | 08/16/2022[B] | 398 | $90.39 | $35,975.22 |

Movants' Purchases and Losses    Case 2:22-cv-04915-BRM-LDW   Document 22-4   Filed 10/03/22   Page 8 of 12 PageID: 601    Coinbase Global

Class Period: 04/14/2021 - 09/21/2022 LIFO

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/19/2021 | 1 | $329.65 | $329.65 | 08/16/2022[B] | 1 | $90.39 | $90.39 |
| 11/19/2021 | 150 | $329.67 | $49,450.50 | 08/16/2022[B] | 150 | $90.39 | $13,558.50 |
| 11/19/2021 | 500 | $335.84 | $167,917.50 | 08/16/2022[B] | 500 | $90.39 | $45,195.00 |
| 11/18/2021 | 25 | $327.50 | $8,187.61 | 11/18/2021 | 25 | $325.24 | $8,130.95 |
| 11/18/2021 | 100 | $327.50 | $32,750.42 | 11/18/2021 | 100 | $325.37 | $32,537.00 |
| 11/18/2021 | 23 | $327.50 | $7,532.60 | 11/18/2021 | 23 | $339.40 | $7,806.20 |
| 11/18/2021 | 100 | $327.50 | $32,750.42 | 11/18/2021 | 100 | $339.41 | $33,941.00 |
| 11/18/2021 | 10 | $327.50 | $3,275.04 | 11/18/2021 | 10 | $339.42 | $3,394.20 |
| 11/18/2021 | 342 | $327.50 | $112,006.44 | 11/18/2021 | 342 | $339.50 | $116,109.00 |
| 11/18/2021 | 525 | $325.92 | $171,108.00 | 11/18/2021 | 525 | $339.50 | $178,237.50 |
| 11/18/2021 | 475 | $325.92 | $154,812.00 | 11/18/2021 | 475 | $324.72 | $154,242.00 |
| 11/18/2021 | 500 | $326.29 | $163,145.00 | 11/18/2021 | 500 | $324.72 | $162,360.00 |
| 11/15/2021 | 34 | $346.42 | $11,778.28 | 11/15/2021 | 34 | $343.08 | $11,664.72 |
| 11/15/2021 | 26 | $346.42 | $9,006.92 | 11/15/2021 | 26 | $343.14 | $8,921.64 |
| 11/15/2021 | 70 | $346.42 | $24,249.40 | 11/15/2021 | 70 | $343.23 | $24,026.10 |
| 11/15/2021 | 92 | $346.41 | $31,869.72 | 11/15/2021 | 92 | $343.23 | $31,577.16 |
| 11/15/2021 | 101 | $346.44 | $34,990.44 | 11/15/2021 | 101 | $343.23 | $34,666.23 |
| 11/15/2021 | 128 | $346.53 | $44,355.84 | 11/15/2021 | 128 | $343.23 | $43,933.44 |
| 11/15/2021 | 12 | $346.47 | $4,157.64 | 11/15/2021 | 12 | $343.23 | $4,118.76 |
| 11/15/2021 | 37 | $346.47 | $12,819.39 | 11/15/2021 | 37 | $343.05 | $12,692.85 |
| 11/15/2021 | 29 | $346.47 | $10,047.63 | 11/15/2021 | 29 | $343.00 | $9,947.00 |
| 11/15/2021 | 375 | $346.50 | $129,937.50 | 11/15/2021 | 375 | $343.00 | $128,625.00 |
| 11/15/2021 | 96 | $346.57 | $33,270.72 | 11/15/2021 | 96 | $343.00 | $32,928.00 |
