SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:22-cv-04915-BRM-LDW |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) ) | [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD |
| COINBASE GLOBAL, INC., et al., | ) ) ) | PLAINTIFF AND APPROVING PLAINTIFF'S SELECTION OF LEAD |
| Defendants. | ) ) | COUNSEL |

[Caption continued on following page.]

DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

   vs.

COINBASE GLOBAL, INC., et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22-cv-05744-BRM-LDW

<u>CLASS ACTION</u>

Having considered Rahul Saraf, D.M.D.'s Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), the Memorandum of Law, and Declaration of Christopher A. Seeger in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is **GRANTED**;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, (i) *Patel v. Coinbase Global, Inc.*, No. 2:22-cv-04915 and (ii) *Laffoon v. Coinbase Global, Inc. plc*, No. 2:22-cv-05744, are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re COINBASE GLOBAL, INC. SECURITIES LITIGATION | ) Master File No. 2:22-cv-04915-BRM-LDW |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |

(a)      The file in Case No. 2:22-cv-04915-BRM-LDW shall constitute the master file for every action in the consolidated action.    The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions,

- 1 -

4886-2773-1253.v1

the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of Coinbase Global, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)      This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Dr. Rahul Saraf is appointed as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Berger Montague PC and Robbins Geller Rudman & Dowd LLP are approved as Lead Counsel and Christopher A. Seeger of Seeger Weiss LLP is appointed as liaison counsel for the class.  Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.  Lead Counsel shall make all work assignments

4886-2773-1253.v1

in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort.  Additionally, Lead Counsel shall have the following responsibilities:

(a)    to brief and argue motions;

(b)    to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

(c)    to direct and coordinate the examination of witnesses in depositions;

(d)    to act as spokesperson at pretrial conferences;

(e)    to consult with and employ experts;

(f)    to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees;

(g)    to initiate and conduct any settlement negotiations with defendants' counsel; and

- 3 -

- 4 -

(h)    to perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED**.

_____
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

4886-2773-1253.v1