**Law Offices of Jan Meyer & Associates, P.C.**
Jan Meyer, Esq.
Richard L. Elem, Esq.
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: jmeyer@janmeyerlaw.com
　　　relem@janmeyerlaw.com

Liaison Counsel

(*Additional Counsel on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, | Case 2:22-cv-04915 |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **NOTICE OF NON-OPPOSITION OF HENRY GOTLOB TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, | |
| Defendants. | |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated, | Case 2:22-cv-05744 |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI, | |
| Defendants. | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Henry Gotlob ("Movant") has not asserted the "largest financial interest" in this action.  Thus, Movant does not oppose the competing motions.  However, in the event that the Court determines that other movants are incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as a named class representative.

Dated: October 12, 2022                    Respectfully submitted,

/s/Richard L. Elem
**Law Offices of Jan Meyer & Associates, P.C.**
Jan Meyer, Esq.
Richard L. Elem, Esq
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: jmeyer@janmeyerlaw.com
        relem@janmeyerlaw.com

*Liaison Counsel for Movant*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
        lhasson@bernlieb.com

*Counsel for Movant*

1

2

**CERTIFICATE OF SERVICE**

I, Richard L. Elem, hereby certify that on October 12, 2022, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: October 12, 2022                                  /s/Richard L. Elem
                                                         Richard L. Elem

2