DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
Vincent M. Giblin, Esq. - #021011995
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel.: (201) 928-1100
*Counsel for Movant Charles Bethune III,*
*and Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 2:22-cv-04915-BRM-LDW |
| | ) | **DECLARATION OF VINCENT M. GIBLIN, ESQ. IN SUPPORT OF** |
| Plaintiff, | ) ) | **CHARLES BETHUNE III'S OPPOSITION TO ALL OTHER** |
| | ) | **MOTIONS FOR APPOINTMENT AS** |
| v. | ) ) | **LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| | ) | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 2:22-cv-05744-BRM-LDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI, | ) ) ) ) | |
| Defendants. | ) | |

I, Vincent M. Giblin, Esq., hereby declare as follows:

1.    I am a member in good standing of the bar of the State of New Jersey and am admitted to practice in this District.

2.    I submit this Declaration, together with the attached exhibits, in support of Charles Bethune III's Opposition to All Other Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Rickard Poppelman found at Docket No. 44 in *Pipefitters Local No. 636 Defined Benefit Plan v. Bank of Am. Corp.*, 275 F.R.D. 187, 190-91 (S.D.N.Y. 2011).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Monday, October 24, 2022, in Paramus, New Jersey.

<i>s/ Vincent M. Giblin</i>

Vincent M. Giblin, Esq.

1