# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PIPEFITTERS LOCAL NO. 636 DEFINED BENEFIT PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, BRIAN T. MOYNIHAN and CHARLES H. NOSKI, <br><br> Defendants. | Civil Action No.  1:11-cv-00733-WHP <br><br><br><br><br> CLASS ACTION |
| PATRICIA GROSSBERG LIVING TRUST, individually and on behalf of all other similarly situated stockholders, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, BRIAN T. MOYNIHAN and CHARLES H. NOSKI, KENNETH D. LEWIS, JOSEPH L. PRICE, and COUNTRYWIDE FINANCIAL CORPORATION, <br><br> Defendants. | Civil Action No.  1:11-cv-01982-AKH <br><br><br><br><br> CLASS ACTION |

*(Captions continued on following page)*

**DECLARATION OF RICKARD POPPELMAN**

|  |  |
|---|---|
| ANCHORAGE POLICE & FIRE RETIREMENT SYSTEM, Individually and On Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION, BRIAN T. MOYNIHAN, CHARLES H. NOSKI, KENNETH D. LEWIS, and JOSEPH L. PRICE,<br><br>    Defendants. | Civil Action No. 1:11-cv-02216<br><br><br><br>CLASS ACTION |

I, Rickard Poppelman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the international law firm Bird & Bird LLP, where I am head of the corporate practice group in its Stockholm, Sweden, office.  Bird & Bird employs 880 lawyers of which 230 are partners.  There are 22 offices in 15 countries in Europe and Asia.  I was admitted to the Swedish Bar Association in 1985.  I provide a range of corporate, mergers and acquisitions and private equity services and have acted for listed and non-listed companies, institutional investors and management teams.  In the course of my practice I have advised and do advise clients on matters relating to pensions under the laws of Sweden and I am very familiar and fully conversant with the matters discussed in this declaration about the Swedish pension system.  I am fluent in English, which I regularly use in business, and I have composed this declaration in English rather than translating it from Swedish.

2.      I have been retained by counsel for Pennsylvania Public School Employees' Retirement System ("PSERS") in the above captioned matter to provide a brief description of the

structure of the Swedish pension system, with specific focus on Sjunde AP-Fonden ("AP7"), which is part of the system.

3.    The Swedish government has five active pension funds in its public pension system that provide benefits to retirees. Four funds, known as AP1, AP2, AP3 and AP4, [1] support the Income Pension System, while AP7 supports the Premium Pension System ("PPS"). The two systems operate entirely independent of each other, but are both administered by the Pension Authority ("PA"), a Swedish government agency.

4.    Employers contribute into the pension system by paying as contribution an amount equal to eighteen and one-half percent (18.5%) of each employee's salary.

5.    Eighty-six and one half percent (86.5 %) of the contribution goes into the Income Pension System funds, normally equally divided between AP1, AP2, AP3 and AP4. These monies are invested by AP1, AP2, AP3 and AP4 on behalf of the participants in the pension system, who are called pension savers. Pension savers have no voice in how funds are invested in the Income Pension System, and funds are allocated to AP1, AP2, AP3 and AP4 in the same way for all pension savers.

6.    Thirteen and one half percent (13.5 %) of the contribution goes into the PPS, which is administered by the PA, as further described below. The monies paid into the PPS defined contribution system are invested in mutual funds for the benefit of the individual pension savers. In the PPS, the balance in each pension saver's account at retirement determines how much premium pension he or she will receive. The individual pension saver bears the market risk of contributions paid into the PPS.

---

[1]    There is an additional fund called AP6. Unlike the other national pension funds, AP6 is an evergreen fund, which means that there are no regular payments to or withdrawals from AP6.

2

7.      Within the PPS, the PA acts as a clearinghouse to allow a pension saver the freedom to move his or her retirement savings into and out of the various mutual funds at minimum expense. Because the pension saver bears the risk of his or her own mutual fund choices, it is important for each pension saver to be able to move money from one fund to another within a reasonable period of time.

8.      AP7 was launched in 2000 as a small-scale manager with Peter Norman as CEO and Richard Gröttheim, who is now its current CEO, as Deputy CEO.  The structure of AP7 is similar to many other money managers, where AP7 serves as a manager of managers, *i.e.*, on an ongoing basis hiring, monitoring, and firing investment managers. After a re-organization in 2010, Richard Gröttheim took over as CEO, and changes to the funds offered by AP7 were implemented, as discussed below.

9.      AP7 is simply the manager of specific funds authorized for PPS pension savers. AP7 reports to the PA on a daily basis about the funds that it manages.  The board of directors of AP7 is responsible for keeping the financial statements of the funds that it manages and for preparing their annual financial reports, which are audited by the auditors of AP7.  AP7, however,  does not have any financial interest in the funds that it manages.

10.      In the PPS, each pension saver can choose to have his or her contribution premiums invested in up to five out of more than 800 privately managed mutual funds.  Until May 2010, the contributions of the pension saver who made no active choice were managed by AP7 in a default fund called the Premium Savings Fund.  Alternatively, for those who wanted to make an active choice but wanted to stay with a government option (because it was a lower-cost

3

alternative to the private mutual fund PPS options), a pension saver could choose a fund managed by AP7 called the Premium Choice Fund.

11.     In May 2010, AP7 implemented a mandate from the Swedish Parliament to replace the Premium Savings Fund and Premium Choice Fund with new mutual funds to improve premium pension choices.  Since May 2010, pension savers have had a choice of government-managed funds in the PPS:  AP7 Såfa Fund, AP7 Offensiv (an aggressive fund), AP7 Balanserad (a balanced fund), AP7 Försiktig (a conservative fund), AP7 Equity Fund, and AP7 Fixed Income Fund.

12.     Pension contributions paid on behalf of pension savers who make no choice as to how their pension savings should be invested will be placed in the AP7 Såfa Fund, a lifecycle fund that is designed to adjust the level of risk through a pension saver's lifetime by reducing the risk as a pension saver ages.  The pension saver's Premium Pension account is divided between the AP7 Equity Fund and the AP7 Fixed Income Fund; the balance shifts toward the fixed income fund as the pension saver ages.

13.     While the PA acts within the PPS like an equity-linked insurance company, AP7 acts simply as an investment management company.  AP7 is entitled to receive fees for its management services, but is prohibited from having a stake in the assets under its management. When distributions are paid from one of the PPS funds managed by AP7, payment is made through redemption of the fund units.  AP7 may not make disbursements from the funds that it manages to anyone other than the PA.

14.     AP7 is unlike AP1, AP2, AP3, and AP4 in terms of having a financial stake in the assets under its management.  Whereas AP7 does not have a financial stake in the assets

4

managed, AP1, AP2, AP3 and AP4 do have a financial stake because they are the direct owners of the investments in each of their respective funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of April 2011, in Stockholm, Sweden.

_____
Rickard Poppelman

5