# Exhibit A

**DECLARATION OF DR. RAHUL SARAF IN RESPONSE TO
COMPETING LEAD PLAINTIFF MOTIONS AND IN FURTHER SUPPORT OF
HIS MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Dr. Rahul Saraf, DMD, declare as follows:

1.  I purchased the securities of Coinbase Global, Inc. ("Coinbase") during the Class Period and suffered losses in my investment.

2.  As set forth in the motion for consolidation of related actions, appointment of lead plaintiff, and approval of lead counsel, during the Class Period, I suffered a loss of $7,046,068 in my investment in Coinbase.[1] My loss in Coinbase represents more than half of the total value of my equities portfolio currently and at the end of the Class Period.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 24th day of October 2022.

DocuSigned by:

*Rahul Saraf*
4BC8DA3A51C64BE...

Rahul Saraf

---

[1] *Patel v. Coinbase Global, Inc.*, No. 2:22-cv-04915-BRM-LDW, ECF No. 22-4.