**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone:  (973) 994-1700

*Proposed Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIJAY PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, and ALESIA J. HAAS,<br><br>Defendants. | Case No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>District Judge<br><br>Hon. Leda D. Wettre<br>Magistrate Judge<br><br>**MOTION DAY:** November 7, 2022<br><br>ORAL ARGUMENT REQUESTED |

[Additional caption on following page.]

**REPLY DECLARATION OF JAMES E. CECCHI IN FURTHER**
**SUPPORT OF THE MOTION OF SJUNDE AP-FONDEN FOR**
**CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

|  |  |
|---|---|
| DENNIS DEAN LAFFOON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., BRIAN ARMSTRONG, ALESIA J. HAAS, and EMILIE CHOI,<br><br>Defendants. | Case No. 2:22-cv-05744-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>District Judge<br><br>Hon. Leda D. Wettre<br>Magistrate Judge |

I, James E. Cecchi, declare as follows:

I am a member in good standing of the bar of the State of New Jersey, and I am admitted to practice before this Court.  I am a partner of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C.  I submit this Reply Declaration in further support of the Motion of Sjunde AP-Fonden for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   *Hachem v. General Electric Inc.*, No. 17 Civ. 8457 (JMF) (S.D.N.Y. May 23, 2018), ECF No. 140;

Exhibit B:   Chart of cases in which AP7 has been appointed as Lead Plaintiff and/or certified as a Class Representative;

Exhibit C:   Excerpts of *Sjunde AP-Fonden v. Goldman Sachs Group, Inc.*, No. 1:18-cv-12084-VSB (S.D.N.Y. Mar. 24, 2022), ECF No. 159;

Exhibit D:   Excerpts of *In re Kraft Heinz Securities Litigation*, No. 19-cv-01339 (N.D. Ill. July 19, 2022), ECF No. 371;

Exhibit E:   Excerpts of *In re Qualcomm Inc. Securities Litigation*, No. 3:17-cv-00121-JO-MSB (S.D. Cal. Aug. 22, 2022), ECF No. 255;

Exhibit F:   *Sjunde AP-Fonden v. General Electric Co.*, No. 17 Civ. 08457 (JMF) (GWG) (S.D.N.Y. Aug. 30, 2021), ECF No. 245;

Exhibit G:     *In re Allergan Generic Drug Pricing Securities Litigation*, No. 2:16-cv-09449 (SDW) (LDW) (D.N.J. Oct. 14, 2020), ECF No. 175;

Exhibit H:     *In re Ocwen Financial Corp. Securities Litigation*, No. 14-81057 CIV-WPD (S.D. Fla. Oct. 11, 2016), ECF No. 123;

Exhibit I:     *In re JPMorgan Chase & Co. Securities Litigation*, No. 1:12-cv-03852-GBD (S.D.N.Y. May 18, 2015), ECF No. 162;

Exhibit J:     *Louisiana Municipal Police Employees' Retirement System v. Green Mountain Coffee Roasters, Inc.*, No. 2:11-CV-00289-WKS (D. Vt. May 1, 2017), ECF No. 259; and

Exhibit K:     *Dang v. Amarin Corp. plc*, No. 3:21-cv-19212-MAS-TJB (D.N.J. Dec. 23, 2021), ECF No. 15-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of October 2022.

s/ *James E. Cecchi*
James E. Cecchi

2