# EXHIBIT B

| Case | Order Appointing AP7 as Lead Plaintiff | Motion to Dismiss Order | Order Certifying AP7 as Class Representative | Order Approving Class Settlement |
|---|---|---|---|---|
| *In re Lucid Grp., Inc. Sec. Litig.*, No. 22-cv-2094 (N.D. Cal.) | ECF No. 60 (Sept. 30, 2022) | | | |
| *Crews v. Rivian Auto., Inc.*, No. 22-cv-1524 (C.D. Cal.) | ECF No. 111 (July 1, 2022) | | | |
| *In re Luckin Coffee Inc. Sec. Litig.*, No. 20-cv-1293 (S.D.N.Y.) | ECF No. 118 (June 12, 2020) | Settled While Pending | ECF No. 245 (Mar. 5, 2021) | ECF No. 340 (July 22, 2022) (approving $175 million settlement) |
| *In re Kraft Heinz Sec. Litig.*, No. 19-cv-1339 (N.D. Ill.) | ECF No. 150 (Oct. 8, 2019) | ECF No. 310 (Aug. 11, 2021) (denying motions) | | |
| *Sjunde AP-Fonden v. Goldman Sachs Grp., Inc.*, No. 18-cv-12084 (S.D.N.Y.) | ECF No. 56 (Sept. 19, 2019) | ECF No. 102 (June 28, 2021) (denying motion in part) | | |
| *Sjunde AP-Fonden v. Gen. Elec. Co.*, No. 17-cv-8457 (S.D.N.Y.) | ECF No. 139 (May 29, 2018) | ECF Nos. 185 (Aug. 29, 2019) (denying motion in part); 206 (Jan. 29, 2021) (denying motion in part) | ECF No. 314 (Apr. 11, 2022) | |
| *In re Qualcomm Inc. Sec. Litig.*, No. 17-cv-121 (S.D. Cal.) | ECF No. 31 (May 4, 2017) | ECF No. 59 (Mar. 18, 2019) (denying motion) | | |
| *In re Allergan Generic Drug Pricing Sec. Litig.*, No. 16-cv-9449 (D.N.J.) | ECF No. 24 (Feb. 1, 2017) | ECF Nos. 124 & 125 (Aug. 6, 2019) (denying motion) | Settled While Pending | ECF No. 238 (Nov. 22, 2021) (approving $130 million settlement) |
| *In re Ocwen Fin. Corp. Sec. Litig.*, No. 14-cv-81057 (S.D. Fla.) | ECF No. 42 (Nov. 7, 2014) | ECF No. 70 (Sept. 4, 2015) (granting motion); ECF No. 81 (Dec. 22, 2015) (denying motion in part) | ECF No. 158 (Nov. 17, 2016) | ECF No. 341 (Dec. 22, 2017) (approving $56 million settlement) |
| *In re Cobalt Int'l Energy, Inc. Sec. Litig.*, No. 14-cv-3428 (S.D. Tex.) | N/A | ECF No. 108 (Jan. 19, 2016) (denying motions in part); ECF No. 243 (June 15, 2017) (denying motions in part) | ECF No. 244 (June 15, 2017) | ECF Nos. 368, 369, & 370 (Feb. 13, 2019) (approving $389.6 million in settlements) |
| *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-cv-3852 (S.D.N.Y.) | ECF No. 29 (Aug. 21, 2012) | ECF No. 103 (Mar. 31, 2014) (denying motion in part) | ECF No. 190 (Sept. 29, 2015) | ECF No. 212 (May 10, 2016) (approving $150 million settlement) |

| **Case** | **Order Appointing AP7 as Lead Plaintiff** | **Motion to Dismiss Order** | **Order Certifying AP7 as Class Representative** | **Order Approving Class Settlement** |
|---|---|---|---|---|
| *La. Mun. Police Emps.' Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, No. 11-cv-289 (D. Vt.) | ECF No. 30 (Apr. 27, 2012) | ECF No. 113 (Dec. 20, 2013) (granting motions); ECF No. 119 (Aug. 18, 2015) (vacating motion to dismiss opinion on appeal) | ECF No. 279 (July 21, 2017) | ECF No. 350 (Oct. 22, 2018) (approving $36.5 million settlement) |
| *Monk v. Johnson & Johnson*, No. 10-cv-4841 (D.N.J.) | ECF No. 7 (Dec. 6, 2010) | ECF Nos. 33 &34 (Dec. 19, 2011) (denying motion in part) | N/A | ECF No. 131 (Nov. 21, 2013) (approving $23 million settlement) |