# EXHIBIT E

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**MOTLEY RICE LLC**
Gregg S. Levin (*Pro Hac Vice*)
glevin@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

[Additional Counsel Appear on
Signature Page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUALCOMM INCORPORATED SECURITIES LITIGATION | Case No. 3:17-cv-00121-JO-MSB |
| | **LEAD PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |
| | Judge: Hon. Jinsook Ohta<br>Date: October 19, 2022<br>Time: 9:00 a.m.<br>Courtroom: 4C |

LPs' Reply Brief in Support Of Motion
For Class Certification

Case No. 3:17-cv-00121-JO-MSB

class-wide issues are determined. *See Smilovits v. First Solar, Inc.*, 2019 WL 6698199, at *7 (D. Ariz. Dec. 9, 2019).[10]

**No "Discovery Gamesmanship."** Defendants' distortions continue with false claims of "discovery gamesmanship." *See* Opp. 39-40. First, Defendants misrepresent Plaintiffs' testimony, claiming they lack evidence about the IMs' investment strategies. But AP7 testified extensively about those investment strategies, describing how AP7 asked each of its IMs whether they relied on the price of Qualcomm common stock in making their investment decisions and how each IM told AP7 that it did. Ex. 98. AP7 also asked each of its IMs whether they considered any material non-public information in making their decisions; they confirmed that they did not. *Id.* Similarly, Metzler testified that it confirmed with its IMs that, in making their investment decisions, the IMs relied on Qualcomm's stock price and did not rely on material non-public information. Ex. 99.

Next, Defendants falsely accuse Plaintiffs and the IMs of "resist[ing]" discovery. Opp. 39. In reality, they produced documents, provided written responses to questions, and prepared detailed interrogatory responses. Boon Decl. ¶93; Exs. 95-96. The IMs even offered to provide Defendants with sworn declarations. *Id.* Plaintiffs' efforts far exceed what is required. *See In re AST Rsch. Sec. Litig.*, 1994 WL 722888, at *3 (C.D. Cal. Nov. 8, 1994) (typicality requirement deemed satisfied where "plaintiffs … adequately cooperated in discovery").[11]

## V. CONCLUSION

For the foregoing reasons and those stated in their opening brief, Plaintiffs' Motion for Class Certification should be granted.

---

[10] *See also In re Vivendi Universal, S.A. Sec. Litig.*, 765 F. Supp. 2d 512, 584-85 (S.D.N.Y. 2011); *Knapp v. Ernst & Whinney*, 90 F.3d 1431, 1435 (9th Cir. 1996).
[11] *Compare with Villella v. Chem. & Mining Co.*, 2018 WL 2958361, at *7 (S.D.N.Y. June 13, 2018) (non-reliance rarely defeats typicality). Notably, Defendants ***abandoned*** many of their Hague requests, while others were denied. Boon Decl. ¶93.

Dated: August 22, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Salvatore J. Graziano (*Pro Hac Vice*)
salvatore@blbglaw.com
Jeroen Van Kwawegen (*Pro Hac Vice*)
jeroen@blbglaw.com
Rebecca E. Boon (*Pro Hac Vice*)
rebecca.boon@blbglaw.com
Kate W. Aufses (*Pro Hac Vice*)
kate.aufses@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

**MOTLEY RICE LLC**
Gregg S. Levin (*Pro Hac Vice*)
glevin@motleyrice.com
William S. Norton (*Pro Hac Vice*)
bnorton@motleyrice.com
Meghan Oliver (*Pro Hac Vice*)
moliver@motleyrice.com
Christopher F. Moriarty (*Pro Hac Vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

-and-

LPS' REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION — - 1 - — CASE NO. 3:17-CV-00121-JO-MSB

William H. Narwold (*Pro Hac Vice*)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103


*Counsel for Lead Plaintiffs Sjunde AP-Fonden and Metzler Asset Management GmbH, and Lead Counsel for the Class*