**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

*Liaison Counsel for the Putative*
*Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Stacey M. Kaplan
Joshua A. Materese
Margaret E. Mazzeo
Austin W. Manning
Dylan J. Isenberg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiff Sjunde AP-*
*Fonden and Additional Plaintiffs Ryan*
*R. Firth and Zvia Steinmetz, and Lead*
*Counsel for the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | Case No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>District Judge<br><br>Hon. Leda D. Wettre<br>Magistrate Judge<br><br>Oral Argument Requested<br><br>Motion Day: January 16, 2024 |

## DECLARATION OF JAMES E. CECCHI IN SUPPORT OF
## PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
## SECOND AMENDED COMPLAINT

1.      I am a partner of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C., Court-appointed Liaison Counsel for Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiffs Ryan R. Firth and Zvia Steinmetz and Liaison Counsel for the Putative Class.  I am admitted to practice before this Court.

2.      I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, and I have personal knowledge of or information bearing on the facts set forth herein.

3.      Attached hereto as Exhibit A is a true and correct excerpt of Coinbase's Form 10-Q for the period ending September 30, 2023, filed with the SEC on November 2, 2023.

4.      Attached hereto as Exhibit B is a true and correct copy of the June 11, 2019 comment letter from Sam McIngvale, Chief Executive Officer of Coinbase Custody, to the SEC.

Executed on this 20th day of November, 2023 in Roseland, New Jersey.

s/ James E. Cecchi
James E. Cecchi

2