**CARELLA, BYRNE, CECCHI,
   BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700


*Liaison Counsel for the Putative
Class*

**KESSLER TOPAZ
   MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Stacey M. Kaplan
Joshua A. Materese
Margaret E. Mazzeo
Austin W. Manning
Dylan J. Isenberg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706


*Counsel for Lead Plaintiff Sjunde AP-
Fonden and Additional Plaintiffs Ryan
R. Firth and Zvia Steinmetz, and Lead
Counsel for the Putative Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | Case No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>District Judge<br><br>Hon. Leda D. Wettre<br>Magistrate Judge<br><br>Oral Argument Requested<br><br>Motion Day: January 16, 2024 |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 201 of the Federal Rules of Evidence, Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiffs Ryan R. Firth and Zvia Steinmetz (collectively, "Plaintiffs") respectfully request that the Court take judicial notice of specific disclosures in: (1) Coinbase's Form 10-Q for the period ending September 30, 2023, which was filed with the SEC on November 2, 2023 (the "November 2023 Form 10-Q"), *see* Ex. A at 108-10; and (2) a June 11, 2019 comment letter from Sam McIngvale, Chief Executive Officer of Coinbase Custody, to the SEC (the "2019 Comment Letter"), *see* Ex. B at 2. Under Rule 201, courts:

> may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b). In the Third Circuit, courts may "take judicial notice of properly-authenticated public disclosure documents filed with the SEC." *Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000). Plaintiffs do not request judicial notice of the documents "to prove the truth of their contents but only to determine what the documents stated." *Id.* (quoting *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991)). Specifically, Plaintiffs request that the Court take judicial notice of the November 2023 Form 10-Q for the limited purpose of establishing that Coinbase made a disclosure therein regarding asset safety risks in the event of bankruptcy.  Ex. A at 108-10. Likewise, Plaintiffs request that the Court take judicial notice of the 2019 Comment Letter for the limited purpose of establishing that the letter discussed

1

the security of customer's assets "[i]n the event of insolvency or bankruptcy." Ex. B at 2.

For the foregoing reasons, Plaintiffs respectfully submit that their Request should be granted.

Dated: November 20, 2023          Respectfully submitted,

**CARELLA, BYRNE, CECCHI,
  BRODY & AGNELLO, P. C.**

s/ *James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ  07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Joshua A. Materese
Margaret E. Mazzeo
Austin W. Manning
Dylan J. Isenberg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
mmustokoff@ktmc.com
jmaterese@ktmc.com
mmazzeo@ktmc.com
amanning@ktmc.com
disenberg@ktmc.com

2

–and–

Stacey M. Kaplan
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
skaplan@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiffs Ryan R. Firth and Zvia Steinmetz, and Lead Counsel for the Putative Class*

## CERTIFICATE OF SERVICE

I, Austin W. Manning, hereby certify that on November 20, 2023, I caused a true and correct copy of the foregoing Plaintiffs' Request for Judicial Notice in Opposition to Defendants' Motion to Dismiss to be served on counsel of record via electronic mail. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 20, 2023

s/ Austin W. Manning
Austin W. Manning
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
amanning@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiffs Ryan R. Firth and Zvia Steinmetz, and Lead Counsel for the Putative Class*

4