**LATHAM & WATKINS LLP**
Kevin M. McDonough (N.J. Bar No. 41892005)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com

Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: andrew.clubok@lw.com
Email: susan.engel@lw.com

*Attorneys for Defendants Coinbase Global, Inc.,*
*Brian Armstrong, Alesia J. Haas, Emilie Choi,*
*Paul Grewal, Jennifer N. Jones, Marc L. Andreessen,*
*Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer,*
*Gokul Rajaram, and Fred Wilson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti |

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin M. McDonough, hereby certify pursuant to 28 U.S.C. § 1746 that:

1.    I am a partner of the law firm Latham & Watkins LLP, located at 1271 Avenue of the Americas, New York, New York 10020, and counsel for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively, the "Defendants") in the above-captioned matter.  I am admitted to the Bar of the State of New Jersey and of this Court.

2.    On December 21, 2023, I caused a true and correct copy of Defendants' Reply in Support of Defendants' Motion to Dismiss to be filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF), and accordingly served on all parties who receive notice of the filing via CM/ECF.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2023
       New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/ Kevin M. McDonough*
Kevin M. McDonough

2