**LATHAM & WATKINS LLP**
Kevin M. McDonough (N.J. Bar No. 41892005)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com

*Additional counsel on signature page*

*Attorneys for Defendants Coinbase Global, Inc.,*
*Brian Armstrong, Alesia J. Haas, Emilie Choi,*
*Paul Grewal, Jennifer Jones, Marc Andreessen,*
*Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer,*
*Gokul Rajaram, and Fred Wilson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION, | Civ. No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br><br>Motion Day: October 21, 2024<br><br>**Oral Argument Requested** |

## NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 5, 2024 ORDER DENYING MOTION TO DISMISS [ECF NO. 85]

**PLEASE TAKE NOTICE** that on October 21, 2024, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Coinbase Global, Inc. ("Coinbase"), Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (the "Individual Defendants" and together with Coinbase, "Defendants"), will and herby do move the Court for an order, pursuant to Local Civil Rule 7.1(i) for Reconsideration of its September 5, 2024 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [ECF No. 85].

Dated: September 19, 2024
New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Kevin M. McDonough
    Kevin M. McDonough
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    kevin.mcdonough@lw.com

    Andrew B. Clubok (*pro hac vice*)
    Susan E. Engel (*pro hac vice*)
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: (202) 637-2200
    andrew.clubok@lw.com
    susan.engel@lw.com

    Morgan E. Whitworth (*pro hac vice*)
    505 Montgomery Street, Suite 2000

1

San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson*

2