# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION, | Civ. No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by Latham & Watkins LLP, attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson for an entry of an Order of Reconsideration of the Court's September 5, 2024 Order Denying Motion to Dismiss (ECF No. 85), pursuant to Local Civil Rule 7.1(i), and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this _____ day of _____, 202_,

**ORDERED** that Court has reconsidered its September 5, 2024 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [ECF No. 85]; and it is further

**ORDERED** that Plaintiffs' Securities Act claims premised on proprietary trading statements and omissions are dismissed.

**IT IS SO ORDERED**.

_____
Honorable Brian R. Martinotti
United States District Judge

1