**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com

Kevin M. McDonough (N.J. Bar No. 41892005)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com

*Attorneys for Defendants Coinbase Global, Inc.,*
*Brian Armstrong, Alesia J. Haas,*
*Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen,*
*Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer,*
*Gokul Rajaram, and Fred Wilson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW |
| | Hon. Brian R. Martinotti |
| | Hon. Leda Dunn Wettre |
| | **Oral Argument Requested** |
| | **Motion Day**: March 17, 2025 |

## DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

KEVIN M. MCDONOUGH, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a partner with the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York, and counsel for Defendants Coinbase Global, Inc., along with Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively, the "Defendants"). I am admitted to the Bar of the State of New Jersey and this Court. I submit this Declaration in support of Defendants' Motion for Judgment on the Pleadings. I am fully familiar with all matters set forth in the Declaration and could testify competently thereto if necessary.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Comment Letter submitted to the SEC by Coinbase Custody in June 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2025.

/s/ *Kevin M. McDonough*
Kevin M. McDonough