# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
| --- | --- |
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>Hon. Leda Dunn Wettre<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by Latham & Watkins LLP, attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson for an entry of an Order Granting Judgment on the Pleadings for Defendants pursuant to Federal Rule of Civil Procedure 12(c) and the Private Securities Litigation Reform Act, and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that the Motion for Judgment on the Pleadings is hereby GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall enter judgment and mark this matter CLOSED.

**IT IS SO ORDERED.**

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge

2