# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>Hon. Leda Dunn Wettre<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by Latham & Watkins LLP, attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson for an entry of an Order Enforcing the Automatic Discovery Stay pursuant to the Private Securities Litigation Reform Act, and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that the Motion to Enforce the Automatic Discovery Stay is GRANTED; and it is further

**ORDERED** that all discovery is hereby STAYED pending resolution of the Defendants' motion for judgment on the pleadings.

**IT IS SO ORDERED.**

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge