**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | Case No. 2:22-cv-04915 (BRM) (LDW) |
|  | **ORDER** |

      **THIS MATTER** is opened to the Court by Defendants' Coinbase Global, Inc. ("Coinbase"), Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson's (the "Individual Defendants" and together with Coinbase, "Defendants") Motion for Reconsideration ("Motion") (ECF No. 89) of the Court's Order ("Order") (ECF No. 85) issued on September 5, 2024. Plaintiffs filed an Opposition on October 7, 2024. (ECF No. 90.) Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in accompanying Opinion and for good cause having been shown,

      **IT IS** on this 8th day of April 2025,

      **ORDERED** that Defendants' Motion for Reconsideration (ECF No. 89) is **DENIED**.


                       */s/ Brian R. Martinotti*
                       **HON. BRIAN R. MARTINOTTI**
                       **UNITED STATES DISTRICT JUDGE**