**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com

Kevin M. McDonough (N.J. Bar No. 41892005)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com

*Additional counsel on signature page*

*Attorneys for Defendants Coinbase Global, Inc.,*
*Brian Armstrong, Alesia J. Haas,*
*Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen,*
*Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer,*
*Gokul Rajaram, and Fred Wilson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW <br><br> Hon. Brian R. Martinotti <br> Hon. Leda Dunn Wettre <br><br> **NOTICE OF MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW** <br><br> **Oral Argument Requested** <br><br> **Motion Day**: May 5, 2025 |

**PLEASE TAKE NOTICE** that on May 5, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Coinbase Global, Inc. ("Coinbase"), Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (the "Individual Defendants" and together with Coinbase, "Defendants"), shall move for an order certifying this Court's Order dated September 5, 2024, granting in part and denying in part Defendants' motion to dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint, Dkt. No. 85 (the "Order") for interlocutory appeal before The Honorable Brian R. Martinotti, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Certify, the Defendants will rely upon Defendants' Memorandum of Law in Support of Their Motion to Certify Order for Interlocutory Review, as well as any submissions offered on reply.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: April 11, 2025

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Kevin M. McDonough*
Kevin M. McDonough (N.J. Bar No. 41892005)
Samir Deger-Sen (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com
samir.deger-sen@lw.com

Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com

Morgan E. Whitworth (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
morgan.whitworth@lw.com

*Attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson*