**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>Hon. Leda Dunn Wettre<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW** |

**THIS MATTER** having been brought before the Court by Latham & Watkins LLP, attorneys for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson for an Order certifying this Court's Order dated September 5, 2024, granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint, Dkt. No. 85 (the "Order") for interlocutory appeal, and the Court having considered the submissions of the parties, and good cause having been shown,

**IT IS**, on this _____ day of _____, 2025,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Order is appealable pursuant to 28 U.S.C. § 1292(b), as it contains a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

**IT IS SO ORDERED.**

_____
Hon. Brian R. Martinotti
United States District Judge