**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | Case No. 2:22-cv-04915 (BRM) (LDW) <br><br> **ORDER** |

**THIS MATTER** is before the Court on Defendants Coinbase Global, Inc. ("Coinbase"), Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson's (collectively, "Defendants") Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) (ECF No. 103) and Motion to Certify Order for Interlocutory Review (ECF No. 122). Defendants filed the 12(c) Motion on February 10, 2025. (ECF No. 103.) Plaintiffs filed an Opposition on April 8, 2025 (ECF No. 117), and Defendants filed a Reply on May 9, 2025 (ECF No. 129). On September 22, 2025, Defendants filed a notice of supplementary authority, citing *In re Walmart, Inc. Securities Litigation*, Civ. A. No. 24-1818, 2025 WL 2487776 (3d Cir. Aug. 29, 2025) (ECF No. 133), and on September 29, 2025, Plaintiffs filed a reply (ECF No. 134).

Defendants filed the Interlocutory Motion on April 11, 2025. (ECF No. 122.) Plaintiffs filed an Opposition on April 8, 2025 (ECF No. 117), and Defendants filed a Reply on May 9, 2025 (ECF No. 129). Having reviewed and considered the submissions filed in connection with the Motions and having declined to hold oral arguments pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 30th day of September 2025,

**ORDERED** that Defendants' Motion for Judgment on the Pleadings (ECF No. 103) is **GRANTED IN PART** and **DENIED IN PART**, as specified below:

a. The portions of Defendants' 12(c) Motion for judgment on claims related to the Bankruptcy Risk Statements and the Regulatory Statements, to the extent any Statement is attributed to a Defendant solely by group pleading, are **GRANTED**;

b. The portions of Defendants' Motion for judgment on Count III, to the extent it is premised upon the Proprietary Trading Statements, are **GRANTED**, and;

c. The remaining portions of Defendants' Motion are **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Certify Order for Interlocutory Review (ECF No. 122) is **DENIED**; and it is finally

**ORDERED** that Plaintiffs' request to file a Third Amended Complaint is **GRANTED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**