

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

December 4, 2025

VIA ECF
The Honorable Leda D. Wettre, U.S.M.J.
United States District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:  *In re Coinbase Global, Inc. Sec. Litig.*, No. 2:22-cv-04915-BRM-LDW (D.N.J.)

Dear Magistrate Judge Wettre:

      Together with Kessler Topaz Meltzer & Check, LLP, this firm represents Lead Plaintiff Sjunde AP-Fonden and additional Plaintiffs Ryan R. Firth and Zvia Steinmetz (collectively, "Plaintiffs") in the above-captioned matter. We seek *pro hac vice* admission of Marianne Assunta Dy Uy on behalf of Plaintiffs. Counsel for Defendants have consented to this application.

Enclosed are copies of the following in support of this application:

1. Declaration of James E. Cecchi in Support of Application for *Pro Hac Vice* Admission of Marianne Assunta Dy Uy;

2. Certification of Marianne Assunta Dy Uy in Support of Application for *Pro Hac Vice* Admission; and

3. [Proposed] Order Permitting *Pro Hac Vice* Admission of Marianne Assunta Dy Uy.

December 4, 2025
Page 2

    If the moving papers meet with Your Honor's approval, kindly sign the [Proposed] Order and have a "filed" copy returned to us via the Court's ECF system.

    Thank you for your time and consideration.

                                Respectfully submitted,

                                CARELLA, BYRNE, CECCHI
                                BRODY & AGNELLO

                                */s/James E. Cecchi*
                                James E. Cecchi

Enclosures

cc:    All Counsel of Record (via ECF)