UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                          Date: 12/11/2025
Court Reporter:   Laurie Engemann                     Civil No: 22-4915

<u>Title of the Case:</u>

In Re: Coinbase Global, Inc. Securities Litigation

Patel v. Coinbase Global, Inc., *et al*

<u>Appearances</u>

Matthew Mustokoff, Margaret Mazzeo & Donald Ecklund, Attorneys for Plaintiff
Andrew Obulok, Kevin McDonough & Peter Trombly, Attorneys for Defendants

**<u>Nature of Proceedings</u>**

PMC held on the record
Court ordered as follows:
- Defendants Motion to Dismiss to be filed by Mid-January, 2026
- Counsel meet and confer re: briefing schedule
- Meet and confer re: resolution of this matter

OTBS

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 1:00 pm
Time Concluded:   1:30 pm