**CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.**

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

January 14, 2026

**VIA ECF**
Honorable Brian R. Martinotti, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *In re Coinbase Global, Inc. Sec. Litig.*,
             No. 2:22-cv-04915-BRM-LDW

Dear Judge Martinotti:

    We, along with Lead Counsel, represent Plaintiffs. On October 21, 2025, in accordance with the Court's schedule, Plaintiffs timely filed their Third Amended Complaint. ECF No. 138. At that time, Plaintiffs inadvertently omitted three exhibits referenced therein, which were previously filed with the Second Amended Complaint (ECF Nos. 68-1, 68-2, 68-3). We have now filed a corrected version of this Third Amended Complaint that includes these three exhibits.

    We thank the Court for its attention to this matter and are available at the Court's convenience to answer any questions or concerns.

    Respectfully Submitted,

    CARELLA BYRNE CECCHI
    BRODY & AGNELLO, P.C.

    */s/James E. Cecchi*
    James E. Cecchi