# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION. | Case No. 2:22-cv-04915-BRM-LDW <br><br> Hon. Brian R. Martinotti <br> District Judge <br><br> Hon. Leda D. Wettre <br> Magistrate Judge <br><br> **ORDER GRANTING MOTION TO WITHDRAW** |

**THIS MATTER** having been opened to the Court by Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for Lead Plaintiff Sjunde AP-Fonden and additional Plaintiffs Ryan R. Firth and Zvia Steinmetz (collectively "Plaintiffs"), and the Court having considered the moving papers and good cause appearing;

IT IS THIS day ___11th___ of February 2026,

**ORDERED** that Austin W. Manning is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned action.

_____
THE HONORABLE LEDA D. WETTRE
UNITED STATES MAGISTRATE JUDGE

** The Clerk of Court is directed to terminate the motion at ECF 160.

1