**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

February 20, 2026

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *In re Coinbase Global, Inc. Sec. Litig.*, No. 2:22-cv-04915-BRM-LDW

Dear Judge Martinotti:

This firm represents Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson in the above-captioned action. Pursuant to Local Rule 6.1(a), we respectfully write to propose an amended briefing schedule for Defendants' motion to dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint (the "Motion") due to a scheduling conflict.  Dkt. 138.

On December 17, 2025, Your Honor so-ordered the parties' proposed briefing schedule for Defendants' Motion. Dkt. 153. Consistent with Your Honor's order, Defendants have timely filed their Motion on January 22, 2026. Dkt. 159. Plaintiffs' opposition to Defendants' Motion is currently due on March 5, 2026, and Defendants' reply is due on March 26, 2026.

Defendants have conferred with Plaintiffs, and the parties respectfully request the following modest extension of the current briefing schedule:

- Plaintiffs shall file their opposition to Defendants' Motion on or before March 16, 2026.

- Defendants shall file their reply on or before April 10, 2026.

Thank you for your attention to and consideration of this matter.

Respectfully submitted,

/s/ *Kevin M. McDonough*
Kevin M. McDonough
of LATHAM & WATKINS LLP

cc:  All Counsel of Record (via ECF)

SO ORDERED.

_____
BRIAN R. MARTINOTTI, USDJ
DATED:  FEB. 23, 2026