**Appendix A**

*In re Coinbase Global, Inc. Sec. Litig.*

**Statements Alleged in the Third Amended Consolidated Class Action Complaint (Dkt. 156)**

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| 1 | 232 | **When**: Apr. 14, 2021<br><br>**Where**: Prospectus<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*[F]ailure to safeguard and manage our customers' fiat currencies and crypto assets could adversely impact our business, operating results and financial condition.*" | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 2 | 233 | **When**: Apr. 14, 2021<br><br>**Where**: Prospectus<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*The loss or destruction of private keys required to access any crypto asset held in custody for our own account or for our customers may be irreversible. If we are unable to access our private keys or if we experience a hack or other data loss relating to our ability to access any crypto assets, it could cause regulatory scrutiny, reputational harm, and other losses*. . . Crypto assets and blockchain technologies have been, and may in the future be, subject to security breaches, hacking, or other malicious activities. *Any loss of private keys relating to, or hack or other compromise of,* | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |

1

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | | *digital wallets used to store our customers' crypto assets could adversely affect our customers' ability to access or sell their crypto assets*, require us to reimburse our customers for their losses, and subject us to significant financial losses in addition to losing customer trust in us and our products." | |
| 3 | 234 | **When**: Apr. 14, 2021<br><br>**Where**: Prospectus<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "***The Company has committed to securely store all crypto assets it holds on behalf of users. As such, the Company may be liable to its users for losses arising from theft or loss of user private keys***." | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 4 | 238 | **When**: Apr. 14, 2021<br><br>**Where**: Prospectus<br><br>**Speaker(s)**: Coinbase, | "Stake. Certain blockchain protocols, such as Tezos, rely on staking, an alternative way to validate blockchain transactions. Network participants can designate a certain amount of their crypto assets on the network as a stake (similar to a security deposit) to validate transactions and get rewarded in kind from the network. Today, staking crypto assets is a technical challenge for most users. Staking independently requires a participant to run their own | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101- |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | Armstrong, and Haas | hardware, software, and maintain close to 100% up-time. We provide a service known as 'Delegated Proof of Stake,' which reduces the complexities of staking and ***allows our retail users to maintain full ownership of their crypto assets while earning staking rewards.*** In return, we earn a commission on all staking rewards received." | 17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 5 | 240 | **When**: May 14, 2021<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "***[F]ailure to safeguard and manage our customers' fiat currencies and crypto assets could adversely impact our business, operating results and financial condition***."<br><br>"***The loss or destruction of private keys required to access any crypto assets held in custody for our own account or for our customers may be irreversible. If we are unable to access our private keys or if we experience a hack or other data loss relating to our ability to access any crypto assets, it could cause regulatory scrutiny, reputational harm, and other losses***." | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 6 | 241 | **When**: May 14, 2021<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase, | "***The Company has committed to securely store all crypto assets it holds on behalf of users. As such, the Company may be liable to its users for losses arising from theft or loss of user private keys***." | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101- |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | Armstrong, and Haas | | 17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 7 | 243 | **When**: Aug. 10, 2021<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*[F]ailure to safeguard and manage our customers' fiat currencies and crypto assets could adversely impact our business, operating results and financial condition*."<br><br>"*The loss or destruction of private keys required to access any crypto assets held in custody for our own account or for our customers may be irreversible. If we are unable to access our private keys or if we experience a hack or other data loss relating to our ability to access any crypto assets, it could cause regulatory scrutiny, reputational harm, and other losses*." | **Armstrong**: ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas**: ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 8 | 244 | **When**: Aug. 10, 2021<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*The Company has committed to securely store all crypto assets it holds on behalf of users. As such, the Company may be liable to its users for losses arising from theft or loss of user private keys*." | **Armstrong**: ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas**: ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| 9 | 246 | **When**: Nov. 10, 2021<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*[F]ailure to safeguard and manage our customers' fiat currencies and crypto assets could adversely impact our business, operating results and financial condition*."