**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com

Kevin M. McDonough (N.J. Bar No. 41892005)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com

*Attorneys for Defendants Coinbase Global, Inc.,*
*Brian Armstrong, Alesia J. Haas,*
*Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen,*
*Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer,*
*Gokul Rajaram, and Fred Wilson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW |
| | Hon. Brian R. Martinotti<br>Hon. Leda Dunn Wettre |
| | **Oral Argument Requested** |
| | **Motion Day**: April 20, 2026 |

## DECLARATION OF KEVIN M. MCDONOUGH IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

KEVIN M. MCDONOUGH, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.     I am a partner with the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York, and counsel for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively, the "Defendants").  I am admitted to the Bar of the State of New Jersey and this Court.  I submit this Declaration in Further Support of Defendants' Motion to Dismiss the Third Amended Consolidated Class Action Complaint ("TAC").  I am fully familiar with all matters set forth in the Declaration and could testify competently thereto if necessary.[1]

2.     Attached hereto as Exhibit 38 is a true and correct copy of Coinbase, Inc. and Coinbase Global, Inc.'s Answer to Plaintiff's Complaint filed in *SEC v. Coinbase, Inc.*, 23-Civ-4738 (S.D.N.Y.), dated June 28, 2023.  *See* TAC ¶¶ 29, 189, 302 (quoting Answer); Opp. 2-3, 10.

3.     Attached hereto as Exhibit 39 is a true and correct copy of the Wells Submission on behalf of Coinbase Global, Inc. and Coinbase, Inc., dated April 19, 2023.  *See* TAC ¶¶ 189, 297, 300, 303 (citing Wells Submission); Opp. 2-3, 10.

1

4.      Attached hereto as Exhibit 40 is a true and correct copy of the Securities and Exchange Commission and the Commodity Futures Trading Commission interpretative rule entitled, "Application of the Federal Securities Laws to Certain Types of Crypto Assets and Certain Transactions Involving Crypto Assets," dated March 17, 2026.  *See* Opp. 17-19, 22.

5.      Attached hereto as Exhibit 41 is a true and correct copy of Coinbase Global Inc.'s blog post entitled, "Proof of Alignment," dated January 22, 2022.  *See* TAC ¶ 305 (citing blog post); Opp. 25.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chatham, New Jersey, on April 10, 2026.

*/s/ Kevin M. McDonough*
Kevin M. McDonough

---

[1] Exhibits 38-41 attached hereto are properly considered in connection with Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss pursuant to the incorporation by reference doctrine and/or pursuant to Federal Rule of Evidence 201 and other applicable law. *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1426 (3d Cir. 1997) (courts may consider documents that are "integral to or explicitly relied upon in the complaint" on a motion to dismiss); Fed. R. Evid. 201(b) (judicial notice is proper for facts that are either "generally known" or "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned"); *Beteiro, LLC v. BetMGM, LLC*, 626 F. Supp. 3d 789, 793 n.2, 794 n.4 (D.N.J. 2022) (taking judicial notice of documents attached as exhibits to the defendant's reply brief in support of its motion to dismiss).

2