**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
andrew.clubok@lw.com
susan.engel@lw.com

Kevin M. McDonough (N.J. Bar No. 41892005)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com

*Attorneys for Defendants Coinbase Global, Inc.,*
*Brian Armstrong, Alesia J. Haas,*
*Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen,*
*Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer,*
*Gokul Rajaram, and Fred Wilson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC., SECURITIES LITIGATION | Civil Action No. 2:22-cv-04915-BRM-LDW<br><br>Hon. Brian R. Martinotti<br>Hon. Leda Dunn Wettre<br><br>**CERTIFICATE OF SERVICE** |

I, Kevin M. McDonough, Esq., hereby certify pursuant to 28 U.S.C. § 1746 that:

1.      I am a partner of the law firm Latham & Watkins LLP, located at 1271 Avenue of the Americas, New York, New York 10020, and counsel for Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer N. Jones, Marc L. Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson (collectively, the "Defendants") in the above-captioned matter. I am admitted to the Bar of the State of New Jersey and of this Court.

2.      On April 10, 2026, I caused true and correct copies of the following documents to be filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF), and accordingly served on all parties who receive notice of the filing via CM/ECF:

a.      Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint, dated April 10, 2026; and

b.      Declaration of Kevin M. McDonough, dated April 10, 2026, in further support of Defendants' Motion to Dismiss, and the exhibits attached thereto.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026                                    Respectfully submitted,

                                                                        /s/ Kevin M. McDonough
                                                                        Kevin M. McDonough