**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE COINBASE GLOBAL, INC. SECURITIES LITIGATION | Case No. 2:22-cv-04915 (BRM) (LDW)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Defendants Coinbase Global, Inc., Brian Armstrong, Alesia J. Haas, Emilie Choi, Paul Grewal, Jennifer Jones, Marc Andreessen, Frederick Ernest Ehrsam III, Kathryn Haun, Kelly Kramer, Gokul Rajaram, and Fred Wilson's (collectively, "Defendants") successive motion to dismiss (ECF No. 159) the Third Amended Complaint (ECF No. 156) pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6). Plaintiffs filed an opposition (ECF No. 166), and Defendants filed a reply (ECF No. 167). Having reviewed and considered the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Rule 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 18th day of August 2026,

**ORDERED** that Defendants' successive motion to dismiss (ECF No. 159) pursuant to Rule 12(b)(6) is **DENIED**.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**