CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

September 25, 2026

**VIA ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
for the District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:** ***In re Coinbase Global, Inc., Securities Litigation***
**Case No. 2:22-cv-04915-BRM-LDW**

Dear Judge Wettre:

This firm, together with Kessler Topaz Meltzer & Check, LLP, represents Lead Plaintiff Sjunde AP-Fonden ("AP7") and Additional Plaintiffs Ryan Firth and Zvia Steinmetz (together with AP7, "Plaintiffs") in this action. On behalf of all parties, we write to inform the Court that the parties have conferred and reached an agreement on a proposed ESI Protocol and a proposed Confidentiality Order attached for Your Honor's consideration.

If the enclosed Orders are acceptable to Your Honor, we respectfully request that the Court "So Order" them and return filed copies to us through the Court's ECF system.

We thank Your Honor for the Court's attention to this matter and are, of course, available to discuss these issues at the Court's convenience.

Respectfully submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO P.C.

*/s/ James E. Cecchi*
James E. Cecchi

cc: Counsel of Record