| 11/15/2021 | 100 | $346.45 | $34,645.00 | 11/15/2021 | 100 | $343.00 | $34,300.00 |
| 11/15/2021 | 1 | $346.54 | $346.54 | 11/15/2021 | 1 | $343.00 | $343.00 |
| 11/15/2021 | 214 | $346.59 | $74,170.26 | 11/15/2021 | 214 | $343.00 | $73,402.00 |
| 11/15/2021 | 100 | $346.49 | $34,649.00 | 11/15/2021 | 100 | $343.00 | $34,300.00 |
| 11/15/2021 | 19 | $346.51 | $6,583.69 | 11/15/2021 | 19 | $343.00 | $6,517.00 |
| 11/15/2021 | 66 | $346.46 | $22,866.36 | 11/15/2021 | 66 | $343.00 | $22,638.00 |
| 11/15/2021 | 36 | $346.46 | $12,472.56 | 11/15/2021 | 36 | $347.39 | $12,506.19 |
| 11/15/2021 | 5 | $346.41 | $1,732.03 | 11/15/2021 | 5 | $347.39 | $1,736.97 |
| 11/15/2021 | 114 | $346.48 | $39,498.72 | 11/15/2021 | 114 | $347.39 | $39,602.93 |
| 11/15/2021 | 97 | $346.58 | $33,618.26 | 11/15/2021 | 97 | $347.39 | $33,697.23 |
| 11/15/2021 | 37 | $346.60 | $12,824.20 | 11/15/2021 | 37 | $347.39 | $12,853.58 |
| 11/15/2021 | 211 | $346.52 | $73,115.72 | 11/15/2021 | 211 | $347.39 | $73,300.16 |
| 11/15/2021 | 500 | $345.10 | $172,550.00 | 11/15/2021 | 500 | $347.39 | $173,697.05 |
| 11/15/2021 | 50 | $345.10 | $17,255.00 | 11/15/2021 | 50 | $339.76 | $16,988.11 |
| 11/15/2021 | 100 | $345.10 | $34,510.00 | 11/15/2021 | 100 | $339.61 | $33,960.74 |
| 11/15/2021 | 100 | $345.10 | $34,510.00 | 11/15/2021 | 100 | $339.71 | $33,970.87 |
| 11/15/2021 | 250 | $345.10 | $86,275.00 | 11/15/2021 | 250 | $339.51 | $84,877.50 |
| 11/15/2021 | 65 | $345.10 | $22,431.50 | 11/15/2021 | 65 | $345.08 | $22,430.20 |
| 11/15/2021 | 45 | $345.10 | $15,529.50 | 11/15/2021 | 45 | $344.92 | $15,521.59 |
| 11/15/2021 | 5 | $345.10 | $1,725.50 | 11/15/2021 | 5 | $344.80 | $1,724.00 |
| 11/15/2021 | 234 | $345.10 | $80,753.40 | 11/15/2021 | 234 | $340.57 | $79,693.38 |
| 11/15/2021 | 151 | $345.10 | $52,110.10 | 11/15/2021 | 151 | $351.08 | $53,012.54 |
| 11/15/2021 | 326 | $341.97 | $111,482.22 | 11/15/2021 | 326 | $351.08 | $114,450.91 |
| 11/15/2021 | 23 | $341.97 | $7,865.31 | 11/15/2021 | 23 | $351.19 | $8,077.37 |
| 11/15/2021 | 651 | $341.97 | $222,622.47 | 11/18/2021 | 651 | $324.72 | $211,392.72 |
| 11/15/2021 | 374 | $347.00 | $129,778.00 | 11/18/2021 | 374 | $324.72 | $121,445.28 |
| 11/15/2021 | 500 | $347.00 | $173,500.00 | 11/18/2021 | 500 | $335.87 | $167,934.60 |