<br><br>"*The loss or destruction of private keys required to access any crypto assets held in custody for our own account or for our customers may be irreversible. If we are unable to access our private keys or if we experience a hack or other data loss relating to our ability to access any crypto assets, it could cause regulatory scrutiny, reputational harm, and other losses*." | **Armstrong**: ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas**: ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 10 | 247 | **When**: Nov. 10, 2021<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*The Company has committed to securely store all crypto assets it holds on behalf of users. As such, the Company may be liable to its users for losses arising from theft or loss of user private keys*." | **Armstrong**: ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas**: ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 11 | 249 | **When**: Nov. 30, 2021 | Union Square Ventures, LLC partner Frederick R. Wilson: "How do you think about custody and self-custody? When we first invested in Coinbase, one of the first conversations | **Armstrong**: ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | **Where**: J.P. Morgan Crypto Economy Forum<br><br>**Speaker(s)**: Armstrong | you and I had was about cold storage and securing the Bitcoin that our customers had with us."<br><br>Armstrong: "Yes. So you're right. The early on people were all worried about, how do you store crypto? And people were losing it accidentally. There was famously things like Mt. Gox, where some exchanges got hacked and funds were lost. . . ."<br><br>Wilson: "Something like 10% of all crypto in the world is stored at Coinbase?"<br><br>Armstrong: "Yes. Yes, a little over 10% now. So that's a great indication of trust that people have in centralized custody. Especially for our institutional customers, by the way. Most of them today seem to really want to have someone like us, we're qualified custodian, so they can store it with us.<br><br>*Now there has been this really -- this segment has always been there, but I think it's going to keep growing over time. It's largely retail, but it's the self-custodial preference that people have, which is 'Hey, I want to store my own crypto.' And there's some nice properties of that. It's not just – I make sure it's never going to be seized or something like that*. . . ." | 294, 306-08, 311-14, 320-21. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| 12 | 251-52 | **When**: Dec. 7, 2021<br><br>**Where**: Goldman Sachs US Financial Services Conference<br><br>**Speaker(s)**: Choi | Goldman Sachs Group, Inc. Research Analyst William Alfred Nance: "Got it. Pricing usually comes up with investors as one of the biggest concerns for the business, just given the concentration of retail commissions in the P&L. The company has been pretty upfront that trading fees will likely come down over time, but probably not in the near term. What do you think of the catalyst for seeing more significant pricing pressure in the industry? And I guess, as a management team, how do you ensure that Coinbase is ready for that?"<br><br>Choi: "I mean I know this is like the #1 question and probably top of mind for everybody in the room. We – it's one of those things where we know at some point there will be compression, but we aren't seeing any signs of it yet. And so we're ready for that day whenever it is. But we -and the way that we think about it is, we want to control our own destiny. And so the things that we're investing in are subscription and services revenue streams that are much more predictable. The more that the subscription and services revenue streams can pay off our operating expenses such that the trading revenue is gravy on top, that's a great situation to be in. And we're at the beginning of that. But that -- I think we feel very good about the trajectory in the subscription services revenue, if you have a look at that. | **Choi**: ¶¶ 42, 45, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | | So I guess the TLDR is that I think many of you have probably seen that the retail and institutional volumes will vary, and so that can contribute to the take rate that we get. But we haven't yet seen the actual compression. ***We haven't changed our fee structure on the retail side yet. I think that consumers are more than willing to pay a certain fee percentage for the services we offer, particularly the security we offer. We have world-class security in custody when you purchase assets with Coinbase and hold them in Coinbase***. So I guess it's a long-winded way of saying like, yes, it will come at some point, but we haven't seen any signs of it yet. And I think we're making the right investments in subscription services to get to that place where it shouldn't be that much of a concern over the longer term[.]" | |