| 11/15/2021 | 246 | $347.00 | $85,362.00 | 11/18/2021 | 246 | $324.80 | $79,900.80 |
| 11/15/2021 | 200 | $347.00 | $69,400.00 | 11/18/2021 | 200 | $324.82 | $64,964.00 |
| 11/15/2021 | 54 | $347.00 | $18,738.00 | 11/18/2021 | 54 | $324.65 | $17,530.98 |
| 11/15/2021 | 126 | $347.00 | $43,722.00 | 08/16/2022[B] | 126 | $90.39 | $11,389.14 |
| 11/15/2021 | 1,500 | $342.86 | $514,282.50 | 08/16/2022[B] | 1,500 | $90.39 | $135,585.00 |
| 11/12/2021 | 250 | $336.82 | $84,205.00 | 08/16/2022[B] | 250 | $90.39 | $22,597.50 |
| 11/12/2021 | 100 | $338.65 | $33,865.00 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 |
| 11/11/2021 | 100 | $337.35 | $33,734.56 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 |
| 11/10/2021 | 34 | $327.69 | $11,141.46 | 11/10/2021 | 34 | $332.00 | $11,288.00 |
| 11/10/2021 | 732 | $327.82 | $239,964.24 | 11/10/2021 | 732 | $332.00 | $243,024.00 |
| 11/10/2021 | 234 | $327.82 | $76,709.88 | 11/10/2021 | 234 | $339.74 | $79,497.99 |
| 11/10/2021 | 766 | $331.28 | $253,758.57 | 11/10/2021 | 766 | $339.74 | $260,237.01 |
| 11/10/2021 | 234 | $331.28 | $77,518.94 | 11/10/2021 | 234 | $329.00 | $76,986.00 |
| 11/10/2021 | 732 | $334.77 | $245,047.98 | 11/10/2021 | 732 | $329.00 | $240,828.00 |
| 11/10/2021 | 268 | $334.77 | $89,717.02 | 11/10/2021 | 268 | $330.57 | $88,592.81 |
| 11/10/2021 | 432 | $341.28 | $147,434.34 | 11/10/2021 | 432 | $330.57 | $142,806.33 |
| 11/10/2021 | 568 | $341.28 | $193,848.86 | 08/16/2022[B] | 568 | $90.39 | $51,341.52 |
| 11/09/2021 | 100 | $367.39 | $36,739.00 | 11/09/2021 | 100 | $354.70 | $35,469.50 |
| 11/09/2021 | 10 | $367.39 | $3,673.90 | 11/09/2021 | 10 | $354.50 | $3,545.00 |
| 11/09/2021 | 490 | $367.39 | $180,021.10 | 11/09/2021 | 490 | $354.55 | $173,731.80 |
| 11/09/2021 | 400 | $367.39 | $146,956.00 | 11/09/2021 | 400 | $354.69 | $141,876.00 |
| 11/09/2021 | 2,000 | $352.20 | $704,400.00 | 11/09/2021 | 2,000 | $347.44 | $694,880.00 |
| 11/09/2021 | 300 | $352.20 | $105,660.00 | 11/09/2021 | 300 | $348.01 | $104,403.00 |
| 11/09/2021 | 700 | $352.20 | $246,540.00 | 11/09/2021 | 700 | $354.17 | $247,915.92 |
| 11/09/2021 | 60 | $352.23 | $21,133.80 | 11/09/2021 | 60 | $354.17 | $21,249.94 |
| 11/09/2021 | 78 | $352.24 | $27,474.72 | 11/09/2021 | 78 | $354.17 | $27,624.92 |
| 11/09/2021 | 49 | $352.24 | $17,259.76 | 11/09/2021 | 49 | $349.07 | $17,104.28 |
| 11/09/2021 | 1 | $352.22 | $352.22 | 11/09/2021 | 1 | $349.07 | $349.07 |
| 11/09/2021 | 10 | $352.35 | $3,523.50 | 11/09/2021 | 10 | $349.07 | $3,490.67 |
| 11/09/2021 | 961 | $352.38 | $338,637.18 | 11/09/2021 | 961 | $349.07 | $335,453.29 |
| 11/09/2021 | 50 | $352.38 | $17,619.00 | 11/09/2021 | 50 | $349.45 | $17,472.25 |
| 11/09/2021 | 191 | $352.38 | $67,304.58 | 11/09/2021 | 191 | $349.15 | $66,686.70 |
| 11/09/2021 | 997 | $352.29 | $351,233.13 | 11/09/2021 | 997 | $349.15 | $348,097.57 |
| 11/09/2021 | 603 | $352.29 | $212,430.87 | 11/09/2021 | 603 | $350.18 | $211,158.54 |
| 11/08/2021 | 50 | $349.35 | $17,467.50 | 11/09/2021 | 50 | $350.18 | $17,509.00 |
| 11/08/2021 | 100 | $360.09 | $36,008.50 | 11/09/2021 | 100 | $350.18 | $35,018.00 |
| 11/05/2021 | 247 | $337.20 | $83,287.17 | 11/09/2021 | 247 | $350.18 | $86,494.46 |
| 11/05/2021 | 53 | $337.20 | $17,871.34 | 08/16/2022[B] | 53 | $90.39 | $4,790.67 |
| 11/03/2021 | 287 | $335.03 | $96,153.21 | 11/03/2021 | 287 | $335.00 | $96,145.00 |
| 11/03/2021 | 4 | $335.03 | $1,340.11 | 11/03/2021 | 4 | $336.00 | $1,344.00 |
| 11/03/2021 | 734 | $335.03 | $245,910.99 | 08/16/2022[B] | 734 | $90.39 | $66,346.26 |
| 11/03/2021 | 1,188 | $334.98 | $397,952.08 | 08/16/2022[B] | 1,188 | $90.39 | $107,383.32 |
| 11/03/2021 | 287 | $334.98 | $96,138.31 | 08/16/2022[B] | 287 | $90.39 | $25,941.93 |
| 11/01/2021 | 225 | $324.60 | $73,035.00 | 11/01/2021 | 225 | $329.06 | $74,038.50 |
| 11/01/2021 | 100 | $324.60 | $32,460.00 | 11/01/2021 | 100 | $329.13 | $32,913.00 |
| 11/01/2021 | 500 | $324.60 | $162,300.00 | 11/01/2021 | 500 | $329.82 | $164,907.50 |
| 11/01/2021 | 175 | $324.60 | $56,805.00 | 11/01/2021 | 175 | $331.24 | $57,966.13 |
| 11/01/2021 | 325 | $337.56 | $109,705.38 | 11/01/2021 | 325 | $331.24 | $107,651.38 |
| 11/01/2021 | 675 | $337.56 | $227,849.63 | 11/01/2021 | 675 | $328.55 | $221,774.02 |