| 13 | 254 | **When**: Feb. 25, 2022<br><br>**Where**: Form 10-K<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | *"[F]ailure to safeguard and manage our customers' fiat currencies and crypto assets could adversely impact our business, operating results and financial condition*."<br><br>*"[T]he theft, loss or destruction of private keys required to access any crypto assets held in custody for our own account or for our customers may be irreversible. If we are unable to access our private keys or if we experience a hack or other data loss relating to our ability to access any* | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | | *crypto assets, it could cause regulatory scrutiny, reputational harm, and other losses*." | |
| 14 | 255 | **When**: Feb. 25, 2022<br><br>**Where**: Form 10-K<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*The Company has committed to securely store all crypto assets it holds on behalf of users. As such, the Company may be liable to its users for losses arising from theft or loss of user private keys*." | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |
| 15 | 257 | **When**: Feb. 25, 2022<br><br>**Where**: Form 10-K<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "We serve as the users' primary crypto account, both hosted and self-hosted – providing safe, trusted, and easy-to-use tools to discover, invest, stake, store, spend, earn, borrow, and use crypto assets.<br><br>We provide our retail users a hosted wallet which allows them to securely and easily discover, buy, sell, send and receive 139 crypto assets with a growing number of fiat currencies or to trade one crypto asset for another crypto asset. In our hosted wallet, we provide custody services on our customer's behalf. We charge a fee when users buy, sell, or convert crypto assets in either a fiat-to- crypto or crypto-to-crypto trade. . . . We also provide services to | **Armstrong:** ¶¶ 40, 45, 61, 64-67, 70, 76-80, 88, 97, 99, 101-17, 121-22, 212, 294, 306-08, 311-14, 320-21.<br><br>**Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | | allow our customers to participate in blockchain rewards paid by underlying protocols. The largest of these is staking where we offer a service known as Delegated Proof of Stake, *which reduces the complexities of staking and allows our retail users to maintain full ownership of their crypto assets while earning staking rewards.* In return, we receive a commission on all staking rewards earned.<br><br>*Coinbase Wallet, a separately managed retail software product, allows users to self-custody crypto assets and NFTs in one place and interact with the cryptoeconomy and Web3*, including an expanded set of approximately 5,500 crypto assets and decentralized applications. A fee is charged for select activities executed in the self-hosted wallet." | |
| 16 | 259-60 | **When**: Mar. 9, 2022<br><br>**Where**: Morgan Stanley Technology, Media, and Telecom Conference | Unidentified analyst: "It'd be great to hear, #1, where you're investing and then #2, I know there was a lot of discussion around earnings call about kind of what's the near -- how should investors think about near-term revenue potential for some of these significant 2022 investments? So feel free to address. . . ."<br><br>Haas: "Yes. That would be the #1 question we've had as follow-up from earnings, so I also had the opportunity to share with you all. So one of the things that we think about | **Haas:** ¶¶ 41, 45, 50, 61, 64-67, 70, 76, 97, 99, 101-17, 121-22, 294, 306-07, 311, 313-14, 320. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | **Speaker(s)**: Haas | is, we want to be a company of repeatable innovation, which means that we're always investing on the frontier. We're always taking measured bets, and we want to have a lot of bets, because we don't know exactly how the shape of the future of crypto economy will emerge. ***So, we know what we're good at. We know that we're a great, safe place to buy your first Bitcoin to trade to safely store***." | |
| 17 | 262 | **When**: May 10, 2022<br><br>**Where**: Form 10-Q<br><br>**Speaker(s)**: Coinbase and Armstrong | "***The Company has received investigative subpoenas from the SEC for documents and information about certain customer programs, operations, and intended future products, including the Company's stablecoin and yield-generating products***. Based on the ongoing nature of this matter, the outcome remains uncertain and the Company cannot estimate the potential impact, if any, on its business or financial statements at this time." | **Armstrong:** ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13. |
| 18 | 263 | **When**: May 10, 2022<br><br>**Where**: Form 10-Q | "[A] particular crypto asset's status as a 'security' in any relevant jurisdiction is subject to a high degree of uncertainty and if we are unable to properly characterize a crypto asset, ***we may be*** subject to regulatory scrutiny, inquiries, investigations, fines, and other penalties, which may adversely affect our business, operating results, and financial condition." | **Armstrong:** ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13. |