Movants' Purchases and Losses · Class Period: 04/14/2021 - 09/21/2022 LIFO · Coinbase Global

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/2021 | 325 | $329.85 | $107,201.25 | 11/01/2021 | 325 | $328.55 | $106,780.08 |
| 11/01/2021 | 675 | $329.85 | $222,648.75 | 11/02/2021 | 675 | $336.63 | $227,225.99 |
| 11/01/2021 | 325 | $330.10 | $107,280.88 | 11/02/2021 | 325 | $336.63 | $109,405.11 |
| 11/01/2021 | 175 | $330.10 | $57,766.63 | 11/02/2021 | 175 | $338.28 | $59,198.13 |
| 10/29/2021 | 50 | $324.90 | $16,245.00 | 11/02/2021 | 50 | $338.28 | $16,913.75 |
| 10/29/2021 | 50 | $325.22 | $16,260.75 | 11/02/2021 | 50 | $338.28 | $16,913.75 |
| 10/28/2021 | 200 | $319.81 | $63,962.00 | 10/28/2021 | 200 | $315.33 | $63,066.02 |
| 10/28/2021 | 100 | $319.81 | $31,981.00 | 10/28/2021 | 100 | $315.33 | $31,533.00 |
| 10/28/2021 | 500 | $319.81 | $159,905.00 | 10/28/2021 | 500 | $315.29 | $157,642.70 |
| 10/28/2021 | 120 | $319.81 | $38,377.20 | 10/28/2021 | 120 | $318.71 | $38,245.20 |
| 10/28/2021 | 100 | $319.81 | $31,981.00 | 10/28/2021 | 100 | $318.74 | $31,874.00 |
| 10/28/2021 | 50 | $319.81 | $15,990.50 | 10/28/2021 | 50 | $318.89 | $15,944.50 |
| 10/28/2021 | 30 | $319.81 | $9,594.30 | 10/28/2021 | 30 | $318.66 | $9,559.80 |
| 10/28/2021 | 3 | $319.81 | $959.43 | 10/28/2021 | 3 | $318.80 | $956.40 |
| 10/28/2021 | 200 | $319.81 | $63,962.00 | 10/28/2021 | 200 | $318.55 | $63,710.00 |
| 10/28/2021 | 100 | $319.81 | $31,981.00 | 10/28/2021 | 100 | $318.64 | $31,864.00 |
| 10/28/2021 | 5 | $319.81 | $1,599.05 | 10/28/2021 | 5 | $318.59 | $1,592.95 |
| 10/28/2021 | 60 | $319.81 | $19,188.60 | 10/28/2021 | 60 | $318.68 | $19,120.80 |
| 10/28/2021 | 248 | $319.81 | $79,312.88 | 10/28/2021 | 248 | $318.56 | $79,002.88 |
| 10/28/2021 | 784 | $319.81 | $250,731.04 | 10/28/2021 | 784 | $318.50 | $249,704.00 |
| 10/28/2021 | 802 | $324.87 | $260,545.74 | 10/28/2021 | 802 | $318.50 | $255,437.00 |
| 10/28/2021 | 100 | $324.87 | $32,487.00 | 10/28/2021 | 100 | $318.52 | $31,851.80 |
| 10/28/2021 | 5 | $324.87 | $1,624.35 | 10/28/2021 | 5 | $318.53 | $1,592.63 |
| 10/28/2021 | 2 | $324.87 | $649.74 | 10/28/2021 | 2 | $318.57 | $637.14 |