11

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | **Speaker(s):** Coinbase and Armstrong | | |
| 19 | 265 | **When**: July 21, 2022<br><br>**Where**: Coinbase Blog and Twitter<br><br>**Speaker(s):** Grewal | a.  "***Coinbase does not list securities. End of story***."<br><br>b.  "***TLDR: Coinbase does not list securities on its platform. Period. We have said it before, but given today's events, it bears repeating***."<br><br>c.  "Seven of the nine assets included in the SEC's charges are listed on Coinbase's platform. ***None of these assets are securities. Coinbase has a rigorous process to analyze and review each digital asset before making it available on our exchange — a process that the SEC itself has reviewed***."<br><br>d.  "But in the absence of a concrete digital asset securities regulatory framework from the SEC, ***we remain confident that Coinbase's rigorous review process keeps securities off Coinbase's platform***." | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |
| 20 | 268 | **When**: July 25, 2022<br><br>**Where**: Twitter | "I'm happy to say it again and again: ***we are confident that our rigorous diligence process—a process the SEC has already reviewed—keeps securities off our platform***." | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | **Speaker(s)**: Grewal | | |
| 21 | 269 | **When**: July 25, 2022<br><br>**Where**: Reuters<br><br>**Speaker(s)**: Grewal | "*We are confident that our rigorous diligence process — a process the SEC has already reviewed — keeps securities off our platform*." | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |
| 22 | 271 | **When**: Feb. 8, 2023<br><br>**Where**: Twitter<br><br>**Speaker(s)**: Grewal | "*Staking is not a security*." | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |
| 23 | 272 | **When**: Feb. 8, 2023<br><br>**Where**: Twitter<br><br>**Speaker(s):** Armstrong | "*We're hearing rumors that the SEC would like to get rid of crypto staking in the U.S. for retail customers*. I hope that's not the case as I believe it would be a terrible path for the U.S. if that was allowed to happen." | **Armstrong:** ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| 24 | 276 | **When**: Feb. 10, 2023<br><br>**Where**: Coinbase Blog<br><br>**Speaker(s)**: Grewal | a.   "Tldr: ***Staking is not a security under the US Securities Act, nor under the Howey test***. Trying to superimpose securities law onto a process like staking doesn't help consumers at all and instead imposes unnecessarily aggressive mandates that will prevent US consumers from accessing basic crypto services and push users to offshore, unregulated platforms."<br><br>b.   "*[O]ur staking products are not securities*."<br><br>c.   "***Is staking a security? To put it simply, no. Staking is not a security under the US Securities Act, nor under the Howey test***, which the SEC uses to determine whether an investment contract is a security[.]" | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |
| 25 | 277 | **When**: Feb. 10, 2023<br><br>**Where**: Twitter<br><br>**Speaker(s)**: Armstrong and Grewal | a.   "Tldr: ***Staking is not a security under the US Securities Act, nor under the Howey test***. Trying to superimpose securities law onto a process like staking doesn't help consumers at all and instead imposes unnecessarily aggressive mandates that will prevent US consumers from accessing basic crypto services and push users to offshore, unregulated platforms."<br><br>b.   "*[O]ur staking products are not securities*."<br><br>c.   "***Is staking a security? To put it simply, no. Staking is not a security under the US Securities Act, nor under the*** | **Armstrong:** ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13.<br><br>**Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | | *Howey test*, which the SEC uses to determine whether an investment contract is a security[.]" | |
| 26 | 279 | **When**: Feb. 12, 2023<br><br>**Where**: Twitter<br><br>**Speaker(s)**: Armstrong | "***Coinbase's staking services are not securities. We will happily defend this in court if needed***." | **Armstrong**: ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13. |
| 27 | 282-83 | **When**: Feb. 21, 2023<br><br>**Where**: Earnings Call<br><br>**Speaker(s)**: Grewal | Coinbase's VP of Investor Relations, Anil K. Gupta: "Our next question is, with Kraken staking as a service being cracked down upon by the SEC, what differentiates Coinbase staking as a service from theirs? And what assurances can you give investors that their funds will not be affected? Paul?"<br><br>Grewal: "*[] Coinbase's staking products are not securities*, and so they are not affected by this news. Staking on Coinbase continues to be available to our customers and stake assets continue to earn rewards. ***The staking products that we offer on Coinbase are fundamentally different from the yield products that were described in the reinforcement action against Kraken***." | **Grewal**: ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| 28 | 285 | **When**: Feb. 23, 2023<br><br>**Where**: Form 10-K<br><br>**Speaker(s)**: Coinbase and Armstrong | "The Company has received investigative subpoenas and requests from the SEC for documents and information about certain customer programs, operations, and existing and intended future products, including the Company's processes for listing assets, the classification of certain listed assets, its staking programs, and its stablecoin and yield-generating products. Based on the ongoing nature of these matters, *the outcomes remain uncertain and the Company cannot estimate the potential impact, if any, on its business or financial statements at this time*." | **Armstrong:** ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13. |
| 29 | 287 | **When**: Mar. 1, 2023<br><br>**Where**: Bloomberg Interview<br><br>**Speaker(s):** Armstrong | "*Our staking product is not a security*[.]" | **Armstrong:** ¶¶ 40, 45, 64-67, 70, 77-80, 121, 131, 161-64, 175, 188-89, 295-99, 301-03, 305-07, 309-13. |
| 30 | 290 | **When**: Mar. 22, 2023<br><br>**Where**: Coinbase Blog | "*Coinbase does not list securities*."<br><br> "*The bottom line remains: Coinbase does not list securities or offer products to our customers that are securities*." | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |

16

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | **Speaker(s)**: Grewal | | |
| 31 | 291 | **When**: Mar. 22, 2023<br><br>**Where**: Coinbase Blog<br><br>**Speaker(s)**: Grewal | "[O]ur staking services are not securities *under any legal standard, including the Howey test which assesses whether a product is an investment contract*." | **Grewal:** ¶¶ 43, 45, 64-67, 121, 131, 161-64, 175, 188-89, 194, 295-98, 300-03, 305-07, 309, 311, 313, 315, 326. |
| 32 | 390 | **When**: Apr. 14, 2021<br><br>**Where**: Prospectus<br><br>**Speaker(s)**: Coinbase, Armstrong, and Haas | "*[F]ailure to safeguard and manage our customers' fiat currencies and crypto assets could adversely impact our business, operating results and financial condition*." | N/A |
| 33 | 391 | **When**: Apr. 14, 2021 | "*The loss or destruction of private keys required to access any crypto asset held in custody for our own account or for our customers may be irreversible. If we are unable to access our private keys or if we experience a hack or other*" | N/A |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| | | **Where**: Prospectus<br><br>**Speaker(s):** Coinbase, Armstrong, and Haas | *data loss relating to our ability to access any crypto assets, it could cause regulatory scrutiny, reputational harm, and other losses*. . . Crypto assets and blockchain technologies have been, and may in the future be, subject to security breaches, hacking, or other malicious activities. *Any loss of private keys relating to, or hack or other compromise of, digital wallets used to store our customers' crypto assets could adversely affect our customers' ability to access or sell their crypto assets*, require us to reimburse our customers for their losses, and subject us to significant financial losses in addition to losing customer trust in us and our products." | |
| 34 | 392 | **When**: Mar. 23, 2021<br><br>**Where**: Registration Statement<br><br>**Speaker(s):** Coinbase, Armstrong, and Haas | "*The Company has committed to securely store all crypto assets it holds on behalf of users. As such, the Company may be liable to its users for losses arising from theft or loss of user private keys*." | N/A |

| No. | TAC ¶ No. | Source | Challenged Statement | Scienter Allegations |
|---|---|---|---|---|
| 35 | 394 | **When**: Mar. 23, 2021<br><br>**Where**: Registration Statement<br><br>**Speaker(s):** Coinbase, Armstrong, and Haas | "Stake. Certain blockchain protocols, such as Tezos, rely on staking, an alternative way to validate blockchain transactions. Network participants can designate a certain amount of their crypto assets on the network as a stake (similar to a security deposit) to validate transactions and get rewarded in kind from the network. Today, staking crypto assets is a technical challenge for most users. Staking independently requires a participant to run their own hardware, software, and maintain close to 100% up-time. We provide a service known as 'Delegated Proof of Stake,' which reduces the complexities of staking and ***allows our retail users to maintain full ownership of their crypto assets while earnings staking rewards.*** In return, we earn a commission on all staking rewards received." | N/A |

19