| 10/28/2021 | 161 | $324.87 | $52,304.07 | 10/28/2021 | 161 | $318.51 | $51,280.11 |
| 10/28/2021 | 2 | $324.87 | $649.74 | 10/28/2021 | 2 | $318.60 | $637.20 |
| 10/28/2021 | 2 | $324.87 | $649.74 | 10/28/2021 | 2 | $318.70 | $637.40 |
| 10/28/2021 | 2 | $324.87 | $649.74 | 10/28/2021 | 2 | $318.85 | $637.70 |
| 10/28/2021 | 100 | $324.87 | $32,487.00 | 10/28/2021 | 100 | $318.86 | $31,886.00 |
| 10/28/2021 | 324 | $324.87 | $105,257.88 | 10/28/2021 | 324 | $318.52 | $103,200.48 |
| 10/28/2021 | 611 | $325.85 | $199,094.35 | 10/28/2021 | 611 | $318.52 | $194,615.72 |
| 10/28/2021 | 189 | $325.85 | $61,585.65 | 10/28/2021 | 189 | $318.54 | $60,204.06 |
| 10/28/2021 | 200 | $325.85 | $65,170.00 | 10/28/2021 | 200 | $314.51 | $62,902.00 |
| 10/28/2021 | 550 | $315.09 | $173,299.50 | 10/28/2021 | 550 | $314.51 | $172,980.50 |
| 10/28/2021 | 225 | $315.09 | $70,895.25 | 11/02/2021 | 225 | $338.28 | $76,111.88 |
| 10/28/2021 | 725 | $315.09 | $228,440.25 | 08/16/2022[B] | 725 | $90.39 | $65,532.75 |
| 10/28/2021 | 2,000 | $325.62 | $651,240.00 | 08/16/2022[B] | 2,000 | $90.39 | $180,780.00 |
| 10/26/2021 | 225 | $328.33 | $73,874.25 | 10/26/2021 | 225 | $325.13 | $73,153.13 |
| 10/21/2021 | 775 | $311.96 | $241,769.00 | 10/26/2021 | 775 | $325.13 | $251,971.88 |
| 10/21/2021 | 500 | $311.96 | $155,980.00 | 10/26/2021 | 500 | $324.07 | $162,034.60 |
| 10/21/2021 | 835 | $311.96 | $260,486.60 | 10/26/2021 | 835 | $316.96 | $264,661.60 |
| 10/21/2021 | 300 | $311.96 | $93,588.00 | 10/26/2021 | 300 | $316.22 | $94,866.00 |
| 10/21/2021 | 300 | $311.96 | $93,588.00 | 10/26/2021 | 300 | $321.24 | $96,370.65 |
| 10/21/2021 | 250 | $311.96 | $77,990.00 | 10/26/2021 | 250 | $321.48 | $80,368.75 |
| 10/21/2021 | 1,040 | $311.96 | $324,438.40 | 08/16/2022[B] | 1,040 | $90.39 | $94,005.60 |
| 10/20/2021 | 300 | $307.38 | $92,214.00 | 08/16/2022[B] | 300 | $90.39 | $27,117.00 |
| 10/20/2021 | 25 | $315.92 | $7,897.92 | 08/16/2022[B] | 25 | $90.39 | $2,259.75 |
| 10/20/2021 | 500 | $313.94 | $156,971.20 | 08/16/2022[B] | 500 | $90.39 | $45,195.00 |
| 10/20/2021 | 835 | $314.28 | $262,423.72 | 08/16/2022[B] | 835 | $90.39 | $75,475.65 |
| 10/20/2021 | 100 | $314.25 | $31,425.00 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 |

Movants' Purchases and Losses | Case 2:22-cv-04915-BRM-LDW | Document 22-4 | Filed 10/03/22 | Page 11 of 12 PageID: 604 | Coinbase Global

Class Period: 04/14/2021 - 09/21/2022 LIFO

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 10/20/2021 | 65 | $314.26 | $20,426.90 | 08/16/2022[B] | 65 | $90.39 | $5,875.35 | |
| | 10/20/2021 | 1,000 | $314.40 | $314,400.00 | 08/16/2022[B] | 1,000 | $90.39 | $90,390.00 | |
| | 10/20/2021 | 100 | $314.25 | $31,425.00 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 | |
| | 10/20/2021 | 250 | $314.32 | $78,580.75 | 08/16/2022[B] | 250 | $90.39 | $22,597.50 | |
| | 10/20/2021 | 50 | $314.40 | $15,720.00 | 08/16/2022[B] | 50 | $90.39 | $4,519.50 | |
| | 10/20/2021 | 300 | $312.99 | $93,895.80 | 08/16/2022[B] | 300 | $90.39 | $27,117.00 | |
| | 10/19/2021 | 300 | $300.00 | $90,000.00 | 10/19/2021 | 300 | $298.61 | $89,583.00 | |
| | 10/19/2021 | 200 | $301.57 | $60,313.00 | 10/19/2021 | 200 | $306.45 | $61,290.00 | |
| | 10/19/2021 | 100 | $301.57 | $30,156.50 | 08/16/2022[B] | 100 | $90.39 | $9,039.00 | |
| | 10/19/2021 | 300 | $304.38 | $91,314.00 | 08/16/2022[B] | 300 | $90.39 | $27,117.00 | |
| | 09/10/2021 | 300 | $258.63 | $77,590.38 | 08/16/2022[B] | 300 | $90.39 | $27,117.00 | |
| | | 162,347 | | $31,378,563.89 | | 162,347 | | $26,306,185.24 | ($5,072,378.66) |
| Rahul Saraf - 7293 (CL A) | 09/14/2022 | 500 | $78.22 | $39,110.00 | 09/14/2022 | 500 | $77.79 | $38,895.00 | |
| | 09/14/2022 | 500 | $77.61 | $38,805.35 | 09/14/2022 | 500 | $77.79 | $38,895.00 | |
| | 09/14/2022 | 500 | $77.61 | $38,805.35 | 09/14/2022 | 500 | $77.85 | $38,922.50 | |
| | 09/14/2022 | 1,000 | $77.61 | $77,610.70 | 09/14/2022 | 1,000 | $77.85 | $77,850.00 | |
| | 09/14/2022 | 500 | $77.61 | $38,805.35 | 09/15/2022 | 500 | $79.00 | $39,500.00 | |
| | 09/09/2022 | 500 | $77.36 | $38,677.55 | 09/09/2022 | 500 | $75.77 | $37,883.60 | |
| | 09/09/2022 | 500 | $76.55 | $38,273.25 | 09/09/2022 | 500 | $75.77 | $37,883.60 | |
| | 09/09/2022 | 500 | $76.55 | $38,273.25 | 09/09/2022 | 500 | $76.76 | $38,380.00 | |
| | 09/09/2022 | 200 | $77.34 | $15,467.34 | 09/09/2022 | 200 | $77.55 | $15,510.00 | |
| | 09/09/2022 | 800 | $77.34 | $61,869.36 | 09/13/2022 | 800 | $75.19 | $60,152.08 | |
| | 09/09/2022 | 200 | $78.16 | $15,632.00 | 09/13/2022 | 200 | $75.19 | $15,038.02 | |
| | 09/09/2022 | 800 | $78.16 | $62,528.00 | held | 800 | $63.73 | $50,984.00 | |
| | 08/24/2022 | 1,000 | $73.18 | $73,175.00 | held | 1,000 | $63.73 | $63,730.00 | |
| | 08/18/2022 | 4,000 | $86.33 | $345,320.00 | held | 4,000 | $63.73 | $254,920.00 | |
| | 08/17/2022 | 1,000 | $87.73 | $87,734.80 | 08/17/2022 | 1,000 | $86.62 | $86,620.00 | |
| | 08/17/2022 | 1,000 | $87.09 | $87,089.80 | 08/17/2022 | 1,000 | $86.62 | $86,620.00 | |
| | 08/17/2022 | 500 | $86.18 | $43,089.95 | 08/17/2022 | 500 | $86.62 | $43,310.00 | |
| | 08/17/2022 | 1,000 | $86.18 | $86,179.90 | 08/17/2022 | 1,000 | $86.29 | $86,288.10 | |
| | 08/17/2022 | 1,000 | $86.18 | $86,179.90 | 08/17/2022 | 1,000 | $86.65 | $86,645.00 | |
| | 08/17/2022 | 1,000 | $86.18 | $86,179.90 | 08/17/2022 | 1,000 | $86.95 | $86,950.00 | |
| | 08/17/2022 | 1,000 | $86.18 | $86,179.90 | 08/17/2022 | 1,000 | $86.09 | $86,090.00 | |
| | 08/17/2022 | 500 | $86.18 | $43,089.95 | 08/17/2022 | 500 | $85.46 | $42,727.50 | |
| | 08/17/2022 | 2,000 | $85.40 | $170,800.00 | 08/17/2022 | 2,000 | $85.46 | $170,910.00 | |
| | 08/17/2022 | 8,000 | $85.40 | $683,200.00 | held | 8,000 | $63.73 | $509,840.00 | |
| | 08/17/2022 | 5,000 | $85.41 | $427,047.50 | held | 5,000 | $63.73 | $318,650.00 | |
| | 08/16/2022[A] | 30,740 | $90.39 | $2,778,588.60 | held | 30,740 | $63.73 | $1,959,060.20 | |
| | | 64,240 | | $5,587,712.70 | | 64,240 | | $4,372,254.60 | ($1,215,458.10) |
| Rahul Saraf - 7366 (CL A) | 08/04/2022 | 4,800 | $95.85 | $460,103.52 | held | 4,800 | $63.73 | $305,904.00 | |
| | 08/03/2022 | 96 | $80.90 | $7,766.29 | held | 96 | $63.73 | $6,118.08 | |
| | 06/03/2022 | 4,820 | $68.00 | $327,759.52 | 06/06/2022 | 4,820 | $69.21 | $333,592.20 | |
| | 06/03/2022 | 104 | $68.00 | $7,071.99 | 06/06/2022 | 104 | $69.24 | $7,200.96 | |
| | 06/03/2022 | 46 | $68.00 | $3,128.00 | 06/06/2022 | 46 | $69.25 | $3,185.50 | |
| | 06/03/2022 | 30 | $68.00 | $2,040.00 | 06/06/2022 | 30 | $69.26 | $2,077.80 | |

Movants' Purchases and Losses

Class Period: 04/14/2021 - 09/21/2022 LIFO

Coinbase Global

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 06/02/2022 | 394 | $70.02 | $27,587.84 | 06/02/2022 | 394 | $72.68 | $28,635.92 | |
| | 06/02/2022 | 300 | $70.02 | $21,005.97 | 06/02/2022 | 300 | $72.69 | $21,807.00 | |
| | 06/02/2022 | 200 | $70.02 | $14,003.98 | 06/02/2022 | 200 | $72.70 | $14,539.50 | |
| | 06/02/2022 | 106 | $70.02 | $7,422.11 | 06/02/2022 | 106 | $72.66 | $7,701.96 | |
| | 03/28/2022 | 275 | $198.25 | $54,517.93 | 04/04/2022 | 275 | $191.86 | $52,762.05 | |
| | 03/28/2022 | 1,000 | $198.25 | $198,247.00 | 04/05/2022 | 1,000 | $179.22 | $179,221.70 | |
| | 03/28/2022 | 570 | $198.25 | $113,000.79 | 04/11/2022 | 570 | $155.00 | $88,350.00 | |
| | 03/28/2022 | 430 | $196.97 | $84,697.53 | 04/11/2022 | 430 | $155.00 | $66,650.00 | |
| | 03/28/2022 | 1,610 | $196.97 | $317,123.31 | held | 1,610 | $63.73 | $102,605.30 | |
| | 03/24/2022 | 1,000 | $190.96 | $190,958.10 | held | 1,000 | $63.73 | $63,730.00 | |
| | 03/18/2022 | 275 | $181.74 | $49,979.24 | 03/21/2022 | 275 | $175.24 | $48,192.24 | |
| | 03/16/2022 | 225 | $163.33 | $36,748.64 | 03/21/2022 | 225 | $175.24 | $39,430.01 | |
| | 03/16/2022 | 275 | $163.33 | $44,915.01 | held | 275 | $63.73 | $17,525.75 | |
| | | **16,556** | | **$1,968,076.76** | | **16,556** | | **$1,389,229.97** | **($578,846.79)** |
| **Rahul Saraf - 4757 (CL A)** | 08/25/2022 | 6,850 | $70.69 | $484,212.80 | held | 6,850 | $63.73 | $436,550.50 | |
| | 05/03/2022 | 1,500 | $125.26 | $187,885.50 | held | 1,500 | $63.73 | $95,595.00 | |
| | | **8,350** | | **$672,098.30** | | **8,350** | | **$532,145.50** | **($139,952.80)** |
| **Rahul Saraf - 9945 (CL A)** | 08/25/2022 | 2,040 | $71.33 | $145,517.08 | held | 2,040 | $63.73 | $130,009.20 | |
| | 08/08/2022 | 625 | $100.93 | $63,082.13 | held | 625 | $63.73 | $39,831.25 | |
| | 07/20/2022 | 52 | $76.68 | $3,987.19 | held | 52 | $63.73 | $3,313.96 | |
| | | **2,717** | | **$212,586.39** | | **2,717** | | **$173,154.41** | **($39,431.98)** |
| **Movants' Total** | | **254,210** | | **$39,819,038.05** | | **254,210** | | **$32,772,969.72** | **($7,046,068.33)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period.  The price used is $63.73 as of October 03, 2022 for common stock.

Prices listed are rounded up to two decimal places.

[A]Shares that were received in.
[B]Shares that were delivered out.